| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Ark Laboratory, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF MICHIGAN** |
| Case number (if known): | **23-43403-MLO** |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 6600 Highland, LLC<br>29580 Northwestern Hwy Suite #1000<br>Southfield, MI 48034 | Shakir Alkhafaki<br>salkhafaji@veritaslimited.com<br>2484294399 | rent | | | | $231,210.94 |
| Abbott Laboratories<br>PO Box 92679<br>Chicago, IL 60675-2679 | (877) 422-2688 | trade | | | | $217,535.71 |
| Agena Bioscience, Inc<br>12100 W. 6th Ave<br>Denver, CO 80228 | 858) 202-9301 | trade | | | | $103,738.13 |
| BillionToOne, Inc.<br>PO BOX 8040<br>Carol Stream, IL 60197-8040 | (877) 323-4202 | trade | | | | $120,093.60 |
| Comerica Commercial Lending Services<br>PO BOX 641618<br>Detroit, MI 48264-1618 | Laurie Gaborik<br>LLGaborik@comerica.com<br>(800) 444-4010 | bank loan, likely fully secured | Unliquidated | 6,536,566.07 | 6,536,566.07 | $unknown |
| Coronis Health RCM, LLC<br>PO BOX 790372<br>Saint Louis, MO 63179-0372 | (248) 679-1768 | professional services | | | | $232,263.79 |
| Diesel Funding<br>1100 NE 163rd St Suite 404<br>Miami, FL 33162 | (786) 495-9501 | may assert security interest, business loan | Disputed | 187,500.00 | unknown | $unknown |
| Gemini Lab Group<br>8470 S. Shore Dr.<br>Clarkston, MI 48348 | (248) 310-4724 | professional services | | | | $1,409,050.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

| Debtor | Ark Laboratory, LLC | Case number (if known) | 23-43403-MLO |
|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Henry Schein Dept. CH 10241 Palatine, IL 60055-0241 | Henry Schein (800) 472-4346 | trade | | | | $121,628.48 |
| Immunalysis Corporation Alere San Diego P.O. Box 102317 Pasadena, CA 91189-2317 | (909) 482-0840 | trade | | | | $133,744.57 |
| Labcorp PO BOX 12140 Burlington, NC 27216-2140 | (800) 343-4407 | trade debt | | | | $142,271.64 |
| Mclaren Medical Laboratory PO BOX 775452 Chicago, IL 60677-5452 | (810) 396-5751 | trade | | | | $174,793.42 |
| Medcare MSO 1000 Cordova Place Santa Fe, NM 87505 | (800) 640-6409 | professional services | | | | $524,903.45 |
| Medline Industries, Inc. Box 382075 Pittsburgh, PA 15251-8075 | | trade | | | | $117,303.10 |
| MedSpeed, LLC 140 Industrial Drive Elmhurst, IL 60126 | (630) 379-5306 | professional services | | | | $682,196.96 |
| Peninsula Capital Partners One Towne Square, Suite 1400 Southfield, MI 48076 | Jon Krempel krempel@peninsulafunds.com 313-237-5100 | loan(s), likely partially secured | Unliquidated | 14,940,749.14 | unknown | $unknown |
| StrengthPoint Advisors 3540 Tall Oaks Rd. Lake Orion, MI 48359 | (248) 408-4286 | professional services | | | | $110,350.00 |
| Team Financial Group 650 3 Mile Rd NW #200 Grand Rapids, MI 49544 | (616) 735-2393 | equipment lease(s), may be secured | | | | $1,082,936.05 |
| The Medical Real Estate Group 29580 Northwestern Hwy Southfield, MI 48034 | Raquel Walker raquel@winvestorsgroup.com (248) 559-5555 | rent | | | | $252,679.09 |

| Debtor | Ark Laboratory, LLC | | | Case number (if known) | 23-43403-MLO | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The Sports Marketing Agency, INC** <br> **13 N. Washington St.** <br> **Ypsilanti, MI 48197** | **L. Wright** <br><br> **(734) 368-2686** | **professional services** | | | | $629,000.00 |