UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Ark Laboratory, LLC,   Chapter 11
   Case No. 23-43403-mlo
   Debtor.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR ECF NOTICE

Doron Yitzchaki of Dickinson Wright PLLC hereby enters an appearance on behalf of Creditor, CORONIS HEALTH RCM, LLC, and requests that electronic notice of all future Court filings and proceedings in this adversary proceeding be e-mailed to him.

   DICKINSON WRIGHT PLLC

   /s/ Doron Yitzchaki
   Doron Yitzchaki (P72044)
   350 S. Main St., Suite 300
   Ann Arbor, MI 48104
   (734) 623 – 1947
   (734) 623 – 1625 (fax)
   dyitzchaki@dickinsonwright.com

Dated: April 14, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on April 14 2023, I electronically filed the foregoing *Notice of Appearance and Request for ECF Notice* with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

   /s/ Doron Yitzchaki
   Doron Yitzchaki (P72044)

4874-6448-5213 v1 [104281-1]