UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>Ark Laboratory, LLC,<br><br>Debtor. | Case No. 23-43403-mlo<br><br>Chapter 11<br><br>Hon. Maria L. Oxholm |

### ORDER SETTING HEARING ON DEBTOR'S
### FIRST DAY MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR
### TO PAY CERTAIN PREPETITION WAGES

Upon the filing of the above-captioned motion,

IT IS HEREBY ORDERED THAT, a hearing on the above-captioned motion shall be held on **Friday, April 21, 2023 at 10:30 a.m.**, in the Courtroom of the Honorable Maria Oxholm, 211 W. Fort Street, Courtroom 1875, Detroit, MI 48226. Consistent with Notice of Change in Procedure for Judge Maria L. Oxholm filed April 12, 2022, effective immediately and until further notice, Judge Oxholm will conduct all conferences and non-evidentiary hearings by telephone. **At least five minutes before the scheduled time for hearing, counsel and parties should call (877) 336-1831 and use Access Code 6226995**. Landline connections are much preferred, but cell phone or other telephone services are allowed. Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating.

IT IS FURTHER ORDERED THAT Debtor shall serve a copy of this Order upon its secured claimants, counsel of record, the entities on the list of the 20 largest creditors filed with the Court and the office of the United States Trustee immediately by email. Debtor shall then file a certificate of service regarding same.

**Signed on April 19, 2023**

/s/ Maria L. Oxholm
**Maria L. Oxholm**
**United States Bankruptcy Judge**