| Information to identify the case: | | |
|---|---|---|
| Debtor | **Ark Laboratory, LLC**<br>Name | EIN: 45–5599335 |
| United States Bankruptcy Court | Eastern District of Michigan | Date case filed for chapter: 11  4/12/23 |
| Case number: | 23–43403–mlo | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case   10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

**The court will dismiss this case without a hearing if the debtor(s) do not timely file all the required documents and if no request for a hearing on dismissal is filed within 21 days after the petition is filed. The Clerk will give notice of the hearing on dismissal only to the party requesting the hearing, the debtor and the trustee.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Ark Laboratory, LLC | |
| 2. | **All other names used in the last 8 years** | aka Helix Diagnostics | |
| 3. | **Address** | 1344 Addington Court<br>Lake Orion, MI 48360 | |
| 4. | **Debtor's attorney**<br>Name and address | Robert N. Bassel<br>P.O. Box T<br>Clinton, MI 49236 | Contact phone (248) 677–1234 |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | **Address of the Bankruptcy Clerk's Office:**<br>211 West Fort Street<br>Detroit, MI 48226<br><br>Contact phone 313–234–0065 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Todd M. Stickle<br><br>Hours open:<br>8:30am–4:00pm Monday–Friday<br><br>Date: 4/17/23 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | May 22, 2023 at 02:00 PM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **By Telephone:**<br>**Call in number:** 1–866–801–8911<br>**Participant code:** 5091693 |

For more information, see page 2 >

| | | |
|---|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:** | |
| | For creditors who are required by law to file claims the deadline is **8/21/23**, except that for governmental units the deadline to file claims is **11/20/23**. | |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at https://www.uscourts.gov or any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless: | |
| | • your claim is designated as *disputed*, *contingent*, or *unliquidated*; | |
| | • you file a proof of claim in a different amount; or | |
| | • you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8. Exception to discharge deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint:** | _____ |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

| | |
|---|---|
| In re: | Case No. 23-43403-mlo |
| Ark Laboratory, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0645-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Apr 17, 2023 | Form ID: 309F1 | Total Noticed: 193 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Ark Laboratory, LLC, 1344 Addington Court, Lake Orion, MI 48360-2529 |
| aty | + | Ronna G. Jackson, United States Trustee, 211 West Fort Street, Suite 700, Detroit, MI 48226-3263 |
| 27641369 | + | 6600 Highland, LLC, 29580 Northwestern Hwy, Suite #1000, Southfield, MI 48034-1031 |
| 27641374 | #+ | A-Fordable Plumbing & Mechanical, 1147 Centre Road, Auburn Hills, MI 48326-2603 |
| 27641370 | | AB Sciex, LLC, 62510 Collections Center Drive, Chicago, IL 60693-0625 |
| 27641385 | | ASR Health Benefits, PO BOX 6392, Grand Rapids, MI 49516-6392 |
| 27641389 | + | AVL-Creative, 6235 Concord, Suite 135, Detroit, MI 48211-2454 |
| 27641371 | | Abbott Laboratories, PO Box 92679, Chicago, IL 60675-2679 |
| 27641372 | + | Abell Pest Control, 3549 Airport Rd, Ste 108, Waterford, MI 48329-1395 |
| 27641373 | + | Advancing Health Inc., 1620 W. Pierce Ave, Chicago, IL 60622-2518 |
| 27641375 | + | Agena Bioscience, Inc., 12100 W. 6th Ave, Lakewood, CO 80228-1252 |
| 27641376 | #+ | Alliance Architecture of Maryland, PC, 79 West Street, Suite 200, Annapolis, MD 21401-2578 |
| 27641377 | + | Allied Media, 240 N. Fenway Drive, Fenton, MI 48430-2699 |
| 27641379 | + | Alpha Cleaners LLC, 279 S Edith St., Pontiac, MI 48342-3228 |
| 27641380 | | Amazing Charts, 33115 Collection Center Drive, Chicago, IL 60693-0331 |
| 27641382 | + | Amro Almradi MDPC PLLC, 612 Deauville Ln., Bloomfield Hills, MI 48304-1450 |
| 27641384 | + | Arkstone Medical, P.O. Box 880823, Boca Raton, FL 33488-0823 |
| 27641386 | | Athenahealth, Inc., PO BOX 415615, Boston, MA 02241-5615 |
| 27641387 | + | Auburn Hills Medical Properties, LLC, 3959 Centerpoint Pkwy., Pontiac, MI 48341-3121 |
| 27641388 | + | Avairis, Inc., 3724 Cheryl Dr., Commerce Township, MI 48382-1719 |
| 27641390 | | Axiom Diagnostics, PO Box 13275, Tampa, FL 33681-3275 |
| 27641391 | + | BCC Distribution, Inc., 7529 Baron Drive, Canton, MI 48187-2494 |
| 27641392 | | Beckman Coulter, Dept. CH 10164, Palatine, IL 60055-0164 |
| 27641393 | + | Benkoff Health Law, PLLC, 7 West Square Lake Road, Bloomfield Hills, MI 48302-0462 |
| 27641394 | | BillionToOne, Inc., PO BOX 8040, Carol Stream, IL 60197-8040 |
| 27641395 | + | Bio Rad Laboratories, Inc., 1000 Alfred Nobel Drive, Hercules, CA 94547-1811 |
| 27641396 | + | BioPathogenix, 120 Dewey Drive, Ste 126, Nicholasville, KY 40356-9709 |
| 27641397 | | Blue Care Network, PO Box 33608, Detroit, MI 48232-5608 |
| 27641399 | + | Blue Cross Blue Shield of Michigan, PO Box 674416, Detroit, MI 48267-4416 |
| 27641398 | | Blue Cross and Blue Shield of Illinois, Refund and Recovery, PO Box 94075, Palatine, IL 60094-4075 |
| 27641400 | | Brehob CORPORATION, PO Box 2023, Indianapolis, IN 46206-2023 |
| 27641401 | + | Bultynck & Co. CPA, 15985 Canal Rd., Clinton Twp., MI 48038-5021 |
| 27641402 | | Cardinal Health, PO Box 70539, Chicago, IL 60673-0539 |
| 27641403 | + | Careviso, Inc., 7600 B Leesburg Pike, East Building Suite 220, Falls Church, VA 22043-2029 |
| 27641404 | + | Carolina Coastal Paper & Janitorial Supply, LLC, PO BOX 1227, Wake Forest, NC 27588-1227 |
| 27641405 | + | Celltreat Scientific, 20 Mill Street, Unit 130, Pepperell, MA 01463-1670 |
| 27641406 | + | Cerbo, LLC, 350 SE Mill St, STE 11, Portland, OR 97214-5096 |
| 27641407 | + | Cerilliant Corporation, US BANK CN-OH-L1WH Lockbox 005634, 5065 Wooster Road, Cincinnati, OH 45226-2326 |
| 27641408 | + | Clean Air Testing, Inc, 37709 Schoolcraft Road, Livonia, MI 48150-5031 |
| 27641410 | | Cole-Parmer, 13927 Collections Center Drive, Chicago, IL 60693-0139 |
| 27641411 | | College of American Pathologists, PO Box 71698, Chicago, IL 60694-1698 |

| | | |
|---|---|---|
| 27641413 | + | Comerica Commercial Lending Service, PO BOX 641618, Detroit, MI 48264-1618 |
| 27641414 | + | CoreBioLabs, 7956 Tyler BLVD, Mentor, OH 44060-4806 |
| 27641415 | + | Coriell Institute, Inc., 403 Haddon Ave, Haddon Ave, Camden, NJ 08103-1505 |
| 27641416 | | Coronis Health RCM, LLC, PO BOX 790372, St. Louis, MO 63179-0372 |
| 27641417 | | Cotiviti Inc., PO BOX 952366, St Louis, MO 63195-2366 |
| 27641418 | | Credential Check Corporation, PO BOX 4504, Troy, MI 48099-4504 |
| 27641419 | + | Criterion Lab Consulting, LLC, 490 Wildwood North Cir, Ste 110, Birmingham, AL 35209-0140 |
| 27641420 | + | Daniel Brian Advertising, 222 S. Main Street, Rochester, MI 48307-2029 |
| 27641421 | + | Darren Cain, 8304 Jaclyn Ann Dr., Flushing, MI 48433-2908 |
| 27641422 | | Data Innovations, LLC, P.O. Box 101978, Atlanta, GA 30392-1978 |
| 27641423 | + | Dave's Electric Services, Inc., 6650 Highland Rd, Waterford, MI 48327-1660 |
| 27641425 | | De Lage Landen Financial Services, Inc., P.O. Box 8224018, Philadelphia, PA 19182-4018 |
| 27641426 | | Definitive Healthcare, LLC, PO BOX 411273, Boston, MA 02241-1273 |
| 27641427 | + | Dell Marketing LP c/o Lam, Lyn & Philip P.C., 6213 Skyline Drive, Suite 2100, Houston, TX 77057-7027 |
| 27641428 | + | Denny's Heating, Cooling & Refrigeration Service I, 1831 Austin Drive, Troy, MI 48083-2219 |
| 27641429 | | DoctorsManagement, LLC, PO BOX 531002, Atlanta, GA 30353-1002 |
| 27641430 | | Dorene Guarnieri, 9890 Smiths Creek Rd., Goodells, MI 48027-3521 |
| 27641431 | | Dropoff Inc., PO BOX 92213, Las Vegas, NV 89193-2213 |
| 27641435 | | Eden Software Solutions, LLC, 12472 Lake Underhill Rd., Suite 101, Orlando, FL 32828-7144 |
| 27641436 | + | Edge Solutions, P.O. Box 594, Richmond, MI 48062-0594 |
| 27641437 | | Elio Bucciarelli, 49795 Deer Run Dr., Shelby Twp., MI 48315-3335 |
| 27641438 | + | Ellkay, LLC, 200 Riverfront Blvd., 3rd Floor, Elmwood Park, NJ 07407-1038 |
| 27641440 | + | Eric Vasseur, 1355 Athlone Dr, Oxford, MI 48371-6001 |
| 27641441 | | Evoqua Water Technologies LLC, 28563 Network Place, Chicago, IL 60673-1285 |
| 27641442 | | Ferrellgas, PO BOX 173940, Denver, CO 80217-3940 |
| 27641443 | + | Fink Bressack PLLC, 38500 Woodward Ave, Suite 350, Bloomfield Hills, MI 48304-5053 |
| 27641444 | + | Fire Alarm Services, 25550 Seeley Road, Suite 200, Novi, MI 48375-2052 |
| 27641445 | + | Fisher Healthcare, 13551 Collections CTR DR, Chicago, IL 60693-0135 |
| 27641446 | + | Fishman Stewart, PLLC, 800 Tower Drive, Suite 610, Troy, MI 48098-2843 |
| 27641447 | | Foley & Lardner LLP, PO BOX 78470, BOX 78470, Milwaukee, WI 53278-8470 |
| 27641448 | + | FrontRunnerHC Inc, 36 Cordage Park, Suite 302, Plymouth, MA 02360-7320 |
| 27641449 | + | Gazam, Inc., 7901 4th St N., Suite 300, St Petersburg, FL 33702-4399 |
| 27641450 | + | Gemini Lab Group, 8470 S. Shore Dr., Clarston, MI 48348-2674 |
| 27641451 | + | Gena's Timeless Cleaning, LLC, 55166 Timberland Lane, Macomb, MI 48042-2364 |
| 27641452 | + | George King Bio-Medical, Inc., 11771 W. 112th St., Overland Park, KS 66210-2739 |
| 27641453 | + | Great Lakes Express Delivery, LLC, 3055 Cass Rd., Ste 123, Traverse City, MI 49684-7904 |
| 27641454 | #+ | Health Equity, 15 West Scenic Pointe Drive, Ste 100, Draper, UT 84020-6118 |
| 27641455 | + | Healthcare Appraisers, 2101 NW Corporate Blvd, Suite 400, Boca Raton, FL 33431-7319 |
| 27641456 | | Henry Schein, Dept. CH 10241, Palatine, IL 60055-0241 |
| 27641457 | | Hogan Lovells US LLP, Lockbox Services - 75890, PO Box 715890, Philadelphia, PA 19171-5890 |
| 27641458 | + | I Care MI, LLC, 29919 Jefferson Ave., St. Clair Shores, MI 48082-1823 |
| 27641459 | + | IMCS, Inc., 110 Centrum Drive, Irmo, SC 29063-9396 |
| 27641462 | + | INTEGRA Biosciences Corp., 22 Friars Drive, Hudson, NH 03051-4900 |
| 27641460 | | Immunalysis Corporation, Alere San Diego dba Immunalysis, Box 102317, Pasadena, CA 91189-2317 |
| 27641461 | | Insync Healthcare Solutions, PO BOX 4577, Carol Stream, IL 60197-4577 |
| 27641466 | + | JSW Consulting, LLC, 2836 Baltane Rd., West Bloomfield, MI 48323-3100 |
| 27641464 | | James Pinckney, 2034 Pleasant View Ave, Lansing, MI 48910-0348 |
| 27641465 | | Jeffrey Williamson, 3873 Hartland Hills Dr, Hartland, MI 48353-1111 |
| 27641473 | | LGC Clinical Diagnostics, Inc., Dept CH 16362, Palatine, IL 60055-6362 |
| 27641468 | + | LabPath Consulting, 105 4th Street E, Tierra Verde, FL 33715-2241 |
| 27641469 | + | LabSoft, Inc., PO Box 21042, Tampa, FL 33622-1042 |
| 27641467 | | Labcorp, PO BOX 12140, Burlington, NC 27216-2140 |
| 27641470 | + | Labtek, Incorporated, 7381 Grachen Dr. SE, Grand Rapids, MI 49546-9777 |
| 27641471 | | Landaal Packaging Systems, Delta Containers Division, 6616 Solution Center, Chicago, IL 60677-6006 |
| 27641472 | + | Leasing Associates of Barrington, INC., 220 N. River Street, East Dundee, IL 60118-1332 |
| 27641474 | + | Life Technologies Corporation, 12088 Collections Center Dr., Chicage, IL 60693-0001 |
| 27641475 | + | Lifepoint Informatics, 65 Harristown Rd, Suite 305, Glen Rock, NJ 07452-3317 |
| 27641476 | + | Lippitt O'Keefe, PLLC, 370 E. Maple Road, Third Floor, Birmingham, MI 48009-6303 |
| 27641477 | | Lisa Slagle, 4414 Blackberry Knoll Dr., Loves Park, IL 61111-4309 |
| 27641478 | + | Little Sonia Real Estate LLC, 801 Peach Tree Ln., Rochester Hills, MI 48306-3353 |
| 27641479 | + | Lotus Lab Consulting, 885 Woodstock Rd, Suite 420/PMB 360, Roswell, GA 30075-2286 |
| 27641480 | + | MAC Pizza, LLC, 1081 S. State Rd, Davison, MI 48423-1903 |
| 27641485 | + | MCW Partners, LLC, 28287 Beck Rd., Unit D-14, Wixom, MI 48393-4706 |

| | | |
|---|---|---|
| 27641488 | ++ | MEDLINE INDUSTRIES INC, ATTN ANNE KISHA, ONE MEDLINE PL, MUNDELEIN IL 60060-4486 address filed with court:, Medline Industries, Inc., Box 382075, Pittsburgh, PA 15251-8075 |
| 27641481 | | Mayo Collaborative Services, D.B.A. May Clinic Laboratories, P.O. Box 9146, Minneapolis, MN 55480-9146 |
| 27641483 | + | McShane Welding, Inc., 12 Port Access Rd, Access Rd, Erie, PA 16507-2297 |
| 27641482 | | Mclaren Medical Laboratory, PO BOX 775452, Chicago, IL 60677-5452 |
| 27641486 | + | Med Water Systems, 2262 South 1200 West, Suite 101, Woods Cross, UT 84087-2564 |
| 27641489 | + | MedMatch, 3000 Town Center, Suite 75, Southfield, MI 48075-1120 |
| 27641490 | + | MedSpeed, LLC, 140 Industrial Drive, Elmhurst, IL 60126-1602 |
| 27641487 | + | Medcare MSO, 1000 Cordova Place, Suite 206, Sante Fe, NM 87505-1725 |
| 27641491 | | Mercedes Scientific, PO Box 850001, Orlando, FL 32885-0123 |
| 27641492 | | Mettler-Toledo Rainin, LLC, 27006 Network Place, Chicago, IL 60673-1270 |
| 27641493 | + | Michigan Legislative Consultants, Inc., 110 W. Michigan Ave, Suite 500, Lansing, MI 48933-1368 |
| 27641494 | + | Microbiologics, 200 Cooper Avenue North, St. Cloud, MN 56303-4440 |
| 27641495 | | Microbix Biosystems Inc., 265 Watline Ave, Mississauga, ON L4Z 1P3 |
| 27641496 | + | Microgenics Corporation, Bank of America, 7055 Collections Center Dr., Chicago, IL 60693-0001 |
| 27641497 | | Molecular BioProducts, Inc., 7704 Collection Center Drive, Chicago, IL 92121 |
| 27641499 | + | Netalytics, P.O. Box 969, Greer, SC 29652-0969 |
| 27641500 | + | Newbsknob, LLC, 10071 Burnside Court, Grand Blanc, MI 48439-9412 |
| 27641502 | + | OMG & The A Team Consulting, LLC, 3430 Vineyard Hill Dr., Rochester Hills, MI 48306-2263 |
| 27641501 | + | Omega Bio-Tek, 400 Pinnacle Way, #450, Norcross, GA 30071-4908 |
| 27641504 | + | PACCAIR, 1345 Maricopa Drive, Oshkosh, WI 54904-8150 |
| 27641505 | + | Palmer Moving Services, 24660 Dequindre Road, Warren, MI 48091-3332 |
| 27641506 | + | Peachstate Health Management, 2225 Centennial Drive, Gainesville, GA 30504-5760 |
| 27641507 | + | Peninsula Capital Partners, One Towne Square, Suite 1400, Southfield, MI 48076-3705 |
| 27641508 | + | Perspectus Architecture, 1300 East 9th Street, Suite 910, Cleveland, OH 44114-1507 |
| 27641509 | + | Phenomenex, Inc, PO Box 749397, Box 749397, Los Angeles, CA 90074-9397 |
| 27641510 | + | Polar Ice, 47943 Van Dyke Ave., Shelby Twp., MI 48317-3254 |
| 27641511 | | Practice Fusion, 24630 Network Place, Chicago, IL 60673-1246 |
| 27641512 | #+ | Predictive Health Diagnostics, Inc., 13885 Alton Pkwy, Suite B, Irvine, CA 92618-1647 |
| 27641513 | + | Recovery Pathways, 863 N. Pine, Suite A, Essexville, MI 48732-2159 |
| 27641514 | + | Reliable Delivery, 21450 Trolley Industrial, Taylor, MI 48180-1824 |
| 27641515 | + | Restek Corporation, PO Box 4276, Lancaster, PA 17604-4276 |
| 27641516 | | Rhoda Yoder, 58320 Fairfax Rd., Colon, MI 49040-9705 |
| 27641517 | + | Rusas Printing, Inc., 26770 Grand River Avenue, Redford, MI 48240-1529 |
| 27641518 | | SAI Graphics, 3595 Walker Road, Windsor, ON N8W 3S5 |
| 27641519 | + | SAR Consulting Services, LLC, 10019 Fair Oaks Drive, Goodrich, MI 48438-9202 |
| 27641520 | | Sarah Markie, 25876 Barbara St., Roseville, MI 48066-3868 |
| 27641521 | + | Sci Floor Covering, Inc., 30610 Ecorse Rd, Romulus, MI 48174-3565 |
| 27641522 | | Seyburn Kahn Attorneys & Counselors, 2000 Town Center, Suite 1500, Southfield, MI 48075-1148 |
| 27641523 | | Shelly Donovan, 29330 US Highway 12, Sturgis, MI 49091-9598 |
| 27641524 | + | Siemens Healthcare Diagnostics, 221 Gregson Dr, Cary, NC 27511-6495 |
| 27641525 | | Sigma-Aldrich Inc., PO BOX 535182, Atlanta, GA 30353-5182 |
| 27641526 | + | Silverman Consulting Inc., One North Wacker Drive, #3925, Chicago, IL 60606-2834 |
| 27641527 | + | Solaris Diagnostics, 110 Dewey Drive, Nicholasville, KY 40356-7124 |
| 27641528 | | Staples, PO BOX 660409, Dallas, TX 75266-0409 |
| 27640961 | + | Staples, Inc., 7 Technology Circle, Columbia, SC 29203-9591 |
| 27641530 | + | StrengthPoint Advisors, 3540 Tall Oaks Rd., Lake Orion, MI 48359-1468 |
| 27641531 | + | Succurro's Painting, Inc., 294 Princess Drive, Canton, MI 48188-1142 |
| 27641532 | + | Superior Medical Waste Disposal, 42020 Koppernick Rd, #208, Canton, MI 48187-2440 |
| 27641533 | | Suzanne Diller, 3409 Virginia Dr., Columbiaville, MI 48421-9367 |
| 27641534 | | Sysmex America, Inc., 28241 Network Pl., Chicago, IL 60673-1282 |
| 27641535 | + | Taylor Door and Window, 28040 Joy Road, Livonia, MI 48150-4137 |
| 27641536 | + | Team Financial Group, 650 3 Mile Rd, NW #200, Grand Rapids, MI 49544-1624 |
| 27641537 | + | Tek-Pette, 12 S Cleveland Ave., Westerville, OH 43081-1329 |
| 27641538 | + | The Alan Group, Inc., 1800 Brinston, Troy, MI 48083-2215 |
| 27641539 | + | The Medical Real Estate Group, 29580 Northwestern Hwy, Suite #1000, Southfield, MI 48034-1031 |
| 27641540 | + | The Sports Marketing Agency, INC, 13 N. Washington St., #706, Ypsilanti, MI 48197-2617 |
| 27641541 | + | Theranostix Inc., 8000 Virginia Manor Road, Suite 170, Beltsville, MD 20705-4230 |
| 27641542 | | Thomas Scientific, P.O. Box 536750, Pittsburgh, PA 15253-5909 |
| 27641543 | + | Translational Software, Inc., 7683 SE 27th Street, Suite #352, Mercer Island, WA 98040-2804 |
| 27641544 | + | Tri-City Treatment, 355 N. Center Road, Saginaw, MI 48638-5849 |
| 27641545 | + | Tricon Services LLC, 5119 Highland Rd, Suite 265, Waterford, MI 48327-1915 |
| 27641546 | + | Tryco Inc., PO BOX 530188, Livonia, MI 48153-0188 |

| | | |
|---|---|---|
| 27641547 | | UHY, LLP, PO BOX 72243, Cleveland, OH 44192-0002 |
| 27641551 | | UPS, P.O. Box 809488, Chicago, IL 60680-9488 |
| 27641552 | | USA Scientific, Accounts Receivable, PO BOX 13387, Newark, NJ 07101-3387 |
| 27641549 | + | United Courier Service, Inc., 2116 Hampden Dr, Lansing, MI 48911-1633 |
| 27641554 | | VWR International, LLC, P.O. Box 640169, PIttsburgh, PA 15264-0169 |
| 27641553 | | Vernon Yoder, 58320 Fairfax Rd., Colon, MI 49040-9705 |
| 27641555 | + | Waterford Township Treasurer, 5200 Civic Center Drive, Waterford, MI 48329-3715 |
| 27641556 | | Wells Fargo Financial Leasing, Inc., PO BOX 77096, Minneapolis, MN 55480-7796 |
| 27641557 | + | Wintegrity, 23560 Haggerty Rd, Farmington Hills, MI 48335-2614 |
| 27641558 | + | Younis Enterprises, 5728 Schaefer Rd, Suite 200, Dearborn, MI 48126-2287 |
| 27641433 | + | e2o Health Inc., 21151 S. Western Ave, Suite 144, Torrance, CA 90501-1724 |
| 27641434 | | eClinicalWorks, LLC, P.O. Box 847950, Boston, MA 02284-7950 |
| 27641463 | + | iPatientCare, LLC, 10290 Alliance Road, Cincinnati, OH 45242-4710 |
| 27641484 | #+ | mCubed Staffing, LLC, 901 Wilshire Drive, Ste 255, Troy, MI 48084-1692 |

TOTAL: 180

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bbassel@gmail.com | Apr 17 2023 21:28:00 | Robert N. Bassel, P.O. Box T, Clinton, MI 49236 |
| 27641378 | + | Email/Text: creditdept@allscripts.com | Apr 17 2023 21:29:00 | Allscripts Healthcare, LLC, 305 Church at North Hills Street, Raleigh, NC 27609-2666 |
| 27641381 | | Email/Text: AccountsReceivable@api-pt.com | Apr 17 2023 21:29:00 | American Proficiency Institute, Department 9526, Box 30516, Lansing, MI 48909-8016 |
| 27641409 | + | Email/Text: ccurran@cola.org | Apr 17 2023 21:29:00 | COLA Inc., 9881 Broken Land Parkway, Suite 200, Columbia, MD 21046-1195 |
| 27641412 | | EDI: COMCASTCBLCENT | Apr 18 2023 01:19:00 | Comcast, P.O. Pox 37601, Philadelphia, PA 19101-0601 |
| 27641432 | | EDI: DTEE.COM | Apr 18 2023 01:19:00 | DTE Energy, PO BOX 740786, Cincinnati, OH 45274-0786 |
| 27641424 | | Email/Text: USPSbankruptcy@dwt.com | Apr 17 2023 21:28:00 | Davis Wright Tremaine LLP, 920 Fifth Avenue, Suite 3300, Seattle, WA 98104-1610 |
| 27641498 | | Email/Text: bankruptcy.notice@mutualofomaha.com | Apr 17 2023 21:29:00 | Mutual of Omaha, Payment Processing Center, P.O. Box 2147, Omaha, NE 68103-2147 |
| 27641503 | + | Email/Text: ccline@orchardsoft.com | Apr 17 2023 21:29:00 | Orchard Software Corporation, 701 Congressional Blvd., Suite 360, Carmel, IN 46032-5633 |
| 27641529 | | Email/Text: BankruptcyNotice@Stericycle.com | Apr 17 2023 21:28:00 | Stericycle Inc, PO Box 6575, Carol Stream, IL 60197-6575 |
| 27642990 | + | Email/Text: accounts.receivable@uline.com | Apr 17 2023 21:28:00 | Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |
| 27641548 | | Email/Text: accounts.receivable@uline.com | Apr 17 2023 21:28:00 | Uline, Accounts Receivable, Box 88741, Chicago, IL 60680-1741 |
| 27641550 | + | Email/Text: bennettm@usplastic.com | Apr 17 2023 21:28:00 | United States Plastic Corporation, 1390 Neubrecht Road, Lima, OH 45801-3196 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | Andrew R. Vara |
| 27641383 | | Applied Imaging |
| 27641439 | ##+ | Empirical Biosciences, 2007 Eastcastle Drive SE, Grand Rapids, MI 49508-8773 |

| | | |
|---|---|---|
| District/off: 0645-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Apr 17, 2023 | Form ID: 309F1 | Total Noticed: 193 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2023          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian R. Trumbauer | on behalf of Creditor Comerica Bank btrumbauer@bodmanlaw.com |
| Doron Yitzchaki | on behalf of Creditor Coronis Health RCM  LLC DYitzchaki@dickinsonwright.com |
| Michael J. Small | on behalf of Creditor The Peninsula Fund VII Limited Partnership msmall@foley.com |
| Robert J. Diehl, Jr. | on behalf of Creditor Comerica Bank rdiehl@bodmanlaw.com |
| Robert N. Bassel | on behalf of Debtor In Possession Ark Laboratory  LLC bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com |
| Ronna G. Jackson | on behalf of U.S. Trustee Andrew R. Vara Ronna.G.Jackson@usdoj.gov |
| Tamar Dolcourt | on behalf of Creditor The Peninsula Fund VII Limited Partnership tdolcourt@foley.com |

TOTAL: 7