| | |
|---|---|
| In re: | Case No. 23-43403-mlo |
| Ark Laboratory, LLC, | Chapter 11 |
| Debtor. | Hon. Maria L. Oxholm |

**VERIFIED DECLARATION OF JAMES GROSSI
IN SUPPORT OF CORRECTED
FIRST DAY MOTION OF DEBTOR FOR ENTRY OF ORDER
AUTHORIZING DEBTOR TO PAY CERTAIN PREPETITION WAGES,
AND GRANTING RELATED RELIEF**

James Grossi, states under penalty of perjury.

1. I am the CEO of the Debtor, and its sole member/manager.

2. The following table was prepared at my direction using data kept in the ordinary course of business of Debtor.

3. The table indicates which employees are proposed to be receiving prepetition wages, the amounts that they are proposed to be receiving with the required withholding, and the timing of when they are proposed to be paid. The amounts proposed to be paid are for prepetition services rendered within the 180 days prefiling, and are less than the priority limit in 11 U.S.C. sections 507(a)(4) and (5), other than for Mark Beauchamp, Vice-President of Business Development, who would receive $17,169.23 and Liam Dillon, Chief Financial Officer, who would receive $16,923.08.

**VERIFIED UNDER PENALTY OF PERJURY**

        <u>/s/James Grossi</u>
        James Grossi, Manager/Member

Prepared by:
<u>/s/ Robert Bassel</u>
Robert N. Bassel P48420
PO BOX T
CLINTON, MI 49236
248.677/1234
bbassel@gmail.com

**Ark Laboratory LLC**
**Payroll activity Prepetition**     **Prepetition Payroll Summary**

| Pay Date | Prepetition | | |
| --- | --- | --- | --- |
| | Gross Wages - Prepetition | Deductions | Net Deposit to employee |
| 4/14/23 | $ 179,502.70 | $ 43,349.42 | $ 136,153.28 |
| 4/21/23 | 107,144.27 | 32,459.76 | 74,684.51 |
| 4/28/23 | 35,900.54 | 8,669.88 | 27,230.66 |
| 5/5/23 | 21,821.16 | 6,584.46 | 15,236.70 |
| **Total** | **$ 344,368.67** | **$ 91,063.53** | **$ 253,305.15** |

Note that the 4/14/23 payroll referenced above was not paid, and would be paid on 4/21/23 if Debtor is authorized to pay the prepetition payroll and is authorized to use cash collateral for that purpose

**Ark Laboratory LLC**
**Pay Period 3/27/23 -4/9/23**                                                                                              **Payroll 4/14/23**

|  | Prepetition | | |
|---|---|---|---|
| **Name** | **Gross Wages** | **Deductions** | **Net Deposit to employee** |
| Brandon Adams | $ 1,427.40 | $ 119.20 | $ 1,308.20 |
| Juan Barber | 2,277.82 | 537.04 | 1,740.78 |
| Kaitlyn Barnhart | 2,307.69 | 549.33 | 1,758.36 |
| Dan Baunoch | 2,813.13 | 712.14 | 2,100.99 |
| Amanda Bayer | 1,204.35 | 258.12 | 946.23 |
| Mary Bilbrey | 313.95 | 54.05 | 259.90 |
| Tiffanie Brantley | 1,582.60 | 404.67 | 1,177.93 |
| Janet Breckenridge | 1,858.74 | 470.44 | 1,388.30 |
| Lori Britton | 1,325.40 | 257.17 | 1,068.23 |
| Lakia Brown | 895.50 | 80.08 | 815.42 |
| Briana Carter | 1,595.00 | 382.73 | 1,212.27 |
| Isabella Catalano | 2,327.33 | 550.01 | 1,777.32 |
| Nicole Chalmers Demick | 1,518.40 | 472.87 | 1,045.53 |
| Anna Charnstrom | 2,658.35 | 1,010.61 | 1,647.74 |
| Danielle Chelmicki | 1,764.00 | 538.26 | 1,225.74 |
| Carol Cooper | 588.00 | 85.51 | 502.49 |
| Shantinecia Cooper | 3,634.62 | 831.54 | 2,803.08 |
| Shenetta Cooper | 2,025.00 | 447.75 | 1,577.25 |
| Diamond Cushingberry | 1,676.00 | 375.14 | 1,300.86 |
| Connor Dalton | 1,356.08 | 251.71 | 1,104.37 |
| Wendy Dalton | 4,615.38 | 1,126.11 | 3,489.27 |
| Karen Davis | 1,784.40 | 405.38 | 1,379.02 |
| Isis Day | 1,715.20 | 367.31 | 1,347.89 |
| Maria Dickerson | 2,031.88 | 734.47 | 1,297.41 |
| Liam Dillon | 7,692.31 | 2,718.61 | 4,973.70 |
| Kennedy Dunlap | 202.50 | 24.11 | 178.39 |
| Kristine Dust | 1,702.60 | 394.88 | 1,307.72 |
| Eric Fetzner | 2,798.26 | 694.11 | 2,104.15 |
| Jessica Fishta | 890.00 | 161.45 | 728.55 |
| Karla Foster | 2,592.70 | 465.78 | 2,126.92 |
| Crystal Freville | 1,738.00 | 508.83 | 1,229.17 |
| Dana Gearhart | 2,623.40 | 632.24 | 1,991.16 |
| Karin Gittler | 1,800.00 | 287.66 | 1,512.34 |
| Kellie Gossan | 3,156.58 | 801.83 | 2,354.75 |
| Lalana Grandstaff | 1,859.56 | 467.46 | 1,392.10 |
| Logan Greer | 1,923.08 | 433.94 | 1,489.14 |
| Joey Grossi | 857.50 | 134.52 | 722.98 |
| Amanda Gruber | 1,763.88 | 202.58 | 1,561.30 |
| Christa Guest | 2,220.00 | 504.30 | 1,715.70 |
| Karlene Guldi | 1,593.98 | 355.29 | 1,238.69 |
| Marianne Hallett | 2,307.69 | 781.81 | 1,525.88 |

**Ark Laboratory LLC**
**Pay Period 3/27/23 -4/9/23**                                                                                      **Payroll 4/14/23**

|  | Prepetition | | |
| --- | --- | --- | --- |
| Name | Gross Wages | Deductions | Net Deposit to employee |
| Ltanya Harmon | 676.80 | 80.53 | 596.27 |
| Dylan Hoeft | 1,764.00 | 369.73 | 1,394.27 |
| Rachel Hoffmann | 1,680.00 | 503.24 | 1,176.76 |
| Jennifer Hubbard | 1,398.88 | 308.49 | 1,090.39 |
| Meghan Humphries | 2,692.31 | 548.62 | 2,143.69 |
| Rodica Iacoban | 542.50 | 46.91 | 495.59 |
| Aranda Jabiro | 1,996.68 | 407.11 | 1,589.57 |
| Nancy Johnston | 1,750.61 | 563.37 | 1,187.24 |
| Tika Joubert | 1,751.13 | 483.68 | 1,267.45 |
| Maryellen Kilroy | 2,137.50 | 485.19 | 1,652.31 |
| Sherry Kohlmeyer | 1,951.60 | 432.63 | 1,518.97 |
| Lauren Kotalik | 2,561.63 | 542.66 | 2,018.97 |
| Angie Laugavitz | 1,184.84 | 214.07 | 970.77 |
| Taylor Levy | 1,145.00 | 209.90 | 935.10 |
| Danielle Lulgjuraj | 2,516.80 | 471.25 | 2,045.55 |
| Kristasia Magee | 2,307.69 | 460.35 | 1,847.34 |
| Alyssa Malone | 2,649.41 | 789.50 | 1,859.91 |
| Kelsey Martin | 2,594.40 | 616.82 | 1,977.58 |
| Jaronna McCrae | 1,238.56 | 264.23 | 974.33 |
| Kelsey McKaig | 2,206.92 | 678.72 | 1,528.20 |
| Yvette Mcqueen | 1,715.96 | 444.10 | 1,271.86 |
| Nicodemus Monear | 2,041.88 | 465.52 | 1,576.36 |
| Monica Ortiz | 1,391.57 | 267.80 | 1,123.77 |
| Rhonda Pankey | 1,471.58 | 322.45 | 1,149.13 |
| Esthefanie Paredes | 1,848.42 | 425.95 | 1,422.48 |
| Lisa Perry | 1,677.27 | 241.02 | 1,436.25 |
| Cassidy Pumper | 2,717.24 | 791.19 | 1,926.05 |
| Patti Riddell | 1,271.44 | 363.55 | 907.89 |
| Sylvanus Rollins | 1,507.50 | 510.58 | 996.93 |
| Sharla Rudnick | 2,615.38 | 447.18 | 2,168.20 |
| Tonya Ross | 3,196.80 | 1,237.40 | 1,959.40 |
| Zane Rybkowski | 1,632.75 | 518.58 | 1,114.17 |
| Taylor Sawyer | 1,483.00 | 282.06 | 1,200.94 |
| Daveion Scott | 499.60 | 49.66 | 449.94 |
| Tammy Scott | 1,926.24 | 456.77 | 1,469.47 |
| Shantel Shamily | 1,554.40 | 314.88 | 1,239.52 |
| Jarrod Simmonds | 2,400.00 | 515.93 | 1,884.07 |
| Lyndsay Stone | 1,761.54 | 516.22 | 1,245.32 |
| Ashley Story | 2,884.62 | 431.28 | 2,453.34 |
| Sachiko Taylor | 1,840.00 | 424.84 | 1,415.16 |
| Lauren Thornton | 1,298.00 | 326.51 | 971.49 |

**Ark Laboratory LLC**
**Pay Period 3/27/23 -4/9/23**                                                    Payroll 4/14/23

| Name | Prepetition | | |
|---|---|---|---|
| | Gross Wages | Deductions | Net Deposit to employee |
| Tanya Vallieres | 1,569.85 | 292.25 | 1,277.60 |
| Laney Vidal | 1,685.25 | 346.21 | 1,339.04 |
| Latoya Waters | 1,154.25 | 394.17 | 760.08 |
| Jessica Weaver | 2,747.50 | 795.88 | 1,951.62 |
| Sam Weber | 1,848.63 | 418.27 | 1,430.36 |
| Shawna Willaeys | 2,384.62 | 535.39 | 1,849.23 |
| Ceville Williams | 1,250.00 | 148.76 | 1,101.24 |
| Toshiba Williams | 2,592.70 | 644.76 | 1,947.94 |
| Morgan Wiza | 3,076.93 | 777.15 | 2,299.78 |
| Kathleen Wong | 1,218.66 | 344.17 | 874.49 |
| Selena Yang | 1,473.60 | 230.92 | 1,242.68 |
| **Totals w/o James Grossi** | $ 179,502.70 | $ 43,349.42 | $ 136,153.28 |

**Ark Laboratory LLC**
**Pay Period 3/27/23 -4/9/23**                                                                  **Payroll 4/21/23**

| Name | *Gross Wages | *Deductions | *Net Deposit to employee |
|---|---|---|---|
| | Prepetition | | |
| Christopher Agozino | $ 3,653.85 | $ 761.21 | $ 2,892.64 |
| Melissa Bair | 5,769.23 | 2,146.41 | 3,622.82 |
| Mark Beauchamp | 14,307.69 | 4,504.32 | 9,803.37 |
| Becky Bigelow | 1,307.69 | 308.36 | 999.33 |
| Marc Blitz | 4,038.46 | 1,442.90 | 2,595.56 |
| Aliccia Bollig-Fischer | 6,153.85 | 2,287.47 | 3,866.38 |
| Geena Bongiorno | 3,269.24 | 1,099.92 | 2,169.32 |
| Andrea Bratton | 3,461.54 | 713.34 | 2,748.20 |
| George Curis | 5,000.00 | 1,793.34 | 3,206.66 |
| Liam Dillon | 7,692.31 | 2,718.61 | 4,973.70 |
| Matthew Edgar | 3,653.85 | 1,213.61 | 2,440.24 |
| Ashley Hurand | 3,269.23 | 849.67 | 2,419.56 |
| Amber Macumber | 4,538.46 | 1,249.06 | 3,289.40 |
| Ivan Midlam | 4,500.00 | 976.56 | 3,523.44 |
| Emilio Ramirez | 5,769.24 | 1,360.42 | 4,408.82 |
| Robert Read | 5,855.77 | 1,538.97 | 4,316.80 |
| Leo Salvaggio | 10,576.93 | 2,981.10 | 7,595.83 |
| Stephen Taylor | 5,000.00 | 1,107.38 | 3,892.62 |
| Michael Wagner | 5,307.70 | 1,836.90 | 3,470.80 |
| Michele Ziegler | 4,019.23 | 1,570.21 | 2,449.02 |
| **Total** | **$ 107,144.27** | **$ 32,459.76** | **$ 74,684.51** |

*Note the above are estimates

**Ark Laboratory LLC**
**Pay Period 4/10/23 -4/23/23** **Payroll 4/28/23**

| Name | Prepetition (4/10-4/11) | | |
|---|---|---|---|
| | *Gross Wages | *Deductions | *Net Deposit to employee |
| Brandon Adams | $ 285.48 | $ 23.84 | $ 261.64 |
| Juan Barber | 455.56 | 107.41 | 348.16 |
| Kaitlyn Barnhart | 461.54 | 109.87 | 351.67 |
| Dan Baunoch | 562.63 | 142.43 | 420.20 |
| Amanda Bayer | 240.87 | 51.62 | 189.25 |
| Mary Bilbrey | 62.79 | 10.81 | 51.98 |
| Tiffanie Brantley | 316.52 | 80.93 | 235.59 |
| Janet Breckenridge | 371.75 | 94.09 | 277.66 |
| Lori Britton | 265.08 | 51.43 | 213.65 |
| Lakia Brown | 179.10 | 16.02 | 163.08 |
| Briana Carter | 319.00 | 76.55 | 242.45 |
| Isabella Catalano | 465.47 | 110.00 | 355.46 |
| Nicole Chalmers Demick | 303.68 | 94.57 | 209.11 |
| Anna Charnstrom | 531.67 | 202.12 | 329.55 |
| Danielle Chelmicki | 352.80 | 107.65 | 245.15 |
| Carol Cooper | 117.60 | 17.10 | 100.50 |
| Shantinecia Cooper | 726.92 | 166.31 | 560.62 |
| Shenetta Cooper | 405.00 | 89.55 | 315.45 |
| Diamond Cushingberry | 335.20 | 75.03 | 260.17 |
| Connor Dalton | 271.22 | 50.34 | 220.87 |
| Wendy Dalton | 923.08 | 225.22 | 697.85 |
| Karen Davis | 356.88 | 81.08 | 275.80 |
| Isis Day | 343.04 | 73.46 | 269.58 |
| Maria Dickerson | 406.38 | 146.89 | 259.48 |
| Liam Dillon | 1,538.46 | 543.72 | 994.74 |
| Kennedy Dunlap | 40.50 | 4.82 | 35.68 |
| Kristine Dust | 340.52 | 78.98 | 261.54 |
| Eric Fetzner | 559.65 | 138.82 | 420.83 |
| Jessica Fishta | 178.00 | 32.29 | 145.71 |
| Karla Foster | 518.54 | 93.16 | 425.38 |
| Crystal Freville | 347.60 | 101.77 | 245.83 |
| Dana Gearhart | 524.68 | 126.45 | 398.23 |
| Karin Gittler | 360.00 | 57.53 | 302.47 |
| Kellie Gossan | 631.32 | 160.37 | 470.95 |
| Lalana Grandstaff | 371.91 | 93.49 | 278.42 |
| Logan Greer | 384.62 | 86.79 | 297.83 |
| Joey Grossi | 171.50 | 26.90 | 144.60 |
| Amanda Gruber | 352.78 | 40.52 | 312.26 |
| Christa Guest | 444.00 | 100.86 | 343.14 |
| Karlene Guldi | 318.80 | 71.06 | 247.74 |
| Marianne Hallett | 461.54 | 156.36 | 305.18 |
| Ltanya Harmon | 135.36 | 16.11 | 119.25 |

**Ark Laboratory LLC**
**Pay Period 4/10/23 -4/23/23**                                                                                        **Payroll 4/28/23**

| Name | Prepetition (4/10-4/11) | | |
|---|---|---|---|
|  | *Gross Wages | *Deductions | *Net Deposit to employee |
| Dylan Hoeft | 352.80 | 73.95 | 278.85 |
| Rachel Hoffmann | 336.00 | 100.65 | 235.35 |
| Jennifer Hubbard | 279.78 | 61.70 | 218.08 |
| Meghan Humphries | 538.46 | 109.72 | 428.74 |
| Rodica Iacoban | 108.50 | 9.38 | 99.12 |
| Aranda Jabiro | 399.34 | 81.42 | 317.91 |
| Nancy Johnston | 350.12 | 112.67 | 237.45 |
| Tika Joubert | 350.23 | 96.74 | 253.49 |
| Maryellen Kilroy | 427.50 | 97.04 | 330.46 |
| Sherry Kohlmeyer | 390.32 | 86.53 | 303.79 |
| Lauren Kotalik | 512.33 | 108.53 | 403.79 |
| Angie Laugavitz | 236.97 | 42.81 | 194.15 |
| Taylor Levy | 229.00 | 41.98 | 187.02 |
| Danielle Lulgjuraj | 503.36 | 94.25 | 409.11 |
| Kristasia Magee | 461.54 | 92.07 | 369.47 |
| Alyssa Malone | 529.88 | 157.90 | 371.98 |
| Kelsey Martin | 518.88 | 123.36 | 395.52 |
| Jaronna McCrae | 247.71 | 52.85 | 194.87 |
| Kelsey McKaig | 441.38 | 135.74 | 305.64 |
| Yvette Mcqueen | 343.19 | 88.82 | 254.37 |
| Nicodemus Monear | 408.38 | 93.10 | 315.27 |
| Monica Ortiz | 278.31 | 53.56 | 224.75 |
| Rhonda Pankey | 294.32 | 64.49 | 229.83 |
| Esthefanie Paredes | 369.68 | 85.19 | 284.50 |
| Lisa Perry | 335.45 | 48.20 | 287.25 |
| Cassidy Pumper | 543.45 | 158.24 | 385.21 |
| Patti Riddell | 254.29 | 72.71 | 181.58 |
| Sylvanus Rollins | 301.50 | 102.12 | 199.39 |
| Sharla Rudnick | 523.08 | 89.44 | 433.64 |
| Tonya Ross | 639.36 | 247.48 | 391.88 |
| Zane Rybkowski | 326.55 | 103.72 | 222.83 |
| Taylor Sawyer | 296.60 | 56.41 | 240.19 |
| Daveion Scott | 99.92 | 9.93 | 89.99 |
| Tammy Scott | 385.25 | 91.35 | 293.89 |
| Shantel Shamily | 310.88 | 62.98 | 247.90 |
| Jarrod Simmonds | 480.00 | 103.19 | 376.81 |
| Lyndsay Stone | 352.31 | 103.24 | 249.06 |
| Ashley Story | 576.92 | 86.26 | 490.67 |
| Sachiko Taylor | 368.00 | 84.97 | 283.03 |
| Lauren Thornton | 259.60 | 65.30 | 194.30 |
| Tanya Vallieres | 313.97 | 58.45 | 255.52 |
| Laney Vidal | 337.05 | 69.24 | 267.81 |

**Ark Laboratory LLC**
**Pay Period 4/10/23 -4/23/23**                                                                                           **Payroll 4/28/23**

| Name | Prepetition (4/10-4/11) | | |
|---|---|---|---|
| | *Gross Wages | *Deductions | *Net Deposit to employee |
| Latoya Waters | 230.85 | 78.83 | 152.02 |
| Jessica Weaver | 549.50 | 159.18 | 390.32 |
| Sam Weber | 369.73 | 83.65 | 286.07 |
| Shawna Willaeys | 476.92 | 107.08 | 369.85 |
| Ceville Williams | 250.00 | 29.75 | 220.25 |
| Toshiba Williams | 518.54 | 128.95 | 389.59 |
| Morgan Wiza | 615.39 | 155.43 | 459.96 |
| Kathleen Wong | 243.73 | 68.83 | 174.90 |
| Selena Yang | 294.72 | 46.18 | 248.54 |
| **Total** | $ 35,900.54 | $ 8,669.88 | $ 27,230.66 |

*Note the above are estimates

**Ark Laboratory LLC**
**Pay Period 4/10/23 -4/23/23**                                                              Payroll 5/5/23

| Name | Prepetition (4/10-4/11) | | |
|---|---|---|---|
| | *Gross Wages | *Deductions | *Net Deposit to employee |
| Christopher Agozino | $ 730.77 | $ 152.24 | $ 578.53 |
| Melissa Bair | 1,153.85 | 429.28 | 724.56 |
| Mark Beauchamp | 2,861.54 | 900.86 | 1,960.67 |
| Becky Bigelow | 653.85 | 154.18 | 499.67 |
| Marc Blitz | 807.69 | 288.58 | 519.11 |
| Aliccia Bollig-Fischer | 1,230.77 | 457.49 | 773.28 |
| Geena Bongiorno | 653.85 | 219.98 | 433.86 |
| Andrea Bratton | 692.31 | 142.67 | 549.64 |
| George Curis | 1,000.00 | 358.67 | 641.33 |
| Liam Dillon | 1,538.46 | 543.72 | 994.74 |
| Matthew Edgar | 730.77 | 242.72 | 488.05 |
| Ashley Hurand | 653.85 | 169.93 | 483.91 |
| Amber Macumber | 907.69 | 249.81 | 657.88 |
| Ivan Midlam | 900.00 | 195.31 | 704.69 |
| Emilio Ramirez | 1,153.85 | 272.08 | 881.76 |
| Robert Read | 1,171.15 | 307.79 | 863.36 |
| Leo Salvaggio | 2,115.39 | 596.22 | 1,519.17 |
| Stephen Taylor | 1,000.00 | 221.48 | 778.52 |
| Michael Wagner | 1,061.54 | 367.38 | 694.16 |
| Michele Ziegler | 803.85 | 314.04 | 489.80 |
| Total | $ 21,821.16 | $ 6,584.46 | $ 15,236.70 |

*Note the above are estimates