UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:

ARK LABORATORY, LLC,  　　　　　　　　　Case No. 23-43403-mlo
　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　　　Debtor.　　　　　　　　　　　Hon, Maria L. Oxholm
_____/

**FURTHER VERIFIED DECLARATION OF JAMES GROSSI IN SUPPORT OF USE OF CASH COLLATERAL**

James Grossi states,

1. I am the sole member of the Debtor and its manager. I am also the CEO of the Debtor.

2. To the best of my knowledge, information and belief, the averments in the originally filed motion by Debtor in support of the use of cash collateral are true and correct, and were based on the Debtor's books and records kept in the ordinary course of business.

3. Debtor was formed in 2012, and we moved operations to Waterford in 2016.

4. Debtor is a CLIA certified, CAP proficient, COLA accredited, medical laboratory with approximately 112 employees. We specialize in substance abuse testing, blood and molecular testing. Annual projected revenue is between 18-20 million dollars.

5. Debtor filed its bankruptcy because of cash flow issues caused by a combination of the following four factors: 1. Declining Medicare reimbursements, 2.

A decrease in Covid testing, 3. Debtor's cost structure, and 4. Erroneous denials of claims by Meridian and Blue Cross. I and our subordinated lender infused significant funds in 2022 in order to attempt to stabilize operations.

6. Debtor's chapter 11 filing will assist the Debtor in pivoting to a lower cost structure to maximize the value of its assets for all constituencies.

7. As of the Petition Date, Debtor's principal assets consisted of the following:

| ASSETS | APPROXIMATE VALUE |
|---|---|
| Cash | $ 261,000 |
| Receivables | $ 7,490,817 |
| Equipment-NBV | $ 2,916,900 |
| Inventory/Supplies | $ 581,698 |
| Total | $ 11,250,415 |

8. A significant portion of the value of Debtor's business arises from its ongoing operations.

9. Our books and records indicate that the following claimants may have secured claims in the following amounts:

| Comerica Commercial Lending Services | $6,536,566.07 |
|---|---|
| Peninsula Capital Partners | $14,940,749.14 |
| Diesel Funding | $187,500 |

10. Debtor's anticipated revenues for the next several weeks and anticipated expenses are set forth in the spreadsheet that was attached to the originally filed motion for use of cash collateral, the "Budget").

11. If we can't use the funds in the Budget, Debtor will suffer irreparable and immediate harm, as will its employees who count on us to pay them for the work that they have done.

12. Debtor is confident that its post-petition operations, as reflected in the Budget, will be profitable and that it will be able to demonstrate its ability to remain profitable during these bankruptcy proceedings and beyond.

**VERIFIED UNDER PENALTY OF PERJURY**

    /s/ James Grossi
James Grossi, Declarant

Prepared by:
/s/ Robert Bassel
Robert N. Bassel P48420
PO BOX T
CLINTON, MI 49236
248.677/1234
bbassel@gmail.com
Prospective Counsel for Debtor

4

23-43403-mlo    Doc 36    Filed 04/21/23    Entered 04/21/23 07:34:04    Page 4 of 4