UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:

ARK LABORATORY, LLC,            Case No. 23-43403-mlo
                                     Chapter 11
          Debtor.                 Hon, Maria L. Oxholm
_____/

corrected

## FILING OF BUDGET FOR INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION

Debtor states,

1. Attached is the budget that Debtor and Comerica have agreed to for purposes of the INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION.

Respectfully submitted,
/s/ Robert Bassel
Robert N. Bassel P48420
PO BOX T
CLINTON, MI 49236
248.677/1234
bbassel@gmail.com
Prospective Counsel for Debtor

## Helix Diagnostics
## 4-Week Cash Flow Budget (4/17/23 to 5/12/23)
### Revised: 4/21/23

| Description | 21-Apr-23 Proj. | 28-Apr-23 Proj. | 5-May-23 Proj. | 12-May-23 Proj. | Cumulative Cash Flow Proj. | |
|---|---:|---:|---:|---:|---:|---:|
| **REVENUES** | | | | | | |
| **Gross Revenues** | 1 | 2 | 3 | 4 | | |
| Non Covid PCR | $ 222,083 | $ 222,083 | $ 216,966 | $ 214,919 | $ 876,052 | 27.1% |
| Covid | 39,667 | 39,667 | 38,753 | 38,387 | 156,473 | 4.8% |
| Toxicology | 430,000 | 430,000 | 420,092 | 416,129 | 1,696,221 | 52.5% |
| Blood | 40,833 | 40,833 | 39,892 | 39,516 | 161,075 | 5.0% |
| Other | 86,667 | 86,667 | 84,670 | 83,871 | 341,874 | 10.6% |
| **Gross Revenues** | **$ 819,250** | **$ 819,250** | **$ 800,373** | **$ 792,823** | **$ 3,231,696** | **100.0%** |
| Customer Price Increases | - | - | - | - | - | 0.0% |
| Reimbursement Rate Adjustments | (204,813) | (204,813) | (200,093) | (198,206) | (807,924) | -25.0% |
| **Net Revenues** | **$ 614,438** | **$ 614,438** | **$ 600,280** | **$ 594,617** | **$ 2,423,772** | **75.0%** |
| **Receipts** | | | | | | |
| Billed Receipts | 77,649 | 77,625 | 77,586 | 77,550 | 310,410 | 9.6% |
| Cash Balance WE 4/14/23 (est.) | 119,110 | | | | 119,110 | |
| Future Receipts | 497,872 | 499,846 | 503,189 | 506,359 | 2,007,265 | 62.1% |
| Medcare Delay in Billing Claims | (308,483) | (233,434) | (195,794) | (198,000) | (935,711) | |
| Improved Collections | 40,963 | 40,963 | 40,019 | 39,641 | 161,585 | 5.0% |
| **Cash Receipts** | **$ 427,110** | **$ 385,000** | **$ 425,000** | **$ 425,550** | **$ 1,662,659** | **51.4%** |
| **Payroll Disbursements** | | | | | | |
| Gross Wages Pre-petition | | | | | $ - | 0.0% |
| Gross Wages Post-petition | | | | | - | |
| Employee Withholding - Pre-petition | | 32,460 | 8,126 | 6,584 | 47,170 | 1.5% |
| Employee Withholding - Post-petition | | | 32,505 | 25,419 | 57,924 | 1.8% |
| Employer Taxes - Pre-petition | 13,732 | 8,197 | | | 21,928 | 0.7% |
| Employer Taxes - Post-petition | | | 13,143 | 8,144 | 21,287 | |
| Payroll Missed 4/14/23 | 179,503 | | | | 179,503 | |
| Net Pay - Pre-petition | 74,685 | 26,236 | 15,237 | | 116,157 | 3.6% |
| Net Pay - Post-petition | | 104,944 | 59,211 | 123,593 | 287,748 | 8.9% |
| Hourly Employees - Overtime | | | | | - | 0.0% |
| **Payroll Disbursements** | **$ 267,919** | **$ 171,836** | **$ 128,222** | **$ 163,741** | **$ 731,718** | **22.6%** |
| **Non-Payroll Disbursements** | | | | | | |
| Credit Card Fees | 470 | 470 | 459 | 454 | 1,853 | 0.1% |
| Bank Charges | - | - | 2,888 | - | 2,888 | 0.1% |
| Courier Fee | 19,654 | 19,654 | 19,654 | 19,654 | 78,615 | 2.4% |
| Marketing Fees (1099) | 31,250 | 31,250 | 31,250 | 31,250 | 125,000 | 3.9% |
| IT Hardware | - | 303 | 303 | 303 | 908 | 0.0% |
| Contract Labor | - | 559 | 559 | 559 | 1,678 | 0.1% |
| Fuel/Mileage | 1,250 | 2,127 | 2,127 | 2,127 | 7,631 | 0.2% |
| Dues & Subscriptions | 115 | 115 | 115 | 116 | 463 | 0.0% |
| Workers Comp | - | 8,386 | - | - | 8,386 | 0.3% |
| Insurance - Liability | - | 12,100 | - | - | 12,100 | 0.4% |
| Insurance - Employee Portion | (6,222) | (6,222) | (6,222) | (6,221) | (24,886) | -0.8% |
| Insurance - Health | - | - | - | 68,845 | 68,845 | 2.1% |
| Insurance - Life/AD&D/Dental/Vision | - | - | 8,049 | - | 8,049 | 0.2% |
| Insurance - Life | - | (189) | - | - | (189) | 0.0% |
| Lab Fees | - | 15,790 | 15,453 | 15,318 | 46,560 | 1.4% |
| Legal & Professional Fees | - | - | - | - | - | 0.0% |
| IT Consulting | 923 | 923 | 923 | 15,500 | 18,269 | 0.6% |
| Compliance | - | - | 2,194 | - | 2,194 | 0.1% |
| Licenses & Fees - Infrastructure | - | 356 | 614 | 356 | 1,326 | 0.0% |
| Licenses & Fees - Business Operations | - | 415 | 415 | 5,177 | 6,007 | 0.2% |
| Employee Meals | 92 | 92 | 92 | 92 | 369 | 0.0% |
| Meals and Entertainment | 58 | 58 | 58 | 58 | 231 | 0.0% |
| Medical Billing | 26,000 | 26,000 | 26,000 | 26,000 | 104,000 | 3.2% |
| Medical Directorship | 692 | 692 | 692 | 692 | 2,769 | 0.1% |
| Rent or Lease | - | - | 54,792 | - | 54,792 | 1.7% |
| Equipment Lease | - | - | - | - | - | 0.0% |
| Repair & Maintenance | 2,000 | 2,000 | 2,000 | 2,000 | 8,000 | 0.2% |
| Payroll Fees | - | 3,303 | - | - | 3,303 | 0.1% |
| Shipping and Delivery Expense | 3,667 | 3,667 | 3,582 | 3,549 | 14,465 | 0.4% |
| Supplies | 39,000 | 72,000 | 35,000 | 51,917 | 197,917 | 6.1% |
| Taxes & Licenses | - | - | - | - | - | 0.0% |
| Telephone | - | - | - | 1,200 | 1,200 | 0.0% |
| Travel | 1,062 | 1,062 | 1,062 | 1,062 | 4,246 | 0.1% |
| Utilities | - | - | - | - | - | 0.0% |
| Cleaning Service | - | 2,769 | 2,769 | 2,769 | 8,308 | 0.3% |
| Uniforms | 945 | 945 | 945 | 945 | 3,779 | 0.1% |
| Waste Management | - | - | 1,200 | - | 1,200 | 0.0% |
| US Trustee Fees | 1,560 | 1,486 | 1,520 | 1,634 | 6,199 | 0.2% |
| Expense Reports | 1,000 | 1,000 | 1,000 | 1,000 | 4,000 | 0.1% |
| **Non-Payroll Disbursements** | **$ 123,516** | **$ 201,111** | **$ 209,492** | **$ 246,356** | **$ 780,475** | **24.2%** |

| Description | 21-Apr-23 Proj. | 28-Apr-23 Proj. | 5-May-23 Proj. | 12-May-23 Proj. | Cumulative Cash Flow Proj. | |
|---|---|---|---|---|---|---|
| **Other Cash Expenditures** | | | | | | |
| Capital Expenditures | - | - | - | - | - | 0.0% |
| Interest Expense - Line of Credit (Comerica Bank) | - | - | 43,856 | - | 43,856 | 1.4% |
| Interest Expense - Business Loan (Peninsula Capital) | - | - | - | - | - | 0.0% |
| Interest Expense - Equipment Loan | - | - | - | - | - | 0.0% |
| Principal Payments - Line of Credit (Comerica Bank) | - | - | - | - | - | 0.0% |
| Principal Payments - Business Loan (Peninsula Capital) | - | - | - | - | - | 0.0% |
| Principal Payments - Equipment Loan | | | | - | - | 0.0% |
| Consulting Fees | | | | | - | 0.0% |
| Clear Check Float | - | - | - | - | - | 0.0% |
| Forbearance Fees and Expenses | - | - | - | - | - | 0.0% |
| Credit Card Expense | - | - | - | - | - | 0.0% |
| **Other Cash Expenditures** | $ - | $ - | $ 43,856 | $ - | $ 43,856 | 1.4% |
| | | | | | | |
| **Disbursement Summary** | | | | | | |
| Payroll | $ 267,919 | $ 171,836 | $ 128,222 | $ 163,741 | $ 731,718 | 22.6% |
| Non-Payroll | $ 123,516 | $ 201,111 | $ 209,492 | $ 246,356 | $ 780,475 | 24.2% |
| Other Cash Expenditures | $ - | $ - | $ 43,856 | $ - | $ 43,856 | 1.4% |
| **Total Disbursements** | $ 391,435 | $ 372,947 | $ 381,570 | $ 410,097 | $ 1,556,049 | 48.1% |
| | | | | | | |
| **Net Cash Flow (Weekly)** | $ 35,675 | $ 12,053 | $ 43,429 | $ 15,453 | | |
| **Cumulative Cash Flow** | $ 35,675 | $ 47,728 | $ 91,157 | $ 106,610 | | |

Notes:

| Operating Cash | | | | | |
|---|---|---|---|---|---|
| Beginning Balance | 3,214 | 38,889 | 50,942 | 94,371 | |
| + Cash Inflows | 427,110 | 385,000 | 425,000 | 425,550 | |
| - Cash Outflows | (391,435) | (372,947) | (381,570) | (410,097) | |
| +/- Adjustments | | | | | |
| Ending Balance | 38,889 | 50,942 | 94,371 | 109,824 | |
| *Increase/Decrease* | *35,675* | *12,053* | *43,429* | *15,453* | |

| A/R Rollforward | | | | | |
|---|---|---|---|---|---|
| Medcare: Accounts Receivable (total payments) | | | | | |
| Medcare: Legacy Unbilled (expected value) | | | | | |
| MEdcare: Claims in Transit (not included above) | | | | | |
| QuickBooks: Client Bill (less than 90 days aged) | | | | | |
| Beginning A/R | 7,490,817 | 7,678,145 | 7,907,583 | 8,082,863 | |
| +Sales | 614,438 | 614,438 | 600,280 | 594,617 | |
| -Collections | (427,110) | (385,000) | (425,000) | (425,550) | |
| +/- Adjustments | - | - | - | - | |
| Ending A/R | 7,678,145 | 7,907,583 | 8,082,863 | 8,251,930 | |
| *Increase/Decrease* | *187,328* | *229,438* | *175,280* | *169,067* | |

| Supplies | | | | | |
|---|---|---|---|---|---|
| Beginning Supplies | 581,698 | 581,698 | 581,698 | 581,698 | |
| +Purchases (operational) | 39,000 | 72,000 | 35,000 | 51,917 | |
| -(Sales * Materials %) | (39,000) | (72,000) | (35,000) | (51,917) | |
| +/- Adjustments | | | | | |
| Ending Supplies | 581,698 | 581,698 | 581,698 | 581,698 | |
| *Increase/Decrease* | *-* | *-* | *-* | *-* | *-* |

| A/P Rollforward | | | | | |
|---|---|---|---|---|---|
| Beginning A/P | 7,239,297 | 7,239,297 | 7,239,297 | 7,239,297 | |
| +Purchases (operational) | 39,000 | 72,000 | 35,000 | 51,917 | |
| -Payments (operational) | (39,000) | (72,000) | (35,000) | (51,917) | |
| -Payments (incremental) | - | - | - | - | |
| +/- Adjustments | | | | | |
| Ending A/P | 7,239,297 | 7,239,297 | 7,239,297 | 7,239,297 | |
| *Increase/Decrease* | *-* | *-* | *-* | *-* | |

| Revolver Balance | | | | | |
|---|---|---|---|---|---|
| Beginning Revolver Balance | 6,379,000 | 6,379,000 | 6,379,000 | 6,379,000 | |
| +/- Adjustments | - | - | - | - | |
| Ending Revolver Balance | 6,379,000 | 6,379,000 | 6,379,000 | 6,379,000 | |
| *Increase/Decrease* | *-* | *-* | *-* | *-* | |

**NOTES:**

Helix Diagnostics
4-Week Cash Flow Budget (4/17/23 to 5/12/23)
Revised: 4/21/23

| Description | 21-Apr-23 Proj. | 28-Apr-23 Proj. | 5-May-23 Proj. | 12-May-23 Proj. | Cumulative Cash Flow Proj. |
|---|---:|---:|---:|---:|---:|
| **EBITDA/Cash Flow Reconciliation** | | | | | |
| Net Revenues | 614,438 | 614,438 | 600,280 | 594,617 | |
| Payroll Disbursements | (267,919) | (171,836) | (128,222) | (163,741) | |
| Non-Payroll Disbursements | (123,516) | (201,111) | (209,492) | (246,356) | |
| Other Cash Expenditures | - | - | (43,856) | - | |
| **Cash Flow Operating income before Addbacks** | **223,003** | **241,491** | **218,709** | **184,520** | |
| <u>Add Backs</u>: | | | | | |
| Capital Expenditures | - | - | - | - | |
| Interest Expense - Line of Credit (Comerica Bank) | - | - | 43,856 | - | |
| Interest Expense - Business Loan (Peninsula Capital) | - | - | - | - | |
| Interest Expense - Equipment Loan | - | - | - | - | |
| Principal Payments - Line of Credit (Comerica Bank) | - | - | - | - | |
| Principal Payments - Business Loan (Peninsula Capital) | - | - | - | - | |
| Principal Payments - Equipment Loan | - | - | - | - | |
| Consulting Fees | - | - | - | - | |
| Clear Check Float | - | - | - | - | |
| Forbearance Fees and Expenses | - | - | - | - | |
| Credit Card Expense | - | - | - | - | |
| Capital Infusion | - | - | - | - | |
| Payment on Capital Infusion | - | - | - | - | |
| Payment for Emergency Capital Influx from Senior Employees | - | - | - | - | |
| A/P Payment Plan | - | - | - | - | |
| Incremental Fee Related to Legacy Collections | 1,560 | 1,560 | 1,559 | 1,558 | |
| **Model Implied Recurring EBITDA** | **224,563** | **243,050** | **264,124** | **186,078** | |
| **Adjustments to Reconcile to Cash Flow:** | | | | | |
| <u>Deduct</u>: | | | | | |
| Capital Expenditures | - | - | - | - | |
| Interest Expense - Line of Credit (Comerica Bank) | - | - | (43,856) | - | |
| Interest Expense - Business Loan (Peninsula Capital) | - | - | - | - | |
| Interest Expense - Equipment Loan | - | - | - | - | |
| Principal Payments - Line of Credit (Comerica Bank) | - | - | - | - | |
| Principal Payments - Business Loan (Peninsula Capital) | - | - | - | - | |
| Principal Payments - Equipment Loan | - | - | - | - | |
| Consulting Fees | - | - | - | - | |
| Clear Check Float | - | - | - | - | |
| Forbearance Fees and Expenses | - | - | - | - | |
| Credit Card Expense | - | - | - | - | |
| Capital Infusion | - | - | - | - | |
| Payment on Capital Infusion | - | - | - | - | |
| Payment for Emergency Capital Influx from Senior Employees | - | - | - | - | |
| A/P Payment Plan | - | - | - | - | |
| Incremental Fee Related to Legacy Collections | (1,560) | (1,560) | (1,559) | (1,558) | |
| Net Revenues | (614,438) | (614,438) | (600,280) | (594,617) | |
| <u>Add</u>: | | | | | |
| Receipts | 427,110 | 385,000 | 425,000 | 425,550 | |
| | 35,675 | 12,053 | 43,429 | 15,453 | |
| Cash Flow | 35,675 | 12,053 | 43,429 | 15,453 | |
| Difference | $ - | $ - | $ - | $ - | |