Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Comerica Commercial Lending Services**<br>Creditor's Name<br><br>PO BOX 641618<br>Detroit, MI 48264-1618<br>Creditor's mailing address<br><br>LLGaborik@comerica.com<br>Creditor's email address, if known<br><br>Date debt was incurred<br>**01/19/21**<br>Last 4 digits of account number<br>**0026**<br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**bank loan, likely fully secured, all personal property**<br><br>**Describe the lien**<br>**security interest**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $6,536,566.07 | Unknown<br><br>however, the going concern value<br>of the collateral is likely above $10 million |
| **2.2** **Diesel Funding**<br>Creditor's Name<br><br>1100 NE 163rd St Suite 404<br>Miami, FL 33162<br>Creditor's mailing address<br><br>admin@dieselfunding.com<br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number | **Describe debtor's property that is subject to a lien**<br>**may assert security interest, business loan**<br><br>**Describe the lien**<br>**possible security interest or possible purchase of A/R**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $258,577.50 | Unknown |

| Debtor | Ark Laboratory, LLC | Case number (if known) | 23-43403-MLO |
|---|---|---|---|

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

---

**2.3** **LABarrington**
Creditor's Name

**220 North River Street
Dundee, IL 60118**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**8/23/2021**
**Last 4 digits of account number**
**5000**

**Describe debtor's property that is subject to a lien**
**certain equipment**

**Describe the lien**
**equipment lien/lease**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$82,703.00     unknown

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **Peninsula Capital Partners**
Creditor's Name

**One Towne Square, Suite 1400
Southfield, MI 48076**
Creditor's mailing address

**krempel@peninsulafunds.com**
Creditor's email address, if known

**Date debt was incurred**
**01/19/21**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**loan(s), likely partially secured, all personal property**

**Describe the lien**
**security interest**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$14,940,749.14     Unknown however, the going concern value of the collateral is likely above $10 million

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.5** **Team Financial Group**
Creditor's Name

**650 3 Mile Rd NW #200
Grand Rapids, MI 49544**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**equipment lease(s), may be secured**

**Describe the lien**
**equipment lien/leases**

$1,082,936.05     Unknown

| Debtor | Ark Laboratory, LLC | Case number (if known) | 23-43403-MLO |
|---|---|---|---|
| | Name | | |

| | Is the creditor an insider or related party? |
|---|---|
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | Is anyone else liable on this claim? |
| Date debt was incurred | ☐ No |
| **from 2018 to 2022** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |
| **various** | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $22,901,531.76

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|