Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**see attached re wage priority claims**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**note that pursuant to Court's Order Allowing Payment of Prepetition Wages, certain prepetition wages have been, or are in the process of being, paid.**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | | **$804,037.84** | **$162,547.92** |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**6600 Highland, LLC**<br>**29580 Northwestern Hwy Suite #1000**<br>**Southfield, MI 48034**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **rent**<br>Is the claim subject to offset? ■ No ☐ Yes | **$231,210.94** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Abbott Laboratories**<br>**PO Box 92679**<br>**Chicago, IL 60675-2679**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **trade**<br>Is the claim subject to offset? ■ No ☐ Yes | **$217,535.71** |

| Debtor | Ark Laboratory, LLC | Case number (if known) | 23-43403-MLO |
|---|---|---|---|

| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Agena Bioscience, Inc**<br>**12100 W. 6th Ave**<br>**Denver, CO 80228**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** trade<br><br>Is the claim subject to offset? ■ No ☐ Yes | $103,738.13 |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**BillionToOne, Inc.**<br>**PO BOX 8040**<br>**Carol Stream, IL 60197-8040**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** trade<br><br>Is the claim subject to offset? ■ No ☐ Yes | $120,093.60 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Coronis Health RCM, LLC**<br>**PO BOX 790372**<br>**Saint Louis, MO 63179-0372**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** professional services<br><br>Is the claim subject to offset? ■ No ☐ Yes | $232,263.79 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Gemini Lab Group**<br>**8470 S. Shore Dr.**<br>**Clarkston, MI 48348**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** professional services<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,409,050.00 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Henry Schein**<br>**Dept. CH 10241**<br>**Palatine, IL 60055-0241**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** trade<br><br>Is the claim subject to offset? ■ No ☐ Yes | $121,628.48 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Immunalysis Corporation Alere San Diego**<br>**P.O. Box 102317**<br>**Pasadena, CA 91189-2317**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** trade<br><br>Is the claim subject to offset? ■ No ☐ Yes | $133,744.57 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**James Grossi**<br>**1344 Addington Court**<br>**Lake Orion, MI 48360**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** loans<br><br>Is the claim subject to offset? ■ No ☐ Yes | $533,000.00 |

| Debtor | Ark Laboratory, LLC | Case number (if known) | 23-43403-MLO |
|---|---|---|---|

| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Labcorp**<br>**PO BOX 12140**<br>**Burlington, NC 27216-2140**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$142,271.64** |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Mclaren Medical Laboratory**<br>**PO BOX 775452**<br>**Chicago, IL 60677-5452**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **trade**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$174,793.42** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Medcare MSO**<br>**1000 Cordova Place**<br>**Santa Fe, NM 87505**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **professional services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$524,903.45** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Medline Industries, Inc.**<br>**Box 382075**<br>**Pittsburgh, PA 15251-8075**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **trade**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$117,303.10** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**MedSpeed, LLC**<br>**140 Industrial Drive**<br>**Elmhurst, IL 60126**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **professional services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$682,196.96** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**see attached**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,615,934.58** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**StrengthPoint Advisors**<br>**3540 Tall Oaks Rd.**<br>**Lake Orion, MI 48359**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **professional services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$110,350.00** |

| Debtor | Ark Laboratory, LLC | Case number (if known) | 23-43403-MLO |
|---|---|---|---|
| | Name | | |

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$252,679.09** |
|---|---|---|---|
| | The Medical Real Estate Group<br>29580 Northwestern Hwy<br>Southfield, MI 48034 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** rent | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$629,000.00** |
|---|---|---|---|
| | The Sports Marketing Agency, INC<br>13 N. Washington St.<br>Ypsilanti, MI 48197 | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** professional services | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 804,037.84 |
| **5b. Total claims from Part 2** | 5b. + $ | 8,351,697.46 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 9,155,735.30 |

|  | Schedule E |  |  |  |  |  |  | 15150 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name | Address | Date(s) debt incurred | last 4 digits | Basis for the claim | Total Claim | Priority Amount |  |  |
| Andrew Sutter | 6875 Lancadster Lake Ct., Apt 126, Clarkston, MI 48346 | Apr-22 | 0365 | wages and benefits | $ 7,538.46 |  | Unpaid severance |  |
| Angelica Reese | 325 N. Washington Ave., Apt A, Batavia, IL 60510 | Nov-22 | 7135 | wages and benefits | $ 4,171.35 | $ 4,171.35 | Unpaid wages & expense reimbursement |  |
| Bradley Cieslak | 1835 W Motel Road Sycamore, IL 60178 | Nov-22 | 5088 | wages and benefits | $ 50,936.14 | $ 15,150.00 | Unpaid wages, PTO & expense reimbursement |  |
| Brett Nagel | 9061 Ridge Ct Willow Springs, IL 60480 | Nov-22 | 2756 | wages and benefits | $ 47,620.91 | $ 15,150.00 | Unpaid wages, PTO & expense reimbursement |  |
| Carla Galan | 3086 Summit Ave, Highland Park, IL 60035 | Nov-22 | 2972 | wages and benefits | $ 1,383.75 | $ 1,383.75 | Unpaid wages & expense reimbursement |  |
| Christopher Pittenturf | 584 Birchcrest Ct., Oakland, MI 48363 | Apr-22 | 7970 | wages and benefits | $ 56,956.72 |  | Unpaid severance |  |
| David Alcook | 6259 Autumn Dr., Hudsonville, MI 49426 | Jan-Feb 2023 | 9728 | wages and benefits | $ 5,428.48 | $ 5,428.48 | Unpaid wages & expense reimbursement |  |
| Don Henderson | 9552 Bitten Dr., Brighton, MI 48114 | Aug-Sep 2022 | 3983 | wages and benefits | $ 18,961.54 |  | Unpaid severance |  |
| Frederick (Paul) Hodge | 29525 Mayfair, Farmington, MI 48331 | Sep-Nov 2022 | 5766 | wages and benefits | $ 11,725.00 | $ 11,725.00 | Unpaid severance |  |
| Georgine Cwynar | 218 Picadilly Dr SE, Poplar Grove, IL 61065 | Nov-22 | 6737 | wages and benefits | $ 7,360.03 | $ 7,360.03 | Unpaid wages & expense reimbursement |  |
| Graham Pocic | 229 E Custer St Lemont, IL 60439 | Nov-22 | 4904 | wages and benefits | $ 51,853.09 | $ 15,150.00 | Unpaid wages, PTO & expense reimbursement |  |
| Jennifer Zuniga | 808 Shuler St., Elgin, IL 60123 | Nov-22 | 2248 | wages and benefits | $ 722.75 | $ 722.75 | Unpaid wages & expense reimbursement |  |
| Jessica Preston | 1640 Knight Rd., Ann Arbor, MI 48103 | Apr-22 | 7190 | wages and benefits | $ 51,922.00 |  | Unpaid severance |  |
| John Jaros | 801 N Eagle Naperville, IL 60563 | Nov-22 | 9762 | wages and benefits | $ 24,413.98 | $ 15,150.00 | Unpaid wages, PTO & expense reimbursement |  |
| Karen Wilson | 38W509 Stevens Glen Rd Saint Charles, IL 60175-5413 | Nov-22 | 2350 | wages and benefits | $ 29,549.04 | $ 15,150.00 | Unpaid wages, PTO & expense reimbursement |  |
| Kelly Huetsch | 5417 Hollis Ave., Loves Park, IL 61111 | Nov-22 | 6425 | wages and benefits | $ 10,010.56 | $ 10,010.56 | Unpaid wages & expense reimbursement |  |
| Kinnari Kansara | 671 Heather Ln, #671, Bartlett, IL 60103 | Nov-22 | 2006 | wages and benefits | $ 993.75 | $ 993.75 | Unpaid wages & expense reimbursement |  |
| Leshlee Holder | 1540 Dempster St., Apt 209, Mount Prospect, IL 60056 | Nov-22 | 4539 | wages and benefits | $ 1,230.00 | $ 1,230.00 | Unpaid wages & expense reimbursement |  |
| Lindsey Rymarz | 253 Fitzgerald Cir., Carol Stream, IL 60188 | Nov-22 | 9920 | wages and benefits | $ 16,036.43 | $ 15,150.00 | Unpaid wages & expense reimbursement |  |
| Margie Reed | 2651 N. 73rd Ave., Elmwood Park, IL 60707 | Nov-22 | 7897 | wages and benefits | $ 615.00 | $ 615.00 | Unpaid wages & expense reimbursement |  |
| Mark Beauchamp | 6686 Weston Ct., Clarkston, MI 48348 | Jul-22 | 0025 | wages and benefits | $ 16,153.85 |  | Delayed Salary |  |
| Matthew Meachum | 8276 Winterforest Dr NE, Rockford, MI 49341 | Jan-Feb 2023 | 1521 | wages and benefits | $ 7,067.40 | $ 7,067.40 | Unpaid wages & expense reimbursement |  |
| Nicholas McNeilly | 4351 Willesdon Ave., Holt, MI 48842 | Jan-Feb 2023 | 8325 | wages and benefits | $ 4,461.44 | $ 4,461.44 | Unpaid wages & expense reimbursement |  |
| Rachel Brown | 24767 Nepavine Dr., Novi, MI 48374 | Jul-Aug 2022 | 9883 | wages and benefits | $ 57,692.31 |  | Unpaid severance |  |
| Randy Bierman | 1749 W Huron St. Chicago, IL 60622 | Nov-22 | 9216 | wages and benefits | $ 47,318.04 | $ 15,150.00 | Unpaid wages, PTO & expense reimbursement |  |
| Rhoderick Dalangin | 365 Emerald Ln, Algonquin, IL 60102 | Nov-22 | 4112 | wages and benefits | $ 170.78 | $ 170.78 | Unpaid wages & expense reimbursement |  |
| Robert Read | 169 Saxon Ct., Rochester Hills, MI 48307 | Jul-Sep 2022 | 2422 | wages and benefits | $ 7,043.29 |  | Delayed Salary |  |
| Tiana Avina | 945 Atlantic Ave., Apt B, Hoffman Estates, IL 60169 | Nov-22 | 9243 | wages and benefits | $ 843.75 | $ 843.75 | Unpaid wages & expense reimbursement |  |
| Vilma Joaquin | 3133 N. Menard Ave., Chicago, IL 60634 | Nov-22 | 6694 | wages and benefits | $ 313.88 | $ 313.88 | Unpaid wages & expense reimbursement |  |
| Payroll Taxes, Fed, FICA | Pay Date 3/31/2023 | 3/31/2023 | 9335 | wages and benefits | $ 52,300.67 |  |  |  |
| Payroll Taxes, Fed, FICA | Pay Date 3/17/2023 | 3/17/2023 | 9335 | wages and benefits | $ 51,932.94 |  |  |  |
| Payroll Taxes, Fed, FICA | Pay Date 3/3/2023 | 3/3/2023 | 9335 | wages and benefits | $ 52,074.78 |  |  |  |
| Payroll Taxes, Fed, FICA | Pay Date 2/17/2023 | 2/17/2023 | 9335 | wages and benefits | $ 54,748.33 |  |  |  |
| Payroll Taxes, Fed, FICA | Pay Date 2/3/2023 | 2/3/2023 | 9335 | wages and benefits | $ 52,487.40 |  |  |  |
| TOTAL |  |  |  |  | $ 804,037.84 | $ 162,547.92 |  |  |

does not take into account the prepetition wages that are the subject of the Court's Order authorizing the payment of prepetition wages

Schedule F

| Name | Address | Date(s) debt incurred | Total Claim |
|---|---|---|---|
| A-Fordable Plumbing & Mechanical | PO BOX 14103<br>Lexington KY 40512 | 06-07-22 to 10-05-22 | $ 2,520.00 |
| AB Sciex, LLC | 62510 Collections Center Drive<br>Chicago IL 60693-0625 | 02-01-23 to 04-01-23 | $ 48,610.04 |
| Abell Pest Control | 3549 Airport Rd<br>Ste 108<br>Waterford MI 48329 | 07-01-22 to 11-28-22 | $ 1,260.00 |
| Advancing Health Inc. | 1620 W. Pierce Ave<br>Chicago IL 60622 | 07-01-22 to 10-01-22 | $ 90,000.00 |
| Alliance Architecture of Maryland, PC | 79 West Street<br>Suite 200<br>Annapolis MD 21401 | 03-01-22 to 04-01-22 | $ 36,455.53 |
| Allied Media | 240 N. Fenway Drive<br>Fenton MI 48430 | 11/4/2022 | $ 70.75 |
| Allscripts Healthcare, LLC | 305 Church at North Hills Street<br>Raleigh NC 27609 | 06-15-22 to 03-01-23 | $ 8,434.40 |
| Alpha Cleaners LLC | 279 S Edith St.<br>Pontiac MI 48342 | 04-01-22 to 05-01-22 | $ 5,744.60 |
| Amazing Charts | 33115 Collection Center Drive<br>Chicago IL 60693-0331 | 3/7/2023 | $ 1,060.00 |
| American Proficiency Institute | Department 9526<br>PO Box 30516<br>Lansing MI 48909-8016 | 2/16/2023 | $ 3,733.00 |
| Amro Almradi MDPC PLLC | 612 Deauville Ln.<br>Bloomfield Hills MI 48304 | 01-18-23 to 03-01-23 | $ 12,000.00 |
| Applied Capital, LLC | PO Box 660831<br>Dallas TX 75266-0831 | 04-01-23 to 04-03-23 | $ 582.51 |
| Applied Imaging | 24050 Northwestern Hwy<br>Southfield MI 48075 | 08-01-22 to 04-19-23 | $ 4,574.45 |
| Arkstone Medical | P.O. Box 880823<br>Boca Raton FL 33488 | 02-01-23 to 04-01-23 | $ 34,025.00 |
| ASR Health Benefits | PO BOX 6392<br>Grand Rapids MI 49516-6392 | 6/1/2022 | $ 266.69 |

Schedule F

| Name | Address | Date(s) debt incurred | Total Claim |
|---|---|---|---|
| Athenahealth, Inc. | PO BOX 415615<br>Boston MA 02241-5615 | 02-16-23 to 04-13-23 | $ 5,091.00 |
| Auburn Hills Medical Properties, LLC | 3959 Centerpoint Pkwy.<br>Pontiac MI 48341 | 4/1/2023 | $ 991.00 |
| Avairis, Inc. | 3724 Cheryl Dr.<br>Commerce Township MI 48382 | 12-01-22 to 04-03-23 | $ 20,132.00 |
| AVL-Creative | 6235 Concord<br>Suite 135<br>Detroit MI 48211 | 6/1/2022 | $ 4,929.46 |
| Axiom Diagnostics | PO Box 13275<br>Tampa FL 33681-3275 | 03-01-22 to 08-09-22 | $ 17,315.50 |
| BCC Distribution, Inc. | 7529 Baron Drive<br>Canton MI 48187 | 5/10/2022 | $ 6,470.96 |
| Beckman Coulter | Dept. CH 10164<br>Palatine IL 60055-0164 | 10-01-22 to 03-01-23 | $ 20,968.01 |
| Benkoff Health Law, PLLC | 7 West Square Lake Road<br>Bloomfield Hills MI 48302 | 04-01-22 to 10-02-22 | $ 8,482.00 |
| Bett Kimutai | 7573 Cottonwood Dr<br>Niagra Falls Ontario L2H 0L3<br>Canada | 04-09-23 to 04-16-23 | $ 4,846.40 |
| Bio Rad Laboratories, Inc. | 1000 Alfred Nobel Drive<br>Hercules CA 94547 | 1/1/2023 | $ 46.01 |
| BioPathogenix | 1000 Alfred Nobel Drive<br>Hercules CA 94547 | 02-08-23 to 03-14-23 | $ 87,715.00 |
| Blue Care Network | PO Box 33608<br>Detroit MI 48232-5608 | 03-01-23 to 04-01-23 | $ 38,671.74 |
| Blue Cross and Blue Shield of Illinois | Refund and Recovery<br>PO Box 94075<br>Palatine IL 60094-4075 | 6/1/2022 | $ 208.35 |
| Blue Cross Blue Shield of Michigan | PO Box 674416<br>Detroit MI 478267-4416 | 03-01-23 to 04-01-23 | $ 82,634.80 |
| Brehob CORPORATION | PO Box 2023<br>Indianapolis IN 46206-2023 | 3/28/2023 | $ 960.00 |

**Schedule F**

| Name | Address | Date(s) debt incurred | Total Claim |
|---|---|---|---|
| Brian Corso | 2540 Campbellgate Dr. Waterford MI 48329-3118 | 4/4/2023 | $ 43.07 |
| Bultynck & Co. CPA | 15985 Canal Rd. Clinton Twp. MI 48038 | 4/1/2022 | $ 379.00 |
| Cardinal Health | PO Box 70539 Chicago IL 60673-0539 | 06-10-22 to 03-23-23 | $ 21,296.68 |
| Careviso, Inc. | 7600 B Leesburg Pike East Building Suite 220 Falls Church VA 22043 | 01-01-23 to 04-01-23 | $ 15,500.00 |
| Carolina Coastal Paper & Janitorial Sup | PO BOX 1227 Wake Forest NC 27588 | 12-22-22 to 01-18-23 | $ 4,919.57 |
| Celltreat Scientific | 20 Mill Street Unit 130 Pepperell MA 01463 | 05-06-22 to 07-01-22 | $ 5,366.14 |
| Cerbo, LLC | 350 SE Mill St STE 11 Portland OR 97214 | 9/1/2022 | $ 2,900.00 |
| Cerilliant Corporation | US BANK CN-OH-L1WH Lockbox 00563 5065 Wooster Road Cincinnati OH 45226 | 01-20-23 to 01-26-23 | $ 5,330.30 |
| Cintas Corp. (ACH) | 6800 Cintas Blvd, Cincinnati, OH 45262 | 4-07-23 to 04-21-23 | $ 1,947.30 |
| Clean Air Testing, Inc | 37709 Schoolcraft Road Livonia MI 48150 | 3/20/2023 | $ 729.63 |
| COLA Inc. | 9881 Broken Land Parkway Suite 200 Columbia MD 21046 | 1/1/2023 | $ 10,417.00 |
| Cole-Parmer | 13927 Collections Center Drive Chicago IL 60693-0139 | 6/6/2022 | $ 206.28 |
| College of American Pathologists | PO Box 71698 Chicago IL 60694-1698 | 2/14/2023 | $ 1,054.44 |
| Comcast | P.O. Pox 37601 Philadelphia PA 19101-0601 | 02-15-23 to 04-17-23 | $ 2,472.22 |
| CoreBioLabs | 7956 Tyler BLVD Mentor OH 44060 | 01-01-23 to 01-09-23 | $ 51,045.00 |

Schedule F

| Name | Address | Date(s) debt incurred | Total Claim |
|---|---|---|---|
| Coriell Institute, Inc. | 403 Haddon Ave<br>Camden NJ 08103 | 3/9/2022 | $ 2,052.00 |
| Cotiviti Inc. | PO BOX 952366<br>St Louis MO 63195-2366 | 2/1/2023 | $ 100.00 |
| Credential Check Corporation | PO BOX 4504<br>Troy MI 48099-4504 | 02-01-23 to 04-15-23 | $ 787.40 |
| Criterion Lab Consulting, LLC | 490 Wildwood North Cir<br>Ste 110<br>Birmingham AL 35209 | 4/1/2022 | $ 1,900.00 |
| Daniel Brian Advertising | 222 S. Main Street<br>Rochester MI 48307 | 04-20-22 to 05-01-22 | $ 22,887.00 |
| Darren Cain | 8304 Jaclyn Ann Dr.<br>Flushing MI 48433 | 12/29/2022 | $ 13,500.00 |
| Data Innovations, LLC | P.O. Box 101978<br>Atlanta GA 30392-1978 | 8/22/2022 | $ 1,590.00 |
| Dave's Electric Services, Inc. | 6650 Highland Rd<br>Waterford MI 48327 | 7/18/2022 | $ 1,242.50 |
| Davis Wright Tremaine LLP | 920 Fifth Avenue<br>Suite 3300<br>Seattle WA 98104-1610 | 01-13-22 to 08-15-22 | $ 67,970.00 |
| De Lage Landen Financial Services, Inc. | P.O. Box 8224018<br>Philadelphia PA 19182-4018 | 04-12-23 to 04-14-23 | $ 354.49 |
| Definitive Healthcare, LLC | PO BOX 411273<br>Boston MA 02241-1273 | 4/1/2022 | $ 39,999.00 |
| Dell Marketing LP c/o Lam, Lyn & Philip | 6213 Skyline Drive<br>Suite 2100<br>Houston TX 77057 | 6/10/2022 | $ 13,453.56 |
| Denny's Heating, Cooling & Refrigeration | 1831 Austin Drive<br>Troy MI 48083 | 06-13-22 to 02-10-23 | $ 10,601.85 |
| Dianne Longoria | 17082 Blackfoot Trl<br>Howard City MI 49329-9595 | 4/4/2023 | $ 16.40 |
| DoctorsManagement, LLC | PO BOX 531002<br>Atlanta GA 30353-1002 | 10/1/2022 | $ 2,070.00 |

**Schedule F**

| Name | Address | Date(s) debt incurred | Total Claim |
|---|---|---|---|
| Dorene Guarnieri | 9890 Smiths Creek Rd.<br>Goodells MI 48027-3521 | 3/21/2023 | $ 10.56 |
| Dropoff Inc. | PO BOX 92213<br>Las Vegas NV 89193-2213 | 08-01-22 to 10-26-22 | $ 28,052.44 |
| DTE Energy | PO BOX 740786<br>Cincinnati OH 45274-0786 | 04-04-23 to 05-04-23 | $ 7,169.92 |
| e2o Health Inc. | 21151 S. Western Ave<br>Suite 144<br>Torrance CA 90501 | 5/1/2022 | $ 4,800.00 |
| eClinicalWorks, LLC | P.O. Box 847950<br>Boston MA 02284-7950 | 02-01-23 to 04-01-23 | $ (14,182.00) |
| Eden Software Solutions, LLC | 12472 Lake Underhill Rd.<br>Suite 101<br>Orlando FL 32828-7144 | 01-01-23 to 03-01-23 | $ 1,900.00 |
| Edge Solutions | P.O. Box 594<br>Richmond MI 48062 | 4/1/2023 | $ 1,216.82 |
| Elio Bucciarelli | 49795 Deer Run Dr.<br>Shelby Twp. MI 48315-3335 | 3/21/2023 | $ 52.61 |
| Ellkay, LLC | 200 Riverfront Blvd., 3rd Floor<br>Elmwood Park NJ 07407 | 06-27-22 to 04-01-23 | $ 10,120.00 |
| Empirical Biosciences | 2007 Eastcastle Drive SE<br>Grand Rapids MI 49508 | 07-06-22 to 02-01-23 | $ 60,813.79 |
| Eric Vasseur | 1355 Athlone Dr<br>Oxford MI 48371 | 11/22/2022 | $ 2,464.00 |
| Esker Inc | PO BOX 44953<br>Madison WI 53744-4953 | 4/1/2023 | $ 1,009.05 |
| Evoqua Water Technologies LLC | 28563 Network Place<br>Chicago IL 60673-1285 | 11-01-22 to 04-17-23 | $ 11,473.58 |
| Fed Ex | PO BOX 371461<br>Pittsburgh PA 15250-7461 | 04-01-23 to 04-19-23 | $ 795.87 |
| Ferrellgas | PO BOX 173940<br>Denver CO 80217-3940 | 3/27/2022 | $ 412.50 |

**Schedule F**

| Name | Address | Date(s) debt incurred | Total Claim |
|---|---|---|---|
| Fink Bressack PLLC | 38500 Woodward Ave Suite 350 Bloomfield Hills MI 48304 | 08-04-22 to 04-01-23 | $ 36,758.56 |
| Fire Alarm Services | 25550 Seeley Road Suite 200 Novi MI 48375 | 1/1/2023 | $ 1,250.80 |
| First Insurance Funding | 450 Skokie Blvd Suite 1000 Northbrook IL 60062-7917 | 04-10-23 to 04-11-23 | $ 10,560.00 |
| Fisher Healthcare | 13551 Collections CTR DR Chicago IL 60693 | 10-01-22 to 04-12-23 | $ 76,317.90 |
| Fishman Stewart, PLLC | 800 Tower Drive Suite 610 Troy MI 48098 | 04-01-22 to 06-01-22 | $ 6,534.70 |
| Foley & Lardner LLP | PO BOX 78470 Milwaukee WI 53278-8470 | 06-29-22 to 10-01-22 | $ 9,615.50 |
| FrontRunnerHC Inc | 36 Cordage Park Suite 302 Plymouth MA 02360 | 02-01-23 to 04-01-23 | $ 24,923.73 |
| Gazam, Inc. | 7901 4th St N. Suite 300 St Petersburg FL 33702 | 07-19-22 to 08-01-22 | $ 7,380.00 |
| Gena's Timeless Cleaning, LLC | 55166 Timberland Lane Macomb MI 48042 | 01-15-23 to 04-01-23 | $ 36,000.00 |
| George King Bio-Medical, Inc. | 11771 W. 112th St. Overland Park KS 66210 | 6/1/2022 | $ 1,603.70 |
| Great Lakes Express Delivery, LLC | 3055 Cass Rd Ste 123 Traverse City MI 49684 | 02-01-23 to 04-17-23 | $ 55,893.23 |
| Healthcare Appraisers | 2101 NW Corporate Blvd Suite 400 Boca Raton FL 33431 | 7/1/2022 | $ 4,307.50 |
| Hogan Lovells US LLP | Lockbox Services - 75890 PO BOX 715890 Philadelphia PA 19171-5890 | 12-15-22 to 04-01-23 | $ 140,801.95 |

**Schedule F**

| Name | Address | Date(s) debt incurred | Total Claim |
|---|---|---|---|
| I Care MI, LLC | 29919 Jefferson Ave. St. Clair Shores MI 48082 | 04-08-22 to 04-01-23 | $ 2,978.00 |
| IMCS, Inc. | 110 Centrum Drive Irmo SC 29063 | 02-22-23 to 04-01-23 | $ 7,417.00 |
| Insync Healthcare Solutions | PO BOX 4577 Carol Stream IL 60197-4577 | 10/19/2022 | $ 3,500.00 |
| INTEGRA Biosciences Corp. | 22 Friars Drive Hudson NH 03051 | 01-12-23 to 03-06-23 | $ 5,678.96 |
| iPatientCare, LLC | 10290 Alliance Road Cincinnati OH 45242 | 12/15/2022 | $ 5,000.00 |
| James Pinckney | 2034 Pleasant View Ave Lansing MI 48910-0348 | 3/21/2023 | $ 10.88 |
| Jeffrey Williamson | 3873 Hartland Hills Dr Hartland MI 48353-1111 | 1/12/2023 | $ 461.43 |
| JSW Consulting, LLC | 2836 Baltane Rd. West Bloomfield MI 48323 | 4/7/2022 | $ 7,500.00 |
| LabPath Consulting | 105 4th Street E Tierra Verde FL 33715 | 06-01-22 to 03-01-23 | $ 52,000.00 |
| LabSoft, Inc. | PO Box 21042 Tampa FL 33622 | 03-01-23 to 04-01-23 | $ 190.00 |
| Labtek, Incorporated | 7381 Grachen Dr. SE Grand Rapids MI 49546 | 03-02-23 to 04-11-23 | $ 13,931.63 |
| Landaal Packaging Systems | Delta Containers Division 6616 Solution Center Chicago IL 60677-6006 | 3/27/2023 | $ 1,490.27 |
| Leasing Associates of Barrington, INC. | 220 N. River Street East Dundee IL 60118 | 02-01-23 to 04-01-23 | $ 4,812.40 |
| LGC Clinical Diagnostics, Inc. | Dept CH 16362 Palatine IL 60055-6362 | 2/1/2023 | $ 3,270.76 |
| Liam Dillon | 28393 Wellington St. Farmington Hills | 10-01-22 to 04-12-23 | $ 48,467.38 |
| Life Technologies Corporation | 12088 Collections Center Dr. Chicage IL 60693 | 05-24-22 to 03-13-23 | $ 70,483.19 |

**Schedule F**

| Name | Address | Date(s) debt incurred | Total Claim |
|---|---|---|---|
| Lifepoint Informatics | 65 Harristown Rd<br>Suite 305<br>Glen Rock NJ 07452 | 01-01-23 to 04-01-23 | $ 7,025.00 |
| Lippitt O'Keefe, PLLC | 370 E. Maple Road<br>Third Floor<br>Birmingham MI 48009 | 01-01-23 to 02-01-23 | $ 13,946.64 |
| Lisa Slagle | 4414 Blackberry Knoll Dr.`<br>Loves Park IL 61111-4309 | 3/21/2023 | $ 12.95 |
| Little Sonia Real Estate LLC | 801 Peach Tree Ln.<br>Rochester Hills MI 48306 | 03-01-23 to 04-01-23 | $ 3,397.50 |
| Lotus Lab Consulting | 885 Woodstock Rd<br>Suite 430/PMB 360<br>Roswell GA 30075 | 4/7/2022 | $ 5,000.00 |
| Lynne Dalius | 175 N. Michigan Ave<br>Coldwater MI 49036-1583 | 4/4/2023 | $ 129.25 |
| MAC Pizza, LLC | 1081 S. State Rd<br>Davison MI 48423 | 03-01-23 to 04-01-23 | $ 2,620.00 |
| Mark Beauchamp | 6686 Weston Ct., Clarkston, MI 48348 | 3/14/2023 | $ 16,666.67 |
| Mayo Collaborative Services | D.B.A. May Clinic Laboratories<br>P.O. Box 9146<br>Minneapolis MN 55480-9146 | 04-01-22 to 08-01-22 | $ 76,016.16 |
| McShane Welding, Inc. | 12 Port Access Rd<br>Erie PA 16507 | 12/1/2022 | $ 2,635.45 |
| mCubed Staffing, LLC | 901 Wilshire Drive<br>Ste 255<br>Troy MI 48084 | 6/1/2022 | $ 10,300.00 |
| MCW Partners, LLC | 28287 Beck Rd.<br>Unit D-14<br>Wixom MI 48393 | 07-01-22 to 03-31-23 | $ 445.20 |
| Med Water Systems | 2262 South 1200 West<br>Suite 101<br>Woods Cross UT 84087 | 01-12-23 to 04-16-23 | $ 774.72 |
| Medline Industries, Inc. | Box 382075<br>Pittsburgh PA 15251-8075 | 08-01-22 to 10-01-22 | $ 117,303.10 |

**Schedule F**

| Name | Address | Date(s) debt incurred | Total Claim |
|---|---|---|---|
| MedMatch | 3000 Town Center Suite 75 Southfield MI 48075 | 04-08-22 to 07-01-22 | $ 29,400.00 |
| Mercedes Scientific | PO Box 850001 Orlando FL 32885-0123 | 07-26-22 to 04-16-23 | $ 17,141.86 |
| Mettler-Toledo Rainin, LLC | 27006 Network Place Chicago IL 60673-1270 | 11-10-22 to 03-01-23 | $ 4,178.50 |
| Michigan Legislative Consultants, Inc. | 110 W. Michigan Ave Suite 500 Lansing MI 48933 | 04-01-22 to 09-01-22 | $ 30,000.00 |
| Microbiologics | 200 Cooper Avenue North St. Cloud MN 56303 | 06-07-22 to 10-01-22 | $ 914.84 |
| Microbix Biosystems Inc. | 265 Watline Ave Mississauga ON L4Z 1P3 CA | 11/2/2022 | $ 322.00 |
| Microgenics Corporation | Bank of America 7055 Collections Center Dr. Chicago IL 60693 | 08-15-22 to 03-01-23 | $ 50,226.20 |
| Microsoft | 920 Fourth Ave. Suite 2900 Seattle, WA | 4/9/2023 | $ 3,563.78 |
| Molecular BioProducts, Inc. | 7704 Collection Center Drive Chicago IL 92121 | 05-01-22 to 09-01-22 | $ 439.18 |
| Mutual of Omaha | Payment Processing Center P.O. Box 2147 Omaha NE 68103-2147 | 02-01-23 to 05-01-23 | $ 28,883.17 |
| Netalytics | P.O. Box 969 Greer SC 29652 | 10-26-22 to 04-01-23 | $ 4,500.00 |
| Newbsknob, LLC | 10071 Burnside Court Grand Blanc MI 48439 | 03-01-2023 to 04-01-23 | $ 5,750.00 |
| Omega Bio-Tek | 400 Pinnacle Way #450 Norcross GA 30071 | 10-03-22 to 10-19-22 | $ 1,599.61 |
| OMG & The A Team Consulting, LLC | 3430 Vineyard Hill Dr. Rochester Hills MI 48306 | 3/17/2023 | $ 500.00 |

**Schedule F**

| Name | Address | Date(s) debt incurred | Total Claim |
|---|---|---|---|
| Orchard Software Corporation | 701 Congressional Blvd. Suite 360 Carmel IN 46032 | 12-01-22 to 04-01-23 | $ 100,689.20 |
| PACCAIR | 1345 Maricopa Drive Oshkosh WI 54904 | 08-01-22 to 09-05-22 | $ - |
| Palmer Moving Services | 24660 Dequindre Road Warren MI 48091 | 6/18/2022 | $ 6,816.00 |
| Paylocity | 1400 American Ln, Schaumburg, IL 601 | 4/20/2023 | $ 3,115.95 |
| Peachstate Health Management | 2225 Centennial Drive Gainesville GA 30504 | 04-05-22 to 12-01-22 | $ 17,000.00 |
| Peninsula Capital Partners, LLC | 1 Towne Square #1400, Southfield MI | 12/2/2022 | $ 5,117.38 |
| Perspectus Architecture | 1300 East 9th Street Suite 910 Cleveland OH 44114 | 4/13/2022 | $ 2,714.69 |
| Phenomenex, Inc | PO Box 749397 Los Angeles CA 90074 | 07-12-22 to 04-01-23 | $ 22,329.13 |
| Polar Ice | 47943 Van Dyke Ave. Shelby Twp. MI 48317 | 11-29-22 to 04-18-23 | $ 7,140.00 |
| Practice Fusion | 24630 Network Place Chicago IL 60673-1246 | 08-23-22 to 04-01-23 | $ 5,764.00 |
| Predictive Health Diagnostics, Inc. | 13885 Alton Pkwy Suite B Irvine CA 92618 | 2/1/2023 | $ 3,900.00 |
| Raves Cooler Doors | 1704 E. Highland Rd. Highland MI 4835 | 9/12/2022 | $ 319.63 |
| Recovery Pathways | 863 N. Pine, Suite A Essexville MI 48732 | 03-01-23 to 04-01-23 | $ 1,774.90 |
| Reliable Delivery | 21450 Trolley Industrial Taylor MI 48180 | 6/1/2022 | $ 6,053.49 |
| Restek Corporation | PO Box 4276 Lancaster PA 17604 | 10/1/2022 | $ 1,810.65 |
| Rusas Printing, Inc. | 26770 Grand River Avenue Redford MI 48240 | 01-24-23 to 02-10-23 | $ 159.00 |

Schedule F

| Name | Address | Date(s) debt incurred | Total Claim |
|---|---|---|---|
| SAI Graphics | 3595 Walker Road<br>Windsor ON N8W 3S5<br>Canada | 04-01-22 to 06-01-22 | $ 34,662.84 |
| SAR Consulting Services, LLC | 10019 Fair Oaks Drive<br>Goodrich MI 48438 | 03-01-23 to 04-01-23 | $ 10,000.00 |
| Sarah Markie | 25876 Barbara St.<br>Roseville MI 48066-3868 | 3/27/2023 | $ 16.80 |
| Sci Floor Covering, Inc. | 30610 Ecorse Rd<br>Romulus MI 48174 | 7/1/2022 | $ 6,470.00 |
| Seyburn Kahn Attorneys & Counselors | 2000 Town Center<br>Suite 1500<br>Southfield MI 48075-1148 | 04-06-22 to 07-08-22 | $ 12,862.50 |
| Shelly Donovan | 29330 US Highway 12<br>Sturgis MI 49091-9598 | 3/14/2023 | $ 20.00 |
| Siemens Healthcare Diagnostics | 221 Gregson Dr<br>Cary NC 27511 | 06-03-22 to 04-03-23 | $ 13,090.44 |
| Sigma-Aldrich Inc. | PO BOX 535182<br>Atlanta GA 30353-5182 | 08-01-22 to 01-12-23 | $ 4,412.19 |
| Silverman Consulting Inc. | One North Wacker Drive<br>#3925<br>Chicago IL 60606 | 02-24-23 to 03-24-23 | $ 56,000.00 |
| Solaris Diagnostics | 110 Dewey Drive<br>Nicholasville KY 40356 | 01-01-23 to 04-10-23 | $ 960.00 |
| Staples | PO BOX 660409<br>Dallas TX 75266-0409 | 06-01-22 to 01-18-23 | $ 10,715.87 |
| State of Arkansas | PO BOX 9941 Little Rock, AR 72203-994 | 12/9/2022 | $ 727.39 |
| Stericycle Inc | PO Box 6575<br>Carol Stream IL 60197-6575 | 11-01-22 to 04-01-23 | $ 709.36 |
| Succurro's Painting, Inc. | 294 Princess Drive<br>Canton MI 48188 | 5/24/2022 | $ 5,372.00 |
| Superior Medical Waste Disposal | 42020 Koppernick Rd #208<br>Canton MI 48187 | 02-28-23 to 04-01-23 | $ 4,667.00 |
| Suzanne Diller | 3409 Virginia Dr.<br>Columbiaville MI 48421-9367 | 3/21/2023 | $ 14.82 |

Schedule F

| Name | Address | Date(s) debt incurred | Total Claim |
|---|---|---|---|
| Sysmex America, Inc. | 28241 Network Pl. Chicago IL 60673-1282 | 09-01-22 to 04-12-23 | $ 24,171.79 |
| Taylor Door and Window | 28040 Joy Road Livonia MI 48150 | 04-041-22 to 01-10-23 | $ 652.50 |
| Tek-Pette | 12 S Cleveland Ave. Westerville OH 43081 | 3/16/2023 | $ 2,031.00 |
| The Alan Group, Inc. | 1800 Brinston Troy MI 48083 | 4/11/2022 | $ 2,816.00 |
| Theranostix Inc. | 8000 Virginia Manor Road Suite 170 Beltsville MD 20705 | 1/1/2023 | $ 23,914.00 |
| Thomas Scientific | P.O. Box 536750 Pittsburgh PA 15253-5909 | 05-09-22 to 06-20-22 | $ 275.98 |
| Translational Software, Inc. | 7683 SE 27th Street Suite # 352 Mercer Island WA 98040 | 02-01-23 to 04-01-23 | $ 27,381.00 |
| Tri-City Treatment | 355 N. Center Road Saginaw MI 48368 | 03-01-23 to 04-01-23 | $ 617.16 |
| Tricon Services LLC | 5119 Highland Rd Suite 265 Waterford MI 48327 | 2/20/2023 | $ 3,135.00 |
| Tryco Inc. | PO BOX 530188 Livonia MI 48153 | 10/1/2022 | $ 421.08 |
| UHY, LLP | PO BOX 72243 Cleveland OH 44192-0002 | 2/21/2023 | $ 2,690.00 |
| Uline | Accounts Receivable PO Box 88741 Chicago IL 60680-1741 | 03-06-22 to 06-01-22 | $ 2,915.32 |
| United Courier Service, Inc. | 2116 Hampden Dr Lansing MI 48911 | 8/1/2022 | $ 1,204.00 |
| United States Plastic Corporation | 1390 Neubrecht Road Lima OH 45801 | 6/1/2022 | $ 95.64 |
| UPS | P.O. Box 809488 Chicago IL 60680-9488 | 01-14-23 to 04-15-23 | $ 6,103.48 |

**Schedule F**

| Name | Address | Date(s) debt incurred | Total Claim |
|---|---|---|---|
| USA Scientific | Accounts Receivable<br>PO BOX 13387<br>Newark NJ 07101-3387 | 05-19-22 to 03-01-23 | $ 17,693.07 |
| VWR International, LLC | P.O. Box 640169<br>PIttsburgh PA 15264-0169 | 05-04-22 to 07-01-22 | $ 22,631.31 |
| Waterford Township Treasurer | 5200 Civic Center Drive<br>Waterford MI 48329 | 07-01-22 to 12-01-22 | $ 67,192.82 |
| WebConnection (CC) | 1570 Woodward Ave, Detroit MI 48226 | 8/1/2022 | $ 2,500.00 |
| Wells Fargo Financial Leasing, Inc. | PO BOX 77096<br>Minneapolis MN 55480-7796 | 10-14-22 to 04-11-23 | $ 9,213.88 |
| Wintegrity | 23560 Haggerty Rd<br>Farmington Hills MI 48335 | 12/3/2022 | $ 3,000.00 |
| Younis Enterprises | 5728 Schaefer Rd<br>Suite 200<br>Dearborn MI 48126 | 03-01-23 to 04-01-23 | $ 10,003.90 |
| | | | $ 2,615,934.58 |