Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals 12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................... $ 479,656.87

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................................... $ 10,616,534.43

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................... $ 11,096,191.30

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................. $ 22,901,531.76

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................... $ 804,037.84

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................... +$ 8,351,697.46

4. **Total liabilities** ..................................................................................................... $ 32,057,267.06
   Lines 2 + 3a + 3b