Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **see attached** |

**Further Contracts**

| Lessor Name and Address | Purpose (Reason for contract) | Initial Term of Agreement | Term remaining (in months) | Monthly Contracted Amount |
|---|---|---|---|---|
| MedSpeed LLC<br>140 Industrial Drive, Elmhusrt, Ill 60126 | Courier Transport services | 3 years | 25 months | Various |
| Lab Path Consulting | Compliance Consulting | 1 year; Evergreen | Month to Month | 3,000 |
| MedCare MSO<br>150 Washington Avenue Suite #201<br>Santa Fe New Mexico 87501 | Laboratory Billing | 1 year; Evergreen | 4 months | Varies based on claims billed and age of claims |
| iOpen<br>1101 Pennsylvania Avenue, NW<br>Washington DC 20004 | Marketing Services Agreement | 2years; Evergreen | 20 months | Unknown |
| UPS | Transportation Agreement | NO term | Month to Month | Varies based on shipments |
| Iron Mountain<br>1101 Enterprise Dr. Royersford, PA 19468 | Document Storage | 1 year; Evergreen | Month to Month | Varies based on storage |
| Cintas Fire Protection Services | Fire Protection | 1 year; Evergreen | 2 months. Year to Year | Annually ~1200.00 |
| Solaris<br>110 Dewey Dr. Suite A, Nicholasville, Kentucky 40356 | Reference Laboratory | 1 year; Evergreen | Month to Month | Depends on test vol. sent |
| LabCorp<br>531 South Spring Street Burlington, North Carolina 27215 | Reference Laboratory | 1 year; Evergreen | Month to Month | Depends on test vol. and type sent |
| Cintas | Lab Coats and Rugs | | | |
| Superior Medical Waste Disposal LLC<br>P.O. BOx 700797 Plymouth, MI 48170 | Biohazard Waste Removal | 3 years; Evergreen | 6 months | Varies based on service levels and locations |
| Stericycle | Liquid Waste Removal | Unknown | Unknown | Should be a set price |
| iCare | Remote Temperature monitoring systems | Unknown | Unknown | |
| McLaren Medical Laboratory<br>4000 S. Saginaw St. Flint MI 48507 | Reference Laboratory Agreement | 1 year and then 2 additional years | 28 months | Depends on test volume and type |
| Great Lakes Express Delivery LLC | Courier Transport services | 1 year; Evergreen | 1 month, then month to month | |
| Clarity X | Referral Lab Agreement | Ongoing | Month to Month | Depends on test volume and type |
| CoreBioLabs | Referral Lab Agreement | | | |

## Service Contracts

| Lessor Name and Address | Purpose (Reason for contract) | Initial Term of Agreement | Term remaining (in months) | Monthly Contracted Amount |
|---|---|---|---|---|
| Amro Almradi MDPC PLLC 612 Deauville Ln. Bloomfield Hills, MI 48304 | Laboratory Medical Director | | | $ 3,000.00 |
| Avairis | IT Interface Consultant | 1 year, Evergreen | Complete, month to month now | Unknown, based on hours worked |
| The Sports Marketing Agency | Laboratory Marketing Agreement | 1 year, Evergreen | 12 months | |

## Lab Equipment and Service Leases

| Lessor Name and Address | Purpose (Reason for contract) | Initial Term of Agreement | Term remaining ( in months) | Monthly Contracted Amount |
|---|---|---|---|---|
| Abbott Laboratories INC., D-942, CP1-4<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-6095 | Alinity c Service (AC03064) | 3/24/2023 | 23 Months | $1,213 |
| Abbott Laboratories INC., D-942, CP1-4<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-6095 | Alinity i Service (2 instruments, AI21541 and AI03890) | 3/24/2023 | 23 Months | $2,426 |
| Abbott Laboratories INC., D-942, CP1-4<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-6095 | Architect c8000 Service (C804864) | 3/24/2023 | 23 Months | $1,125 |
| Abbott Laboratories INC., D-942, CP1-4<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-6095 | Abbott Master Agreement (Reagents and Consumables) | 3/24/2023 | 23 Months | Annual Product Commitment: $441,632<br>Consumable Utilization Estimate: $154,851 |
| Evoqua Water Technologies<br>1451 East 9 Mile Road<br>Hazel Park, MI 48030 | Service for Medica 120 Unit, Media 60 Unit and Flex 90 Unit | 7/31/2022 | 3 Months | $1,508.83 |
| AB SCIEX LLC 1201 Radio Rd<br>REDWOOD CITY, CA 94065-1217 | SciEx UT1 Service (BJ27141507) | 10/1/2022 | 5 Months | $2,083.80 |
| AB SCIEX LLC 1201 Radio Rd<br>REDWOOD CITY, CA 94065-1218 | SciEx UT2 Service (BB214211608) | 10/1/2022 | 5 Months | $2,083.80 |
| AB SCIEX LLC 1201 Radio Rd<br>REDWOOD CITY, CA 94065-1219 | SciEx UT3 Service (AU20440906?) | 10/1/2022 | 5 Months | $2,083.80 |
| AB SCIEX LLC 1201 Radio Rd<br>REDWOOD CITY, CA 94065-1220 | SciEx UT4 Service (AU10870902) | 10/1/2022 | 5 Months | $2,083.80 |
| AB SCIEX LLC 1201 Radio Rd<br>REDWOOD CITY, CA 94065-1221 | SciEx UT5 Service (AU215091405) | 10/1/2022 | 5 Months | $2,083.80 |
| AB SCIEX LLC 1201 Radio Rd<br>REDWOOD CITY, CA 94065-1222 | SciEx UT6 Service (BI25161411) | 10/1/2022 | 5 Months | $3,129.11 |
| AB SCIEX LLC 1201 Radio Rd<br>REDWOOD CITY, CA 94065-1223 | SciEx UT7 Service (BB24521208) | 10/1/2022 | 5 Months | $2,083.80 |
| AB SCIEX LLC 1201 Radio Rd<br>REDWOOD CITY, CA 94065-1224 | SciEx UT8 Service ( | | | |
| Beckman Coulter INC.<br>Mail Stop A2-SW-12<br>250 South Kraemer Blvd<br>P.O. Box 8000<br>Brea, CA 92822-8000 | Beckman Coulter AU680 Service (2014103536, 7982698) | 9/1/2022 | 4 Months | $1,638.88 |

**Lab Equipment and Service Leases**

| Lessor Name and Address | Purpose (Reason for contract) | Initial Term of Agreement | Term remaining (in months) | Monthly Contracted Amount |
|---|---|---|---|---|
| Abbott Clinical Lab Solutions, 5990 142nd Ave. N, Clearwater, FL 33760 | Immunalysis Reagents on AU680 | 8/31/2022 | 4 Months | Committed Tests Per Month: 130,000 |
| Microgenics Corporation, 46500 Kato Road, Fremont, CA 94538 | Thermo/Microgenics Reagents | 3/1/2023 | 23 Months | Monthly Est. Reagent Purchase Commitment: $3,665 |
| Sysmex America, Inc., 577 Aptakisic Road, Lincolnshire, IL. 60069 | Sysmex XN-550 Service Agreement | 5/11/2022 | 12 Months | 580.13 |
| Sysmex America, Inc., 577 Aptakisic Road, Lincolnshire, IL. 60069 | Sysmex UN-3000 Service Agreement | 6/25/2022 | 12 Months | 1835.53 |
| Leasing Associates of Barrington, Inc. 220 North River Street, East Dundee, IL. 60118 | Sysmex UN-3000 Lease | 3/24/2021 | 60 Months | 2270 |
| Siemens Healthcare Diagnostics, Inc. 2089 Gregson Drive, Cary, NC. 27511 | Sysmex CA-620 and CA-660 Service Agreement | 6/3/2022 | 7 Years | 1190.03 |
| Life Technologies Corporation, 5781 Van Allen Way Carlsbad, CA 92008 | Quantstudio 5 Service Agreement | 11/25/2022 | 12 months | 1108.34 |
| Med Water Systems, 2262 South 1200 West Suite 101, Woods Cross, UT. 84087 | MW90 (HP) Lease | 7/1/2022 | 12 months (auto renew) | 355 |
| Abbott Laboratories, Inc., 1300 East Touhy Avenue, Des Plaines, IL. 60018 | Alinity m Master Agreement | 3/15/2023 | 4 years | Annual Purchase Commitment: 1,291,679.69, Service: 3441.67 / month |
| Agena Bioscience, 4755 Eastgate Mall, San Diego, CA 92121 | Service Agreement: PR20031657 | 3/17/2023 | 12 months | 3036.67 (we have not formally renewed) |

| | Leases (Real Estate) | | | |
|---|---|---|---|---|
| **Lessor Name and Address** | **Purpose (Reason for contract)** | **Initial Term of Agreement** | **Term remaining ( in months)** | **Monthly Contracted Amount** |
| Little Sonia Real Estate LLC<br>9171 Lapeer Road, Suite 100,<br>Davison MI 48423 | Collection Lease | 3 years; Evergreen | 30 | 1698.75 |
| Dr. Fredric Neumann Sr.<br>39880 VanDyke Rd  Sterling Heights, MI 48313 | Collection Lease | 1 year initial; Evergreen | 10 | 871.80 |
| Newbsknob, LLC<br>6310 Sashabaw Rd. Clarkston, MI 48346 | Collection lease | 3 years initial; Evergreen | Initial term: 0.  In 4th year now | 2875.00 |
| Younis Enterprises<br>5728 Schaefer Rd. Dearborn MI 48126 | Collection Lease | 3 years, Evergreen | 25 | 5001.95 |
| Easter Seals<br>Medical Real Estate Group LLC<br>29580 Northwestern Hwy Suite 1000<br>Southfield MI 48034 | Space Lease; Lab Building | Laboratory | 19 months | 16,542.46 |

**IT Contracts**

| Lessor Name and Address | Purpose (Reason for contract) | Initial Term of Agreement | Term remaining (in months) | Monthly Contracted Amount |
|---|---|---|---|---|
| Abbott Laboratories INC., D-943, CP1-4<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-6095 | IMS Software - Ordering System for Reagents (Serial RLQYY-58664) | 10/8/2020 | 29 Months | $1,063.98 |
| Data Innovations, LLC<br>PO Box 101978<br>Atlanta, GA 30392-1978 | EP Evaluator Software - for COLA requirements (License SUB-0017828) | 9/15/2022 | 5 Months | $1590.00 (Yearly subscription) |
| Bio-Rad<br>2000 Alfred Nobel Drive<br>Hercules, CA 94547 | Bio-rad Unity Software and Unity Connect | | | $2480.00 (Yearly subscription) |
| Comcast Business Agreement<br>5728 Schaefer Rd. Ste 203 Dearborn MI 48126 | Internet for Dearborn Drawstation | 36 months | 25 months | 120.00/mo for mo. 1-24;<br>150.00/mo for months 25-36. |
| Orchard Software Corporation<br>701 Congressional Blvd. Ste 360 Carmel, IN 46032 | Laboratory Information System | 3/13/2020 | 29 Months | $12,000.00 |
| Orchard Software Corporation<br>701 Congressional Blvd. Ste 360 Carmel, IN 46032 | | | | |
| Orchard Software Corporation<br>701 Congressional Blvd. Ste 360 Carmel, IN 46032 | Service Level Agreement (SLA)/ System Administration | 7/28/2021 | 40 Months | $13,500.00 |
| Comcast Business Agreement 6620 HIghland Rd. STE 200 Waterford MI 48327 | Internet for Lab Building | 36 months | 30 Months | 210.00/mo for mo. 1-24; Then 264 |
| eMDs, Inc.<br>10901 Stonelake Blvd #200<br>Austin, TX 10901 | EMR Interface | NA | NA | $1,397.35/year |
| LabSoft Inc.<br>2202 Westshore Blvd. Ste 115<br>Tampa, FL 33607 | EMR Interface | NA | NA | $950 per year per customer, which is paid up front OR $95/month |
| Ellkay, LLC<br>200 Riverfront Blvd., 3rd Floor<br>Elmwood Park, NJ 07407 | EMR Interface | NA | NA | $1,440/year |
| Translational Software Incorporated<br>7683 SE 27th Street #352<br>Mercer Island, WA 98040 | Pgx Reports | NA | NA | $2,200/month portal subscription<br>Price per report<br>1-100 = $25 per report<br>101-250 = $23 per report<br>251-500 = $20 per report<br>501-1000 = $15.00 per report |

**IT Contracts**

| Lessor Name and Address | Purpose (Reason for contract) | Initial Term of Agreement | Term remaining (in months) | Monthly Contracted Amount |
|---|---|---|---|---|
| Arkstone Medical Solutions, LLC<br>7000 W Palmetto Park Road<br>Boca Raton, FL 33433 | Molecular Reports | NA | NA | $2,500 monthly minimum<br>Price Per Report<br>500 or fewer = $25 per report<br>1000 or fewer = $22.50 per report<br>1500 or fewer = $20 per report |
| Allscripts<br>305 Church at North Hills St<br>Raleigh, NC 27609 | EMR Interface | NA | NA | $1,200/year |
| Medent Lab Clearinghouse Interface<br>15 Hulbert St. P.O. Box 980<br>Auburn, NY 13021 | EMR Interface | NA | NA | $50/month |
| Netalytics, LLC<br>52 Bobo St.<br>Greer, SC 29650 | EMR Interface | NA | NA | $100/clinic/month OR<br>$750/month unlimited clinics |
| Amazing Charts<br>1600 Division Rd, Suite 2000<br>West Warwick, RI 02893 | EMR Interface | NA | NA | $772.56/year |
| Triarq Health<br>424 E 4th Street<br>Royal Oak, MI 48067 | EMR Interface | NA | NA | $948/year |
| Microsoft Corporation<br>One Microsoft Way<br>Redmond, WA 98052 | Office Software/Interfaces | NA | NA | Azure = $1,405.72/month<br>Azure Backup = $175.06/month<br>Business Premium = $1,396.70/every 3 months<br>Power BI = $76.70/month<br>Visio = $57.24/month<br>365 F1 = $271.55/month<br>Apps for Business = $230.19/every 3 months<br>Exchange = $4/month |
| Atlassian, Inc.<br>350 Bush St. Floor 13<br>San Francisco, CA 94104 | Information Technology Software | NA | NA | Estimated $600/month |
| Lifepoint Informatics<br>65 Harristown Rd.<br>Glen Rock, NJ 07452 | EMR Interface Middleware | NA | NA | $125/month per client interface<br>$200/month LP Results<br>$250/month LP Orders<br>$300/month LP hosting fee<br>$200/month implementation fee<br>$350/month ref lab fee |