Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 23−43403−mlo
Chapter: 11
Judge: Maria L. Oxholm

In Re: (NAME OF DEBTOR(S))
  Ark Laboratory, LLC
  aka Helix Diagnostics
  1344 Addington Court
  Lake Orion, MI 48360

Social Security No.:

Employer's Tax I.D. No.:
  45−5599335

## NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE that the STATUS CONFERENCE to consider and act upon the following:

*66* − Stipulation By and Between Ark Laboratory, LLC, Comerica Bank and The Peninsula Fund VII Limited Partnership Re: Request for In−Person Hearing Corrected Stipulation and Request for In−Person Hearing (refer doc 62). Filed by Creditor Comerica Bank. (Trumbauer, Brian)

will be held on: 5/11/23 at 11:00 AM at Courtroom 1875, 211 West Fort St., Detroit, MI 48226

Consistent with Notice of Change in Procedure for Judge Maria L. Oxholm filed April 12, 2022, effective immediately and until further notice, Judge Oxholm will conduct all conferences and non−evidentiary hearings by telephone. At least five minutes before the scheduled time for hearing, counsel and parties should call (877) 336−1831 and use Access Code 6226995. Landline connections are much preferred, but cell phone or other telephone services are allowed. Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating.

Dated: 5/1/23

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court