UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                  Case 23-43403-mlo

**ARK LABORATORY, LLC,**                                Chapter 11

    Debtor.                         Hon. Maria L. Oxholm
_____/

## APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

Pursuant to § 1102(a) and (b) of the Bankruptcy Code, the following creditors of the above-named debtor, being among those eligible and holding the largest unsecured claims (or who are members of a committee organized by creditors prior to the order for relief under chapter 11 of the Bankruptcy Code who were fairly chosen and are representative of the different kinds of claims to be represented) and who are willing to serve, are appointed to the Official Committee of Unsecured Creditors:

David Dragich, Esq.
Counsel for Gemini Lab Group, LLC
The Dragich Law Firm
17000 Kercheval, Suite 210
Grosse Pointe, MI 48230
ddragich@dragichlaw.com
avintevoghel@dragichlaw.com
eaddy@dragichlaw.com

Maribeth Thomas, Esq.,
Counsel for Fisher Healthcare,
a division of Fisher Scientific
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
412-594-3949
mthomas@tuckerlaw.com

Dorian Wright, CFO
The Sports Marketing Agency
13 N. Washington #706
Ypsilanti, MI 48198
313-800-0040
lwright@thesportsma.com

    Respectfully submitted,

    **ANDREW R. VARA**
    **UNITED STATES TRUSTEE**
    Regions 3 and 9

By   /s/ Ronna G. Jackson
    Trail Attorney
    Office of the U.S. Trustee
    211 West Fort Street, Suite 700
    Detroit, Michigan 48226
    313-226-7934
Dated: May 1, 2023    Ronna.G.Jackson@usdoj.gov