UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case 23-43403-mlo

**ARK LABORATORY, LLC,**  Chapter 11

    Debtor.  Hon. Maria L. Oxholm
_____/

# AMENDED APPOINTMENT OF OFFICIAL
# COMMITTEE OF UNSECURED CREDITORS

Pursuant to § 1102(a) and (b) of the Bankruptcy Code, the following creditors of the above-named debtor, being among those eligible and holding the largest unsecured claims (or who are members of a committee organized by creditors prior to the order for relief under chapter 11 of the Bankruptcy Code who were fairly chosen and are representative of the different kinds of claims to be represented) and who are willing to serve, are appointed to the Official Committee of Unsecured Creditors:

Matthew George
Gemini Lab Group, LLC
8470 S. Shore Drive
Clarkston, MI 48348
248-310-4724
matt@geminilabgroup.com

Dorian Wright, CFO
The Sports Marketing Agency
13 N. Washington #706
Ypsilanti, MI 48198
313-800-0040
lwright@thesportsma.com

Maribeth Thomas, Esq.,
Counsel for Fisher Healthcare,
a division of Fisher Scientific
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
412-594-3949
mthomas@tuckerlaw.com

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
Regions 3 and 9

By    /s/ Ronna G. Jackson
Trail Attorney
Office of the U.S. Trustee
211 West Fort Street, Suite 700
Detroit, Michigan 48226
313-226-7934
Ronna.G.Jackson@usdoj.gov

Dated: May 2, 2023