UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

ARK LABORATORY, LLC,

      Debtor.
_____/

Chapter 11
Case No. 23-43403
Hon. Maria L. Oxholm

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS ON BEHALF OF MCLAREN MEDICAL LABORATORY

PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. § 101 *et seq*., and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned appears as counsel for McLaren Medical Laboratory in the above-entitled bankruptcy proceeding.

The person referenced below requests service of all pleadings and papers filed or served in this case, and requests that the name and address of the undersigned be added to all mailing matrices or service lists in this case.

                        MADDIN HAUSER ROTH & HELLER, PC

                        By: */s/ David M. Eisenberg*
                             David M. Eisenberg (P68678)
                             Attorney for McLaren Medical Laboratory
                             28400 Northwestern Hwy., 2nd Floor
                             Southfield, MI  48034
                             (248) 354-4030
                             deisenberg@maddinhauser.com

Dated:   May 2, 2023

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

ARK LABORATORY, LLC,

      Debtor.

_____/

Chapter 11
Case No. 23-43403
Hon. Maria L. Oxholm

## CERTIFICATE OF SERVICE

I certify that on May 2, 2023, the Notice of Appearance and Request for Service of Papers on Behalf of McLaren Medical Laboratory and this Certificate of Service were filed with the Clerk of the Court for the U.S. Bankruptcy Court, Eastern District of Michigan using the ECF system and a copy of said documents were sent to all attorneys of record herein using said ECF system on said date.

MADDIN HAUSER ROTH & HELLER, PC

By: */s/ David M. Eisenberg*
     David M. Eisenberg (P68678)
     Attorney for McLaren Medical Laboratory
     28400 Northwestern Hwy., 2nd Floor
     Southfield, MI 48034
     (248) 354-4030
     deisenberg@maddinhauser.com

Dated: May 2, 2023