UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Ark Laboratory, LLC,   Case No: 23-43403
  Chapter: 11
  Hon. Maria L. Oxholm

    Debtor.
_____/

### ORDER REGARDING HEARING PROCEDURES

This case is scheduled for hearing on **Thursday, May 11, 2023 at 11:00 a.m.** in Courtroom 1875. The following procedures shall apply:

1. Parties shall file all exhibits – with a cover sheet and index of exhibits, as well as the witness list through CMECF by Wednesday, May 10, 2023 at 4:00 p.m.
2. Debtor's exhibits shall use letters and Creditor/Trustee's exhibits shall use numbers.
3. All documents and exhibits that exceed 50 pages shall be bookmarked.
4. Parties shall redact all personally identifiable information from the exhibits.
5. Counsel shall provide a hard copy binder with index and labels of the exhibits for the day of the hearing for the (1) witness, (2) opposing counsel, (3) law clerk and (4) Judge.
6. Counsel and the participants shall read and pass the self-administered health screening questionnaire posted at the Court Screening Officer station prior to entering the courtroom.
7. No food or beverage will be permitted in the courtroom. In addition, there will be no water pitchers available for use.
8. Counsel and participants shall be provided hand sanitizer. Counsel and the participants will be provided with wipes and will be asked to wipe the surfaces after each use.
9. Microphone covers will be used at all times. Adding and removing a cover is the responsibility of counsel and the participants.

It is so ordered.

**Signed on May 9, 2023**



/s/ Maria L. Oxholm
_____
**Maria L. Oxholm
United States Bankruptcy Judge**