UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **ARK LABORATORY, LLC,** | Case No. 23-43403-MLO |
| Debtor. | Hon. Maria L. Oxholm |

---

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2023, my office caused to be served a copy of the ***First Amended Declaration of Disinterestedness and Disclosure Statement of Taft Stettinius & Hollister, LLP*** and this ***Certificate of Service*** by using the Court electronic filing system which will send notification of such filing to all parties listed on the ECF list in the above-captioned case.

Respectfully submitted by,

**TAFT STETTINIUS & HOLLISTER, LLP**

By: /s/ Judith Greenstone Miller
Judith Greenstone Miller (P29208)
27777 Franklin, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
Email: jgmiller@taftlaw.com

*Counsel to the Official Committee of Unsecured Creditors of Ark Laboratory, LLC d/b/a Helix Diagnostics*

Dated: May 22, 2023