**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In the Matter of:

ARK LABORATORY, LLC,                                     Case No. 23-43403-mlo
                                                        Chapter 11
            Debtor.                                     Hon, Maria L. Oxholm
_____/

**FILING OF FURTHER BUDGET FOR INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION**

Debtor states,

1.      Attached is the further budget that Debtor and Comerica have agreed to for purposes of the INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION.

Respectfully submitted,
/s/ Robert Bassel
Robert N. Bassel P48420
PO BOX T
CLINTON,  MI 49236
248.677/1234
bbassel@gmail.com
Counsel for Debtor

**Helix Diagnostics**
**8-Week Cash Flow Budget (4/17/23 to 6/7/23)**
**Revised: 5/31/23**

| Description | Wk ending 21-Apr-23 Proj. | Wk ending 28-Apr-23 Proj. | Wk ending 5-May-23 Proj. | Wk ending 12-May-23 Proj. | Wk ending 19-May-23 Proj. | Wk ending 24-May-23 Proj. | Wk ending 31-May-23 Proj. | Wk ending 7-Jun-23 Proj. | Cumulative Cash Flow Proj. | |
|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUES** | | | | | | | | | | |
| **Gross Revenues** | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | | |
| Non Covid PCR | $ 222,083 | $ 222,083 | $ 216,966 | $ 214,919 | $ 245,685 | $ 245,685 | $ 242,222 | $ 221,432 | $ 1,831,078 | 30.4% |
| Covid | 39,667 | 39,667 | 38,753 | 38,387 | 33,871 | 33,871 | 34,194 | 11,256 | 269,665 | 4.5% |
| Toxicology | 430,000 | 430,000 | 420,092 | 416,129 | 402,698 | 402,698 | 388,762 | 259,458 | 3,149,837 | 52.2% |
| Blood | 40,833 | 40,833 | 39,892 | 39,516 | 52,044 | 52,044 | 52,540 | 77,590 | 395,293 | 6.6% |
| Other | 86,667 | 86,667 | 84,670 | 83,871 | 10,341 | 10,341 | 10,154 | 12,259 | 384,969 | 6.4% |
| **Gross Revenues** | $ 819,250 | $ 819,250 | $ 800,373 | $ 792,823 | $ 744,640 | $ 744,640 | $ 727,871 | $ 581,995 | $ 6,030,841 | 100.0% |
| Customer Price Increases | - | - | - | - | | | | | - | 0.0% |
| Reimbursement Rate Adjustments | (204,813) | (204,813) | (200,093) | (198,206) | (186,160) | (186,160) | (181,968) | (158,521) | (1,520,733) | -25.2% |
| **Net Revenues** | $ 614,438 | $ 614,438 | $ 600,280 | $ 594,617 | $ 558,480 | $ 558,480 | $ 545,903 | $ 423,474 | $ 4,510,109 | 74.8% |
| **Receipts** | | | | | | | | | | |
| Billed Receipts/Legacy Billed | 77,649 | 77,625 | 77,586 | 77,550 | 15,813 | 15,813 | 15,813 | 11,520 | $ 369,369 | 6.1% |
| Cash Balance WE 4/14/23 (est.) | 119,110 | | | | | | | | 119,110 | |
| Future Receipts / Current | 497,872 | 499,846 | 503,189 | 506,359 | 432,651 | 425,887 | 425,659 | 371,585 | 3,663,047 | 60.7% |
| Medcare Delay in Billing Claims | (308,483) | (233,434) | (195,794) | (198,000) | | | | | (935,711) | |
| Improved Collections | 40,963 | 40,963 | 40,019 | 39,641 | 37,232 | 37,232 | 36,394 | 36,394 | 308,836 | 5.1% |
| **Cash Receipts** | $ 427,110 | $ 385,000 | $ 425,000 | $ 425,550 | $ 485,696 | $ 478,932 | $ 477,865 | $ 419,499 | $ 3,524,650 | 58.4% |
| **Payroll Disbursements** | | | | | | | | | | |
| Employee Withholding - Pre-petition | | 32,460 | 8,126 | 6,584 | | | | | 47,170 | 0.8% |
| Employee Withholding - Post-petition | | | 32,505 | 25,419 | 41,481 | 33,824 | 100,298 | 29,455 | 262,982 | 4.4% |
| Employer Taxes - Pre-petition | 13,732 | 8,197 | | | | | | | 21,928 | 0.4% |
| Employer Taxes - Post-petition | | | 13,143 | 8,144 | 8,111 | 10,350 | 7,673 | 10,091 | 57,512 | |
| Payroll Missed 4/14/23 | 179,503 | | | | | | | | 179,503 | |
| Net Pay - Pre-petition | 74,685 | 26,236 | 15,237 | | | | | | 116,157 | 1.9% |
| Net Pay - Post-petition | | 104,944 | 59,211 | 123,593 | 105,759 | 101,472 | | 101,238 | 596,217 | 9.9% |
| Car Allowance / Employee of the Month | | | | | 3,500 | 2,000 | 733 | 733 | 6,966 | 0.1% |
| **Payroll Disbursements** | $ 267,919 | $ 171,836 | $ 128,222 | $ 163,741 | $ 158,851 | $ 147,646 | $ 108,704 | $ 141,517 | $ 1,288,435 | 21.4% |
| **Non-Payroll Disbursements** | | | | | | | | | | |
| Credit Card Fees | 470 | 470 | 459 | 454 | 371 | 366 | 365 | 290 | 3,245 | 0.1% |
| Bank Charges | - | - | 2,888 | - | - | - | 2,888 | - | 5,776 | 0.1% |
| Courier Fee | 19,654 | 19,654 | 19,654 | 19,654 | 25,546 | 25,546 | 22,278 | 19,077 | 171,062 | 2.8% |
| Marketing Fees (1099) | 31,250 | 31,250 | 31,250 | 31,250 | 37,500 | 37,500 | 37,500 | 37,500 | 275,000 | 4.6% |
| IT Hardware | - | 303 | 303 | 303 | - | | | | 908 | 0.0% |
| Contract Labor | - | 559 | 559 | 559 | | | | | 1,678 | 0.0% |
| Fuel/Mileage | 1,250 | 2,127 | 2,127 | 2,127 | 2,127 | 2,127 | 2,127 | 2,127 | 16,138 | 0.3% |
| Dues & Subscriptions | 115 | 115 | 115 | 116 | - | 418 | | | 881 | 0.0% |
| Workers Comp | - | 8,386 | - | - | - | | 7,160 | - | 15,546 | 0.3% |
| Insurance - Liability | - | 12,100 | - | - | - | | 12,143 | | 24,243 | 0.4% |
| Insurance - Employee Portion | (6,222) | (6,222) | (6,222) | (6,221) | (2,116) | (4,777) | (2,002) | (4,658) | (38,440) | -0.6% |
| Insurance - Health | - | - | - | 68,845 | - | 44,005 | | 94 | 112,944 | 1.9% |
| Insurance - Life/AD&D/Dental/Vision | - | - | 8,049 | - | - | | 7,461 | - | 15,511 | 0.3% |
| Insurance - Life | - | (189) | - | - | - | | 811 | - | 623 | 0.0% |
| Lab Fees | - | 15,790 | 15,453 | 15,318 | 14,377 | 14,377 | 13,031 | 11,159 | 99,504 | 1.6% |
| Legal & Professional Fees | - | - | - | - | - | | - | - | - | 0.0% |
| HR Consulting | - | - | - | - | | | | | - | 0.0% |
| IT Consulting | 923 | 923 | 923 | 15,500 | - | | 4,250 | - | 22,519 | 0.4% |
| Compliance | - | - | 2,194 | - | - | 708 | 1,500 | | 4,401 | 0.1% |
| Licenses & Fees - Infrastructure | - | 356 | 614 | 356 | 1,060 | 1,018 | 353 | 169 | 3,926 | 0.1% |
| Licenses & Fees - Business Operations | - | 415 | 415 | 5,177 | 5,450 | 1,203 | 1,900 | 962 | 15,522 | 0.3% |
| Licenses & Fees - Lab Operations | - | - | - | - | | 750 | 33,455 | 8,265 | 42,470 | 0.7% |
| Employee Meals | 92 | 92 | 92 | 92 | 92 | 92 | 92 | 92 | 738 | 0.0% |
| Meals and Entertainment | 58 | 58 | 58 | 58 | | | | | 231 | 0.0% |
| Entertainment | - | - | - | - | 500 | 500 | 500 | 500 | 2,000 | 0.0% |

**Helix Diagnostics**
**8-Week Cash Flow Budget (4/17/23 to 6/7/23)**
**Revised: 5/31/23**

| Description | Wk ending 21-Apr-23 Proj. | Wk ending 28-Apr-23 Proj. | Wk ending 5-May-23 Proj. | Wk ending 12-May-23 Proj. | Wk ending 19-May-23 Proj. | Wk ending 24-May-23 Proj. | Wk ending 31-May-23 Proj. | Wk ending 7-Jun-23 Proj. | Cumulative Cash Flow Proj. | |
|---|---|---|---|---|---|---|---|---|---|---|
| Medical Billing | 26,000 | 26,000 | 26,000 | 26,000 | 25,772 | 25,400 | 25,388 | 21,463 | 202,024 | 3.3% |
| Office Expenses | - | - | - | - | 500 | 250 | 1,693 | 100 | 2,543 | 0.0% |
| Other General and Admin Expenses | - | - | - | - | | | | | - | 0.0% |
| Medical Directorship | 692 | 692 | 692 | 692 | | | 3,000 | - | 5,769 | 0.1% |
| Rent or Lease | - | - | 54,792 | - | 355 | | 58,984 | - | 114,131 | 1.9% |
| Equipment Lease | - | - | - | - | 2,277 | 435 | 1,344 | 1,861 | 5,917 | 0.1% |
| Repair & Maintenance | 2,000 | 2,000 | 2,000 | 2,000 | 5,887 | 1,831 | 16,180 | 3,639 | 35,537 | 0.6% |
| Payroll Fees | - | 3,303 | - | - | | 3,300 | | | 6,603 | 0.1% |
| Shipping and Delivery Expense | 3,667 | 3,667 | 3,582 | 3,549 | 1,968 | 1,968 | 1,784 | 1,528 | 21,713 | 0.4% |
| Supplies | 39,000 | 72,000 | 35,000 | 51,917 | 103,111 | 68,075 | 50,892 | 65,471 | 485,466 | 8.0% |
| Telephone | - | - | - | 1,200 | - | | | 1,250 | 2,450 | 0.0% |
| Travel | 1,062 | 1,062 | 1,062 | 1,062 | 1,062 | 1,062 | 1,062 | 1,062 | 8,492 | 0.1% |
| Utilities | - | - | - | - | - | 6,601 | | | 6,601 | 0.1% |
| Cleaning Service | - | 2,769 | 2,769 | 2,769 | - | | | | 8,308 | 0.1% |
| Uniforms | 945 | 945 | 945 | 945 | - | | 974 | 300 | 5,053 | 0.1% |
| Waste Management | - | - | 1,200 | - | - | | 2,618 | - | 3,818 | 0.1% |
| US Trustee Fees | 1,560 | 1,486 | 1,520 | 1,634 | - | | | | 6,199 | 0.1% |
| Expense Reports | 1,000 | 1,000 | 1,000 | 1,000 | - | | | | 4,000 | 0.1% |
| **Non-Payroll Disbursements** | **$ 123,516** | **$ 201,111** | **$ 209,492** | **$ 246,356** | **$ 225,839** | **$ 232,754** | **$ 309,732** | **$ 172,251** | **$ 1,721,051** | **28.5%** |
| | | | | | | | | | | |
| **Other Cash Expenditures** | | | | | | | | | | |
| Capital Expenditures | - | - | - | - | - | | | | - | 0.0% |
| Interest Expense - Line of Credit (Comerica Bank) | - | - | 43,856 | - | - | | | 43,071 | 86,927 | 1.4% |
| Interest Expense - Business Loan (Peninsula Capital) | - | - | - | - | - | | | | - | 0.0% |
| Interest Expense - Equipment Loan | - | - | - | - | 1,830 | 2,107 | 479 | - | 4,415 | 0.1% |
| Principal Payments - Line of Credit (Comerica Bank) | - | - | - | - | - | | | | - | 0.0% |
| Principal Payments - Business Loan (Peninsula Capital) | - | - | - | - | - | | | | - | 0.0% |
| Principal Payments - Equipment Loan | | | | | - | 9,737 | 17,722 | 8,597 | 36,056 | 0.6% |
| **Other Cash Expenditures** | **$ -** | **$ -** | **$ 43,856** | **$ -** | **$ 11,566** | **$ 19,829** | **$ 9,076** | **$ 43,071** | **$ 127,398** | **2.1%** |
| | | | | | | | | | | |
| **Disbursement Summary** | | | | | | | | | | |
| Payroll | $ 267,919 | $ 171,836 | $ 128,222 | $ 163,741 | $ 158,851 | $ 147,646 | $ 108,704 | $ 141,517 | $ 1,288,435 | 21.4% |
| Non-Payroll | 123,516 | 201,111 | 209,492 | 246,356 | 225,839 | 232,754 | 309,732 | 172,251 | 1,721,051 | 28.5% |
| Other Cash Expenditures | - | - | 43,856 | - | 11,566 | 19,829 | 9,076 | 43,071 | 127,398 | 2.1% |
| **Total Disbursements** | **$ 391,435** | **$ 372,947** | **$ 381,570** | **$ 410,097** | **$ 396,256** | **$ 400,229** | **$ 427,512** | **$ 356,839** | **$ 3,136,885** | **52.0%** |
| | | | | | | | | | | |
| **Net Cash Flow (Weekly)** | **$ 35,675** | **$ 12,053** | **$ 43,429** | **$ 15,453** | **$ 89,439** | **$ 78,703** | **$ 50,354** | **$ 62,660** | | |
| **Cumulative Cash Flow** | **$ 35,675** | **$ 47,728** | **$ 91,157** | **$ 106,610** | **$ 196,049** | **$ 274,752** | **$ 325,106** | **$ 387,766** | | |

**Notes:**

**Operating Cash**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | 3,214 | 38,889 | 50,942 | 94,371 | 109,824 | 286,232 | 364,935 | 415,288 | |
| + Cash Inflows | 427,110 | 385,000 | 425,000 | 425,550 | 485,696 | 478,932 | 477,865 | 419,499 | |
| - Cash Outflows | (391,435) | (372,947) | (381,570) | (410,097) | (396,256) | (400,229) | (427,512) | (356,839) | |
| +/- Adjustments | | | | | 86,969 | | | | |
| Ending Balance | 38,889 | 50,942 | 94,371 | 109,824 | 286,232 | 364,935 | 415,288 | 477,949 | |
| *Increase/Decrease* | *35,675* | *12,053* | *43,429* | *15,453* | *176,408* | *78,703* | *50,354* | *62,660* | |

**A/R Rollforward**

Medcare: Accounts Receivable (total payments)
Medcare: Legacy Unbilled (expected value)
MEdcare: Claims in Transit (not included above)
QuickBooks: Client Bill (less than 90 days aged)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Beginning A/R | 7,490,817 | 7,678,145 | 7,907,583 | 8,082,863 | 8,251,930 | 8,324,714 | 8,404,262 | 8,472,300 | |

**Helix Diagnostics**
**8-Week Cash Flow Budget (4/17/23 to 6/7/23)**
**Revised: 5/31/23**

| Description | Wk ending 21-Apr-23 Proj. | Wk ending 28-Apr-23 Proj. | Wk ending 5-May-23 Proj. | Wk ending 12-May-23 Proj. | Wk ending 19-May-23 Proj. | Wk ending 24-May-23 Proj. | Wk ending 31-May-23 Proj. | Wk ending 7-Jun-23 Proj. | Cumulative Cash Flow Proj. |
|---|---|---|---|---|---|---|---|---|---|
| +Sales | 614,438 | 614,438 | 600,280 | 594,617 | 558,480 | 558,480 | 545,903 | 423,474 | |
| -Collections | (427,110) | (385,000) | (425,000) | (425,550) | (485,696) | (478,932) | (477,865) | (419,499) | |
| +/- Adjustments | - | - | - | - | | | | | |
| Ending A/R | 7,678,145 | 7,907,583 | 8,082,863 | 8,251,930 | 8,324,714 | 8,404,262 | 8,472,300 | 8,476,276 | |
| *Increase/Decrease* | *187,328* | *229,438* | *175,280* | *169,067* | *72,784* | *79,548* | *68,038* | *3,975* | |

| **Supplies** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Supplies | 581,698 | 581,698 | 581,698 | 581,698 | 581,698 | 581,698 | 581,698 | 581,698 | |
| +Purchases (operational) | 39,000 | 72,000 | 35,000 | 51,917 | 103,111 | 68,075 | 50,892 | 65,471 | |
| -(Sales * Materials %) | (39,000) | (72,000) | (35,000) | (51,917) | (103,111) | (68,075) | (50,892) | (65,471) | |
| +/- Adjustments | | | | | | | | | |
| Ending Supplies | 581,698 | 581,698 | 581,698 | 581,698 | 581,698 | 581,698 | 581,698 | 581,698 | |
| *Increase/Decrease* | - | - | - | - | - | - | - | - | - |

| **A/P Rollforward** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Beginning A/P | 7,239,297 | 7,239,297 | 7,239,297 | 7,239,297 | 7,239,297 | 7,239,297 | 7,239,297 | 7,239,297 | |
| +Purchases (operational) | 39,000 | 72,000 | 35,000 | 51,917 | 103,111 | 68,075 | 50,892 | 65,471 | |
| -Payments (operational) | (39,000) | (72,000) | (35,000) | (51,917) | (103,111) | (68,075) | (50,892) | (65,471) | |
| -Payments (incremental) | - | - | - | - | - | - | - | - | |
| +/- Adjustments | | | | | | | | | |
| Ending A/P | 7,239,297 | 7,239,297 | 7,239,297 | 7,239,297 | 7,239,297 | 7,239,297 | 7,239,297 | 7,239,297 | |
| *Increase/Decrease* | - | - | - | - | - | - | - | - | |

| **Revolver Balance** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Revolver Balance | 6,379,000 | 6,379,000 | 6,379,000 | 6,379,000 | 6,379,000 | 6,379,000 | 6,379,000 | 6,379,000 | |
| +/- Adjustments | - | - | - | - | - | - | - | - | |
| Ending Revolver Balance | 6,379,000 | 6,379,000 | 6,379,000 | 6,379,000 | 6,379,000 | 6,379,000 | 6,379,000 | 6,379,000 | |
| *Increase/Decrease* | - | - | - | - | - | - | - | - | |

**NOTES:**

| EBITDA/Cash Flow Reconciliation | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Net Revenues | 614,438 | 614,438 | 600,280 | 594,617 | 558,480 | 558,480 | 545,903 | 423,474 | |
| Payroll Disbursements | (267,919) | (171,836) | (128,222) | (163,741) | (158,851) | (147,646) | (108,704) | (141,517) | |
| Non-Payroll Disbursements | (123,516) | (201,111) | (209,492) | (246,356) | (225,839) | (232,754) | (309,732) | (172,251) | |
| Other Cash Expenditures | - | - | (43,856) | - | (11,566) | (19,829) | (9,076) | (43,071) | |
| **Cash Flow Operating income before Addbacks** | **223,003** | **241,491** | **218,709** | **184,520** | **162,224** | **158,250** | **118,392** | **66,635** | |
| Add Backs: | | | | | | | | | |
| Capital Expenditures | - | - | - | - | - | - | - | - | |
| Interest Expense - Line of Credit (Comerica Bank) | - | - | 43,856 | - | - | - | - | 43,071 | |
| Interest Expense - Business Loan (Peninsula Capital) | - | - | - | - | - | - | - | - | |
| Interest Expense - Equipment Loan | - | - | - | - | 1,830 | 2,107 | 479 | - | |
| Principal Payments - Line of Credit (Comerica Bank) | - | - | - | - | - | - | - | - | |
| Principal Payments - Business Loan (Peninsula Capital) | - | - | - | - | - | - | - | - | |
| Principal Payments - Equipment Loan | - | - | - | - | 9,737 | 17,722 | 8,597 | - | |
| Consulting Fees | - | - | - | - | - | - | - | - | |
| Clear Check Float | - | - | - | - | - | - | - | - | |
| Forbearance Fees and Expenses | - | - | - | - | - | - | - | - | |
| Credit Card Expense | - | - | - | - | - | - | - | - | |
| Capital Infusion | - | - | - | - | - | - | - | - | |
| Payment on Capital Infusion | - | - | - | - | - | - | - | - | |
| Payment for Emergency Capital Influx from Senior Employees | - | - | - | - | - | - | - | - | |
| A/P Payment Plan | - | - | - | - | - | - | - | - | |
| Incremental Fee Related to Legacy Collections | 1,560 | 1,560 | 1,559 | 1,558 | 1,559 | 1,560 | 1,560 | 1,561 | |

**Helix Diagnostics**
**8-Week Cash Flow Budget (4/17/23 to 6/7/23)**
**Revised: 5/31/23**

| Description | Wk ending 21-Apr-23 Proj. | Wk ending 28-Apr-23 Proj. | Wk ending 5-May-23 Proj. | Wk ending 12-May-23 Proj. | Wk ending 19-May-23 Proj. | Wk ending 24-May-23 Proj. | Wk ending 31-May-23 Proj. | Wk ending 7-Jun-23 Proj. | Cumulative Cash Flow Proj. |
|---|---|---|---|---|---|---|---|---|---|
| **Model Implied Recurring EBITDA** | **224,563** | **243,050** | **264,124** | **186,078** | **175,349** | **179,640** | **129,028** | **111,268** | |
| | | | | | | | | | |
| **Adjustments to Reconcile to Cash Flow:** | | | | | | | | | |
| Deduct: | | | | | | | | | |
| Capital Expenditures | - | - | - | - | - | - | - | - | |
| Interest Expense - Line of Credit (Comerica Bank) | - | - | (43,856) | - | - | - | - | (43,071) | |
| Interest Expense - Business Loan (Peninsula Capital) | - | - | - | - | - | - | - | - | |
| Interest Expense - Equipment Loan | - | - | - | - | (1,830) | (2,107) | (479) | - | |
| Principal Payments - Line of Credit (Comerica Bank) | - | - | - | - | - | - | - | - | |
| Principal Payments - Business Loan (Peninsula Capital) | - | - | - | - | - | - | - | - | |
| Principal Payments - Equipment Loan | - | - | - | - | (9,737) | (17,722) | (8,597) | - | |
| Consulting Fees | - | - | - | - | - | - | - | - | |
| Clear Check Float | - | - | - | - | - | - | - | - | |
| Forbearance Fees and Expenses | - | - | - | - | - | - | - | - | |
| Credit Card Expense | - | - | - | - | - | - | - | - | |
| Capital Infusion | - | - | - | - | - | - | - | - | |
| Payment on Capital Infusion | - | - | - | - | - | - | - | - | |
| Payment for Emergency Capital Influx from Senior Employees | - | - | - | - | - | - | - | - | |
| A/P Payment Plan | - | - | - | - | - | - | - | - | |
| Incremental Fee Related to Legacy Collections | (1,560) | (1,560) | (1,559) | (1,558) | (1,559) | (1,560) | (1,560) | (1,561) | |
| Net Revenues | (614,438) | (614,438) | (600,280) | (594,617) | (558,480) | (558,480) | (545,903) | (423,474) | |
| | | | | | | | | | |
| Add: | | | | | | | | | |
| Receipts | 427,110 | 385,000 | 425,000 | 425,550 | 485,696 | 478,932 | 477,865 | 419,499 | |
| | | | | | | | | | |
| | 35,675 | 12,053 | 43,429 | 15,453 | 89,439 | 78,703 | 50,354 | 62,660 | |
| Cash Flow | 35,675 | 12,053 | 43,429 | 15,453 | 89,439 | 78,703 | 50,354 | 62,660 | |
| Difference | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |