# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Ark Laboratory, LLC,

Debtor.

Case No. 23-43403-mlo
Chapter 11
Hon. Maria L. Oxholm

## FOURTH ORDER AMENDING INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION

This Fourth Order (the "Order") further amends the Interim Order Authorizing Use of Cash Collateral and Granting Adequate Protection (Doc. 43) entered by the Court on April 24, 2023 (the "Initial Interim Order"), as amended by the Order Amending the Initial Interim Order (Doc. 101) entered by the Court on May 11, 2023 (the "First Amendment") and as further amended by the Second Order Amending the Initial Interim Order (Doc. 108) entered by the Court on May 16, 2023 (the "Second Amendment") and the Third Order Amending the Initial Interim Order (Doc. 124) entered by the Court on May 23, 2023 (the "Third Amendment") (the Initial Interim Order, as amended by the First Amendment, the Second Amendment and the Third Amendment, is defined as the "Interim Order"), as follows:

1. Undefined capitalized terms in this Order have the meanings set forth in the Interim Order.

2. The May 31, 2023 date referenced in section 1(c) of the Interim Order is changed to June 8, 2023 so that the sentence reads, "Debtor's ability to use cash collateral under this Order on an interim basis shall continue through June 8, 2023 (the period from the Petition Date through such date is defined as the "Interim Period"), unless it terminates under the terms of this Order based upon a default by Debtor before the end of the Interim Period as described below ("Termination Date")."

3. The Budget for the period through June 8, 2023 is the budget filed on May 31, 2023 as an Exhibit to Docket No. 130.

4. The $2,780,046 figure referenced in section 14 of the Interim Order is changed to $3,136,885 so that the sentence reads, "Notwithstanding anything else to the contrary, Debtor may not use more than $3,136,885 during the Interim Period."

5. To the extent that an evidentiary hearing is required, absent further Court Order, the evidentiary hearing on this matter shall be held in-person on June 8, 2023 at 11:00 a.m. Consistent with the Notice of Change in Procedure for Judge Maria L. Oxholm filed April 12, 2022, effective immediately and until further notice, Judge Oxholm will conduct all conferences and non-evidentiary hearings by telephone. At least five minutes before the scheduled time for the hearing, counsel and parties should call (877) 336-1831 and use Access Code 6226995. Landline connections are much preferred, but cell phone or other telephone services are allowed. Counsel

and parties should place their phone on mute and wait until their case is called before umuting their phone and participating.

6. Debtor shall serve a copy of this Order within 24 hours after entry of this Order under Federal Rule of Bankruptcy Procedure 4001(d) and Local Rule 4001-2.

7. In all other respects, the Interim Order remains in full force and effect.

8. All objections to the Motion or the Interim Order are preserved for all parties.

**Signed on June 2, 2023**

/s/ Maria L. Oxholm

Maria L. Oxholm
United States Bankruptcy Judge