# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In the Matter of:

ARK LABORATORY, LLC,                     Case No. 23-43403-mlo
                                         Chapter 11
        Debtor.                  Hon, Maria L. Oxholm
_____/

## MOTION OF DEBTOR TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND FOR RELATED RELIEF

Debtor states:

### JURISDICTION AND VENUE

1.    This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue of these cases and this Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409.

2.    The statutory predicates for the relief requested include Bankruptcy Code sections 105 and 365.

### BACKGROUND

3.    The above-captioned proceedings were commenced by the filing of a voluntary Chapter 11 Petition by Debtor on April 12, 2023 (the "Commencement Date"). The Debtor is authorized to continue to operate its business and manage its property as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

4. Debtor operates a medical laboratory and has filed a motion to sell substantially all of its assets to Auxo Investment Partners, LLC ("Auxo" and "Purchaser"), subject to higher and better bids (the "Sale Motion") at ECF No. 145.

## RELIEF REQUESTED

5. By this Motion, the Debtor requests authority pursuant to Section 365 of the Bankruptcy Code and Bankruptcy Rule 6006, to reject certain of Debtor's prepetition executory contracts and unexpired leases with the entities listed on the attached Exhibit (the "Contracts and Leases to be Rejected").

6. Until entry of an Order rejecting the certain executory contracts and unexpired leases, Debtor does not admit that such documents are, in fact, unexpired leases or executory contracts of the Debtor within the meaning of the Bankruptcy Code, and all rights with respect thereto are being expressly reserved.

7. During its bankruptcy, the Debtor conducted a review of its executory contracts and unexpired leases. As a result of that initiative, the Debtor has identified that the Contracts and Leases to be Rejected are not beneficial to the Debtor or to the Purchaser , and the Debtor believes, in its considered business judgment, that it will maximize the value of its assets if it is allowed to reject them.

**REJECTION OF THE CONTRACTS AND LEASES TO BE REJECTED IS IN THE BEST INTERESTS OF THE DEBTOR, ITS ESTATE, AND CREDITORS**

8. Section 365(a) of the Bankruptcy Code provides that a debtor-in-possession "subject to the court's approval, may assume or reject any…executory contract or unexpired lease of the debtor." 11 U.S.C. § 365(a). The

standard applied to determine whether the assumption or rejection of an executory contract or unexpired lease should be authorized is the "business judgment" standard. Courts defer to a debtor's business judgment in assuming an executory contract, and upon finding that a debtor has exercised its sound business judgment, approve the assumption or rejection under section 365(a) of the Bankruptcy Code. *See In re Penn Traffic Co.*, 524 F.3d 373, 383 (2nd Cir. 2008); *In re Old Carco LLC*, 406 B.R. 180, 188 (Bankr. S.D.N.Y. 2009); *NLRB v. Bildisco & Bildisco*, 465 U.S. 513, 523 (1984) (recognizing the "business judgment" standard used to approve assumption or rejection of executory contracts or unexpired leases).

9. The "business judgment" standard is not a strict standard; it requires only a showing that either assumption or rejection of the executory contract or unexpired lease will benefit the debtor's estate. *See In re Helm*, 335 B.R. 528, 538 (Bankr. S.D.N.Y. 2006).

10. As set forth above, the Debtor has determined that the Contracts and Leases to be Rejected are not beneficial to the Debtor or to the Purchaser.

11. In view of the foregoing, the Debtor respectfully requests that the Court approve the rejection of the Contracts and Leases to be Rejected pursuant to Section 365(a) of the Bankruptcy Code in the manner requested herein. Debtor requests in the proposed Order that the counterparty to the particular rejected Contracts and Leases to be Rejected will have 30 days from entry of an order authorizing rejection of that certain executory contract or unexpired lease to file a proof of claim or amend their claim.

12. Debtor requests that the contracts and unexpired leases set forth in the list of Contracts and Leases to be Rejected be rejected as of no later than the closing pursuant to the Debtor's sale motion (the "Closing"), unless Debtor or the Purchaser requests that certain contracts or unexpired leases be rejected as of a later date so long as the Purchaser funds any administrative expenses necessitated by the delay in the effective date of the rejection.

## RESERVATION OF RIGHTS

13. Nothing contained herein is intended to be or shall be construed as (i) an admission as to the validity of any claim against the Debtor; (ii) a waiver of the Debtor's or any appropriate party in interest's rights to dispute the amount of, basis for, or, validity of any claim against the Debtor; (iii) a waiver of any claims or causes of action that may exist against any creditor or interest holder; or (iv) an approval, assumption, or adoption, of any agreement, contract, program, policy, or lease between the Debtor and any third party under Section 365 of the Bankruptcy Code other than as set forth in this Motion, subject to entry of the Proposed Order.

## NOTICE

14. Notice of this Motion will be provided to (i) the Office of the United States Trustee; (ii) the holders of the 20 largest unsecured claims against the Debtor; (iii) the Official Committee of Unsecured Creditors (iv) the counterparty to the Contracts and Unexpired Leases to be Rejected or their counsel of record, (v) Auxo Investment Partners, LLC through counsel, (vi) any parties requesting notices in this case and counsel of record, (vii) all creditors or their counsel known to the

Debtor to have asserted a lien (including a security interest), claim, right, interest or encumbrance of record against all or any portion of the Assets, and (viii) all parties who have expressed an interest in purchasing the Assets (the "Potential Bidders"). The Debtor submits that, in view of the facts and circumstances, such notice is sufficient and no other or further notice need be provided. The Debtor submits that, in view of the facts and circumstances, such notice is sufficient and no other or further notice need be provided.

15. No previous requests for the relief sought herein has been made by the Debtor to this or any other Court.

WHEREFORE the Debtor respectfully requests entry of an order granting the relief requested herein and such other and further relief as is just.

Respectfully submitted,
/s/ Robert Bassel
Robert Bassel (P48420)
Counsel for Debtor
PO Box T
Clinton, MI 49236
248.677.1234
bbassel@gmail.com

Dated: July 10, 2023

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In the Matter of:

ARK LABORATORY, LLC,                      Case No. 23-43403-mlo
                                                                   Chapter 11
                 Debtor.                             Hon, Maria L. Oxholm

_____/

## ORDER GRANTING MOTION OF DEBTOR TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND FOR RELATED RELIEF

Upon the motion (the "**Motion**")[1] of Debtor and Debtor-in-Possession in the above-captioned Chapter 11 case (the "**Debtor**"), pursuant to § 365 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 6006 of the Federal Rules of Bankruptcy Procedure, for entry of an order (i) authorizing the Debtor to reject certain executory contracts and unexpired leases, and (ii) granting related relief, all as more fully set forth in the Motion; and due and proper notice of the relief requested in the Motion having been given as provided in the Motion; and upon the record of the Hearing, and upon all of the proceedings had before the Court, there being no unresolved objections; and the Court having determined that the cause exists for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1.       The Motion is granted as set forth in this Order.

---

[1] References in this Order to terms not defined in this Order shall have the meanings set forth in the underlying Motion.

2. The Contracts and Leases to be Rejected as defined in the Motion, are hereby rejected as of no later than the Closing absent Debtor or the Purchaser designating in a filing that certain contracts or unexpired leases be rejected as of a later date so long as the Purchaser funds any administrative expenses necessitated by the delay in the effective date of the rejection.

3. The counterparty to that particular rejected Contracts and Leases to be Rejected will have 30 days from entry of an order authorizing rejection of that certain executory contract or unexpired lease to file a proof of claim or amend their claim.

4. Nothing contained in the Motion or this Order or any payment made pursuant to the authority granted by this Order is intended to be or shall be construed as (i) an admission as to the validity of any claim against the Debtor; (ii) a waiver of the Debtor's or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any claim against the Debtor; or (iii) a waiver of any claims or causes of action that may exist against any creditor or interest holder.

5. The Debtor is authorized to take any and all action necessary to effectuate the relief granted in this Order.

6. This Court shall retain jurisdiction to interpret and enforce this Order and enter such further Orders necessary to effectuate the terms of this Order.

7. This Order shall be effective immediately, notwithstanding any procedural provision in the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, the relevant local rules or otherwise.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In the Matter of:

ARK LABORATORY, LLC,                            Case No. 23-43403-mlo
                                                                 Chapter 11
                    Debtor.                                  Hon, Maria L. Oxholm
_____/


**NOTICE OF MOTION OF DEBTOR TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND FOR RELATED RELIEF**

       Debtor and Debtor-in-Possession in the above-captioned Chapter 11 case filed a motion to reject certain executory contracts and unexpired leases that Debtor no longer needs. Any counterparty to an unexpired lease or executory contract that is proposed to be rejected will have the right to object to the relief requested in the Motion to Reject within 14 days of service of the Motion to Reject (plus an additional 3 days if served by mail). Note that if the Court allows rejection of a particular executory contract or unexpired lease, the counterparty to that particular executory contract or unexpired lease will then have 30 days from entry of the order authorizing rejection of that certain executory contract or unexpired lease to file a proof of claim or amend their claim.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the motion, or if you want the Court to consider your views on the motion, then on or before 14 days from the date of service of the motion and this notice, unless shortened by the Court, you or your attorney must:

File with the Court a written objection or request for a hearing at:[21]

U.S. Bankruptcy Court
211 West Fort Street
Detroit, Michigan 48226

---

[21] Objection or request for a hearing must comply with F.R. Civ. P. 8(b), (c) and (e).

If you mail your objection or request for a hearing to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the 14 day period expires. All attorneys are required to file pleadings electronically.

You must also mail a copy to undersigned counsel whose address is below:

If an objection or request for hearing is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time, and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief**.

Respectfully submitted,
/s/ Robert Bassel
Robert Bassel (P48420)
Attorney for Debtor
PO Box T
Clinton, MI 49236
248.677.1234
bbassel@gmail.co

Dated: July 10, 2023

| Lessor Name and Address | Purpose (Reason for contract) |
|---|---|
| Abbott Laboratories INC., D-943, CP1-4<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-6095 | IMS Software - Ordering System for Reagents (Serial RLQYY-58664) |
| Allscripts<br>305 Church at North Hills St<br>Raleigh, NC 27609 | EMR Interface |
| Amazing Charts<br>1600 Division Rd, Suite 2000<br>West Warwick, RI 02893 | EMR Interface |
| Arkstone Medical Solutions, LLC<br>7000 W Palmetto Park Road<br>Boca Raton, FL 33433 | Molecular Reports |
| Atlassian, Inc.<br>350 Bush St. Floor 13<br>San Francisco, CA 94104 | Information Technology Software |
| Bio-Rad<br>2000 Alfred Nobel Drive<br>Hercules, CA 94547 | Bio-rad Unity Software and Unity Connect |
| Comcast Business Agreement<br>5728 Schaefer Rd. Ste 203 Dearborn MI 48126 | Internet for Dearborn Drawstation |
| Comcast Business Agreement 6620 HIghland Rd. STE 200 Waterford MI 48327 | Internet for Lab Building |
| Data Innovations, LLC<br>PO Box 101978<br>Atlanta, GA 30392-1978 | EP Evaluator Software - for COLA requirements (License SUB-0017828) |
| Ellkay, LLC<br>200 Riverfront Blvd., 3rd Floor<br>Elmwood Park, NJ 07407 | EMR Interface |
| eMDs, Inc.<br>10901 Stonelake Blvd #200<br>Austin, TX 10901 | EMR Interface |
| LabSoft Inc.<br>2202 Westshore Blvd. Ste 115<br>Tampa, FL 33607 | EMR Interface |
| Lifepoint Informatics<br>65 Harristown Rd.<br>Glen Rock, NJ 07452 | EMR Interface Middleware |
| Medent Lab Clearinghouse Interface<br>15 Hulbert St. P.O. Box 980<br>Auburn, NY 13021 | EMR Interface |

| Lessor Name and Address | Purpose (Reason for contract) |
|---|---|
| Microsoft Corporation<br>One Microsoft Way<br>Redmond, WA 98052 | Office Software/Interfaces |
| Netalytics, LLC<br>52 Bobo St.<br>Greer, SC 29650 | EMR Interface |
| Orchard Software Corporation<br>701 Congressional Blvd. Ste 360 Carmel, IN 46032 | Service Level Agreement (SLA)/ System Administration |
| Translational Software Incorporated<br>7683 SE 27th Street #352<br>Mercer Island, WA 98040 | Pgx Reports |
| Triarq Health<br>424 E 4th Street<br>Royal Oak, MI 48067 | EMR Interface |

| Lessor Name and Address | Purpose (Reason for contract) |
|---|---|
| Dr. Fredric Neumann Sr.<br>39880 VanDyke Rd  Sterling Heights, MI 48313 | Collection Lease |
| Easter Seals listed but has not been paid since Sept. 2022 | |
| Little Sonia Real Estate LLC<br>9171 Lapeer Road, Suite 100, Davison MI 48423 | Collection Lease |

| | |
|---|---|
| Newbsknob, LLC<br>6310 Sashabaw Rd. Clarkston, MI 48346 | Collection lease |
| Younis Enterprises<br>5728 Schaefer Rd. Dearborn MI 48126 | Collection Lease |

| Lessor Name and Address | Purpose (Reason for contract) |
|---|---|
| AB SCIEX LLC 1201 Radio Rd REDWOOD CITY, CA 94065-1217 | SciEx UT1 Service (BJ27141507) |
| AB SCIEX LLC 1201 Radio Rd REDWOOD CITY, CA 94065-1218 | SciEx UT2 Service (BB214211608) |
| AB SCIEX LLC 1201 Radio Rd REDWOOD CITY, CA 94065-1219 | SciEx UT3 Service (AU20440906?) |
| AB SCIEX LLC 1201 Radio Rd REDWOOD CITY, CA 94065-1220 | SciEx UT4 Service (AU10870902) |
| AB SCIEX LLC 1201 Radio Rd REDWOOD CITY, CA 94065-1221 | SciEx UT5 Service (AU215091405) |
| AB SCIEX LLC 1201 Radio Rd REDWOOD CITY, CA 94065-1222 | SciEx UT6 Service (BI25161411) |
| AB SCIEX LLC 1201 Radio Rd REDWOOD CITY, CA 94065-1223 | SciEx UT7 Service (BB24521208) |
| AB SCIEX LLC 1201 Radio Rd REDWOOD CITY, CA 94065-1224 | SciEx UT8 Service ( |
| Abbott Clinical Lab Solutions 5990 142nd Ave. N Clearwater, FL 33760 | Immunalysis Reagents on AU680 |
| Abbott Laboratories INC., D-942, CP1-4 100 Abbott Park Road Abbott Park, Illinois 60064-6095 | Alinity c Service (AC03064) |
| Abbott Laboratories INC., D-942, CP1-4 100 Abbott Park Road Abbott Park, Illinois 60064-6095 | Alinity i Service (2 instruments, AI21541 and AI03890) |
| Abbott Laboratories INC., D-942, CP1-4 100 Abbott Park Road Abbott Park, Illinois 60064-6095 | Architect c8000 Service (C804864) |
| Abbott Laboratories INC., D-942, CP1-4 100 Abbott Park Road Abbott Park, Illinois 60064-6095 | Abbott Master Agreement (Reagents and Consumables) |
| Abbott Laboratories, Inc., 1300 East Touhy Avenue, Des Plaines, IL. 60018 | Alinity m Master Agreement |
| Agena Bioscience, 4755 Eastgate Mall, San Diego, CA 92121 | Service Agreement: PR20031657 |
| Beckman Coulter INC. Mail Stop A2-SW-12 250 South Kraemer Blvd P.O. Box 8000 Brea, CA 92822-8000 | Beckman Coulter AU680 Service (2014103536, 7982698) |
| Evoqua Water Technologies 1451 East 9 Mile Road Hazel Park, MI 48030 | Service for Medica 120 Unit, Media 60 Unit and Flex 90 Unit |
| Leasing Associates of Barrington, Inc. 220 North River Street, East Dundee, IL. 60118 | Sysmex UN-3000 Lease |
| Life Technologies Corporation, 5781 Van Allen Way Carlsbad, CA 92008 | Quantstudio 5 Service Agreement |
| Med Water Systems, 2262 South 1200 West Suite 101, Woods Cross, UT. 84087 | MW90 (HP) Lease |

| | |
|---|---|
| Microgenics Corporation<br>46500 Kato Road, Fremont, CA 94538 | Thermo/Microgenics Reagents |
| Siemens Healthcare Diagnostics, Inc.<br>2089 Gregson Drive, Cary, NC. 27511 | Sysmex CA-620 and CA-660 Service Agreement |
| Sysmex America, Inc., 577 Aptakisic Road, Lincolnshire, IL. 60069 | Sysmex XN-550 Service Agreement |
| Sysmex America, Inc., 577 Aptakisic Road, Lincolnshire, IL. 60069 | Sysmex UN-3000 Service Agreement |

| Lessor Name and Address | Purpose (Reason for contract) |
|---|---|
| Amro Almradi MDPC PLLC<br>612 Deauville Ln. Bloomfield Hills, MI 48304 | Laboratory Medical Director |
| Avairis | IT Interface Consultant |
| The Sports Marketing Agency | Laboratory Marketing Agreement |

| Lessor Name and Address | Purpose (Reason for contract) |
|---|---|
| Cintas | Lab Coats and Rugs |
| Cintas Fire Protection Services | Fire Protection |
| Clarity X | Referral Lab Agreement |
| CoreBioLabs | Referral Lab Agreement |
| Great Lakes Express Delivery LLC | Courier Transport services |
| iCare | Remote Temperature monitoring systems |
| iOpen<br>1101 Pennsylvania Avenue, NW<br>Washington DC 20004 | Marketing Services Agreement |
| Iron Mountain<br>1101 Enterprise Dr. Royersford, PA 19468 | Document Storage |
| Lab Path Consulting | Compliance Consulting |
| LabCorp<br>531 South Spring Street Burlington, North Carolina 27215 | Reference Laboratory |
| McLaren Medical Laboratory<br>4000 S. Saginaw St. Flint MI 48507 | Reference Laboratory Agreement |
| Solaris<br>110 Dewey Dr. Suite A, Nicholasville, Kentucky 40356 | Reference Laboratory |
| Stericycle | Liquid Waste Removal |
| Superior Medical Waste Disposal LLC<br>P.O. BOx 700797 Plymouth, MI 48170 | Biohazard Waste Removal |
| UPS | Transportation Agreement |