UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:

ARK LABORATORY, LLC,             Case No. 23-43403-mlo
                                                                Chapter 11
                 Debtor.                               Hon, Maria L. Oxholm
_____/

**FURTHER FILING OF BUDGET FOR FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION**

Debtor states,

1. Attached is the further budget that Debtor and Auxo have agreed to for purposes of the FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION.

Respectfully submitted,
/s/ Robert Bassel
Robert N. Bassel P48420
PO BOX T
CLINTON, MI 49236
248.677/1234
bbassel@gmail.com
Counsel for Debtor

## Helix Diagnostics
## 4-Week Cash Flow Budget (7/31/23 to 8/25/23)
### Revised: 8/17/23

| Description | 1<br>4-Aug-23 | 2<br>11-Aug-23 | 3<br>18-Aug-23 | 4<br>25-Aug-23 | Cumulative Cash Flow Proj. | |
|---|---:|---:|---:|---:|---:|---:|
| **REVENUES** | | | | | | |
| **Gross Revenues** | | | | | | |
| Non Covid PCR | $ 50,317 | $ 50,564 | $ 50,564 | $ 50,564 | $ 202,009 | 23.1% |
| Covid | - | - | - | - | - | 0.0% |
| Toxicology | 123,670 | 122,726 | 122,726 | 122,726 | 491,847 | 56.3% |
| Blood | 32,315 | 32,285 | 32,285 | 32,285 | 129,171 | 14.8% |
| Other | 12,638 | 12,641 | 12,641 | 12,641 | 50,560 | 5.8% |
| **Gross Revenues** | **$ 218,940** | **$ 218,216** | **$ 218,216** | **$ 218,216** | **$ 873,587** | **100.0%** |
| Reimbursement Rate Adjustments | (65,682) | (65,465) | (65,465) | (65,465) | (262,076) | -30.0% |
| **Net Revenues** | **$ 153,258** | **$ 152,751** | **$ 152,751** | **$ 152,751** | **$ 611,511** | **70.0%** |
| **Receipts** | | | | | | |
| Legacy Claim Reciepts | 8,160 | 8,160 | 8,160 | 8,160 | 32,638 | 3.7% |
| Current Claim Receipts | 153,458 | 148,782 | 144,285 | 140,060 | 586,585 | 67.1% |
| **Cash Receipts** | **$ 161,617** | **$ 156,942** | **$ 152,444** | **$ 148,219** | **$ 619,223** | **70.9%** |
| **Payroll Disbursements** | | | | | | |
| Hourly Wages | 125,224 | - | 124,951 | - | $ 250,176 | 28.6% |
| Salary Wages | - | 83,229 | - | 78,529 | 161,758 | 18.5% |
| Employer Taxes - Post-petition (FICA, FUTA & SUTA) | 9,580 | 5,558 | 9,559 | 4,463 | 29,159 | 3.3% |
| Car Allowance | - | - | 2,000 | 2,500 | 4,500 | 0.5% |
| Employee of the Month Bonus- Grossed up | | | | | - | 0.0% |
| **Payroll Disbursements** | **$ 134,804** | **$ 88,787** | **$ 136,510** | **$ 85,492** | **$ 445,592** | **51.0%** |
| **Non-Payroll Disbursements** | | | | | | |
| Credit Card Fees | 123 | 120 | 116 | 113 | 473 | 0.1% |
| Bank Charges | 2,888 | - | - | - | 2,888 | 0.3% |
| Courier Fee | 21,250 | 21,250 | 21,250 | 21,250 | 85,000 | 9.7% |
| Marketing Fees (1099) | 37,500 | 37,500 | 37,500 | 37,500 | 150,000 | 17.2% |
| Fuel/Mileage | 2,127 | 2,127 | 2,127 | 2,127 | 8,508 | 1.0% |
| Dues & Subscriptions | 420 | 421 | 422 | 423 | 1,686 | 0.2% |
| Workers Comp | - | - | - | 12,143 | 12,143 | 1.4% |
| Insurance - Liability | - | - | - | 7,160 | 7,160 | 0.8% |
| Insurance - Employee Portion | (6,274) | (2,401) | (6,260) | (2,265) | (17,200) | -2.0% |
| Insurance - Health | 94 | - | - | 46,135 | 46,229 | 5.3% |
| Insurance - Life/AD&D/Dental/Vision | 7,461 | - | - | - | 7,461 | 0.9% |
| Insurance - Life | 811 | - | - | - | 811 | 0.1% |
| Lab Fees | 3,568 | 3,568 | 15,791 | 15,791 | 38,718 | 4.4% |
| Debtor & Committee Legal | - | - | - | - | - | 0.0% |
| IT Consulting | - | 4,250 | - | - | 4,250 | 0.5% |
| Compliance | - | - | - | - | - | 0.0% |
| Outside Consulting | | | | | - | 0.0% |
| Licenses & Fees - Infrastructure | 353 | 169 | - | 940 | 1,462 | 0.2% |
| Licenses & Fees - Business Operations | - | 3,262 | - | 3,103 | 6,365 | 0.7% |
| Licenses & Fees - Lab Operations | 9,015 | 21,455 | - | 5,450 | 35,920 | 4.1% |
| Employee Meals | 92 | 92 | 200 | 200 | 585 | 0.1% |
| Medical Billing | 9,145 | 8,889 | 8,632 | 8,384 | 35,050 | 4.0% |
| Office Expenses | 100 | 500 | 100 | 300 | 1,000 | 0.1% |
| Medical Directorship | 3,000 | - | - | - | 3,000 | 0.3% |
| Rent or Lease | 49,651 | 7,925 | - | - | 57,576 | 6.6% |
| Equipment Lease | - | - | - | - | - | 0.0% |
| Repair & Maintenance | 5,148 | 5,887 | - | - | 11,035 | 1.3% |
| Payroll Fees | - | - | - | - | - | 0.0% |
| Shipping and Delivery Expense | 985 | 985 | 985 | 985 | 3,939 | 0.5% |
| Supplies | 31,935 | 43,326 | 36,470 | 41,581 | 153,312 | 17.5% |
| Telephone | - | 377 | - | - | 377 | 0.0% |
| Travel | 1,062 | 1,062 | 1,062 | 1,062 | 4,246 | 0.5% |
| Utilities | - | - | - | - | - | 0.0% |
| Uniforms | 974 | - | - | - | 974 | 0.1% |
| Waste Management | 2,618 | - | - | - | 2,618 | 0.3% |
| US Trustee Fees | - | - | - | 40,000 | 40,000 | 4.6% |
| Expense Reports | - | - | - | - | - | 0.0% |
| **Non-Payroll Disbursements** | **$ 184,046** | **$ 160,764** | **$ 118,394** | **$ 242,380** | **$ 705,584** | **80.8%** |

**Helix Diagnostics**
**4-Week Cash Flow Budget (7/31/23 to 8/25/23)**
**Revised: 8/17/23**

| Description | 1<br>4-Aug-23 | 2<br>11-Aug-23 | 3<br>18-Aug-23 | 4<br>25-Aug-23 | Cumulative Cash Flow | Proj. |
|---|---:|---:|---:|---:|---:|---:|
| **Disbursement Summary** | | | | | | |
| Payroll | $ 134,804 | $ 88,787 | $ 136,510 | $ 85,492 | $ 445,592 | 51.0% |
| Non-Payroll | 184,046 | 160,764 | 118,394 | 242,380 | 705,584 | 80.8% |
| Other Cash Expenditures | - | - | - | - | - | 0.0% |
| **Total Disbursements** | $ 318,850 | $ 249,550 | $ 254,904 | $ 327,871 | $ 1,151,176 | 131.8% |
| | | | | | | |
| **Net Cash Flow (Weekly)** | $ (157,233) | $ (92,608) | $ (102,460) | $ (179,652) | | |
| **Cumulative Cash Flow** | $ (157,233) | $ (249,842) | $ (352,301) | $ (531,953) | | |

**Notes:**

| Operating Cash | | | | |
|---|---:|---:|---:|---:|
| Beginning Balance | (109,272) | (266,505) | (359,113) | (461,573) |
| + Cash Inflows | 161,617 | 156,942 | 152,444 | 148,219 |
| - Cash Outflows | (318,850) | (249,550) | (254,904) | (327,871) |
| +/- Adjustments | | | | |
| Ending Balance | (266,505) | (359,113) | (461,573) | (641,225) |
| *Increase/Decrease* | *(157,233)* | *(92,608)* | *(102,460)* | *(179,652)* |

| A/R Rollforward | | | | |
|---|---:|---:|---:|---:|
| Beginning A/R | 7,143,161 | 7,134,802 | 7,130,611 | 7,130,918 |
| +Sales | 153,258 | 152,751 | 152,751 | 152,751 |
| -Collections | (161,617) | (156,942) | (152,444) | (148,219) |
| +/- Adjustments | | | | |
| Ending A/R | 7,134,802 | 7,130,611 | 7,130,918 | 7,135,449 |
| *Increase/Decrease* | *(8,359)* | *(4,191)* | *307* | *4,532* |

| Supplies | | | | | |
|---|---:|---:|---:|---:|---:|
| Beginning Supplies | 715,676 | 709,188 | 714,218 | 712,392 | |
| +Purchases (operational) | 31,935 | 43,326 | 36,470 | 41,581 | |
| -(Sales * Materials %) | (38,423) | (38,296) | (38,296) | (38,296) | |
| +/- Adjustments | | | | | |
| Ending Supplies | 709,188 | 714,218 | 712,392 | 715,676 | |
| *Increase/Decrease* | | | | | *-* |

**NOTES:**

## Helix Diagnostics
## 4-Week Cash Flow Budget (7/31/23 to 8/25/23)
### Revised: 8/17/23

| Description | 1<br>4-Aug-23 | 2<br>11-Aug-23 | 3<br>18-Aug-23 | 4<br>25-Aug-23 | Cumulative Cash Flow Proj. |
|---|---:|---:|---:|---:|---:|
| **EBITDA/Cash Flow Reconciliation** | | | | | |
| Net Revenues | 153,258 | 152,751 | 152,751 | 152,751 | |
| Payroll Disbursements | (134,804) | (88,787) | (136,510) | (85,492) | |
| Non-Payroll Disbursements | (184,046) | (160,764) | (118,394) | (242,380) | |
| Other Cash Expenditures | - | - | - | - | |
| **Cash Flow Operating income before Addbacks** | **(165,593)** | **(96,799)** | **(102,153)** | **(175,120)** | |
| Add Backs: | | | | | |
| Capital Expenditures | - | - | - | - | |
| Interest Expense - Line of Credit (Comerica Bank) | - | - | - | - | |
| Interest Expense - Business Loan (Peninsula Capital) | - | - | - | - | |
| Interest Expense - Equipment Loan | - | - | - | - | |
| Principal Payments - Line of Credit (Comerica Bank) | - | - | - | - | |
| Principal Payments - Business Loan (Peninsula Capital) | - | - | - | - | |
| Principal Payments - Equipment Loan | - | - | - | - | |
| Consulting Fees | - | - | - | - | |
| Clear Check Float | - | - | - | - | |
| Forbearance Fees and Expenses | - | - | - | - | |
| Credit Card Expense | - | - | - | - | |
| Capital Infusion | - | - | - | - | |
| Payment on Capital Infusion | - | - | - | - | |
| Payment for Emergency Capital Influx from Senior Employees | - | - | - | - | |
| A/P Payment Plan | - | - | - | - | |
| Incremental Fee Related to Legacy Collections | 1,567 | 1,567 | 1,567 | 1,567 | |
| **Model Implied Recurring EBITDA** | **(164,025)** | **(95,232)** | **(100,586)** | **(173,553)** | |
| | | | | | |
| **Adjustments to Reconcile to Cash Flow:** | | | | | |
| Deduct: | | | | | |
| Capital Expenditures | - | - | - | - | |
| Interest Expense - Line of Credit (Comerica Bank) | - | - | - | - | |
| Interest Expense - Business Loan (Peninsula Capital) | - | - | - | - | |
| Interest Expense - Equipment Loan | - | - | - | - | |
| Principal Payments - Line of Credit (Comerica Bank) | - | - | - | - | |
| Principal Payments - Business Loan (Peninsula Capital) | - | - | - | - | |
| Principal Payments - Equipment Loan | - | - | - | - | |
| Consulting Fees | - | - | - | - | |
| Clear Check Float | - | - | - | - | |
| Forbearance Fees and Expenses | - | - | - | - | |
| Credit Card Expense | - | - | - | - | |
| Capital Infusion | - | - | - | - | |
| Payment on Capital Infusion | - | - | - | - | |
| Payment for Emergency Capital Influx from Senior Employees | - | - | - | - | |
| A/P Payment Plan | - | - | - | - | |
| Incremental Fee Related to Legacy Collections | (1,567) | (1,567) | (1,567) | (1,567) | |
| Net Revenues | (153,258) | (152,751) | (152,751) | (152,751) | |
| | | | | | |
| Add: | | | | | |
| Receipts | 161,617 | 156,942 | 152,444 | 148,219 | |
| | (157,233) | (92,608) | (102,460) | (179,652) | |
| Cash Flow | (157,233) | (92,608) | (102,460) | (179,652) | |
| Difference | $ - | $ - | $ - | $ - | |