UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Ark Laboratory, LLC

    Debtor.

_____/

Case No. 23-43403-MLO
Chapter 11
Hon. Maria L. Oxholm

### **ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL**

Upon the application of the Debtor and Debtor-in-Possession, **Ark Laboratory, LLC**, in these Chapter 11 proceedings, and upon approval of the United States Trustee,

**IT IS HEREBY ORDERED** that the employment as special counsel of Amy Thomas, Esq. and Only One Hub d/b/a Primus Health for the specified purpose of pursuing the Debtor's outstanding Covid-19 testing claims with each health insurance provider and governmental entity owing money to the Debtor, is APPROVED under 11 U.S.C. §§ 327(e) and 328 effective as of the Petition Date, as set forth in this Order. All fees and expenses are subject to Court approval, following the filing of an application for allowance and payment.

**IT IS FURTHER ORDERED** that sections 9 and 11 of the Fee Agreement attached as Exhibit A to the Application are hereby stricken. Applicant will remit all claim Recovery amounts, less Applicant's fees and any expenses, to the Debtor for deposit into the debtor-in-possession accounts for distribution by the Debtor. Applicant's fees and expenses will also be remitted to the Debtor, however, the fees

and any expenses will be deposited to the Professionals Account and held in the Professionals Account pending application and Court approval of Applicant's fees and expenses.

**IT IS FURTHER ORDERED** that, for purposes of clarification and avoidance of any confusion, Applicant shall bear all costs associated with its retention, with the exception of any "reprocessing fees". Costs other than reprocessing fees will be part of Applicant's contingent fees awarded to Applicant and Applicant shall not be entitled to any separate reimbursement of the same. To the extent that Applicant incurs any reprocessing fees, it may seek reimbursement of the same through a fee application and Court approval of such fees.

**Signed on September 6, 2023**



/s/ Maria L. Oxholm
Maria L. Oxholm
United States Bankruptcy Judge