# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 23-43403-mlo |
| Ark Laboratory, LLC, | Chapter 11 |
| Debtor. | Hon. Maria L. Oxholm |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2023, I caused a copy of:

(i) *Motion for Authorization to Issue Rule 2004 Subpoena for Production of Documents and Oral Examination of Certain Parties*;
(ii) *Notice of Motion for Authorization to Issue Rule 2004 Subpoenas for Production of Documents and Oral Examination of Certain Parties*;
(iii) and this *Certificate of Service*;
(iv) *Exhibit 1 - Subpoena for Rule 2004 Examination to James Grossi with Exhibit A*;
(v) *Exhibit 2 - Subpoena for Rule 2004 Examination to Nameer Kiminaia with Exhibit A*; and
(vi) *Exhibit 3 - Subpoena for Rule 2004 Examination to Brian Tierney with Exhibit A.*

On all parties who are registered to receive electronic notification via the court's ECF filing system, including the Debtor's counsel, and the United States Trustee; and on the following individuals via US Mail first class, postage prepaid, and via electronic mail:

| James Grossi<br>Responsible Party for Ark Laboratory, LLC<br>6620 Highland Rd., Suite 240<br>Waterford Township, MI 48327<br>jgrossi@helixmdx.com | Nameer Kiminaia<br>Individually and on behalf of the Nameer Kiminaia Living Trust Dated May 31, 2019<br>132 Linda Court<br>Bloomfield Hills, MI 48304<br>nkiminaia@ionmdx.com |
|---|---|
| Nameer Kiminaia,<br>On behalf of Ion Diagnostics, LLC<br>30600 Telegraph Rd. Suite 1375<br>Bingham Farms, MI 48025<br>nkiminaia@ionmdx.com | Brian Tierney, Individually and on behalf of The Tierney Family Trust, Dated December 21, 2018 and Ion Diagnostics, LLC<br>18439 North Shore Estates Rd.<br>Spring Lake, MI 49546<br>btierney@ionmdx.com |

Respectfully submitted by,

**TAFT STETTINIUS & HOLLISTER, LLP**

Dated: September 15, 2023

/s/ Kimberly Ross Clayson
Richard Kruger (P57142)
Kimberly Ross Clayson (P69804)
27777 Franklin, Suite 2500
Southfield, MI 48034
(248) 351-3000
rkruger@taftlaw.com
kclayson@taftlaw.com

*Attorneys for the Committee*