UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

ARK LABORATORY, LLC,

        Debtor.
_____/

Chapter 11
Case No. 23-43403
Hon. Maria L. Oxholm

## ORDER REJECTING CONTRACT WITH
## MCLAREN MEDICAL LABORATORY

THIS MATTER is before the Court on the Stipulation of the parties [Doc. No. 251]. The Court has reviewed the Stipulation, finds good cause for entry of this Order and is otherwise advised in the premises.

NOW THEREFORE,

IT IS HEREBY ORDERED that the Laboratory Services Agreement dated August 23, 2021 between McLaren Medical Laboratory ("McLaren") and the Debtor (the "Contract") is rejected effective as of 11:59 p.m. July 26, 2023 (the "Rejection Date").

IT IS FURTHER ORDERED that the Administrative Expense Claim of McLaren shall include amounts owed by the Debtor to McLaren for tests submitted by the Debtor after the Petition Date and through the Rejection Date even though such tests may not have been completed until after the Rejection Date.

03875230 v1

23-43403-mlo    Doc 255    Filed 09/21/23    Entered 09/21/23 14:19:21    Page 1 of 2

IT IS FURTHER ORDERED that McLaren shall file a request for allowance of its Administrative Expense Claim within such time as the Court sets for all administrative expense creditors to request allowance of their claims in this matter.

IT IS FURTHER ORDERED that McLaren's allowed Administrative Expense Claim shall be paid pursuant to the Debtor's Combined Disclosure Statement and Plan of Liquidation [Doc. No. 249], as same may be amended, or other Order of this Court.

IT IS FURTHER ORDERED that the *Motion of Debtor to Reject Certain Executory Contracts and Unexpired Leases, and for Related Relief* on July 10, 2023 [Doc. No. 154] (the "Motion"), solely as it pertains to McLaren, is withdrawn.

**Signed on September 21, 2023**



/s/ Maria L. Oxholm
**Maria L. Oxholm**
**United States Bankruptcy Judge**