# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In the Matter of:

ARK LABORATORY, LLC,   Case No. 23-43403-mlo
　　　　　　　　　　　　　Chapter 11
　　　　　Debtor.　　　　Hon, Maria L. Oxholm
_____/

## STIPULATED ORDER TO PERMIT BALLOTING FOR PLAN OF LIQUIDATION VIA EMAIL AND FACSIMILE IN ADDITION TO MAIL BALLOTING

This matter came to be considered on the above-captioned STIPULATION TO ENTRY OF STIPULATED ORDER TO PERMIT BALLOTING FOR PLAN OF LIQUIDATION VIA EMAIL AND FACSIMILE IN ADDITION TO MAIL BALLOTING, and sufficient cause existing for the relief requested:

**IT IS HEREBY ORDERED THAT:**

1. Claimants are hereby authorized to vote on Debtor's Combined Disclosure Statement and Plan by mail to Robert Bassel, PO BOX T, CLINTON MI 49236, or via email to bbassel@gmail.com, or by facsimile to 248-928-0656 in addition to voting by mail. Ballots must be received by Debtor's counsel no later than October 26, 2023 in order to be counted, absent further Order of the Court.

2. The Debtor shall serve all creditors with this Order as part of the Plan Supplement to be transmitted to creditors, as provided under the Plan.

**Signed on October 4, 2023**



/s/ Maria L. Oxholm
Maria L. Oxholm
United States Bankruptcy Judge