UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

ARK LABORATORY, LLC,             Case No. 23-43403-mlo
                                            Chapter 11
          Debtor.                    Hon, Maria L. Oxholm
_____/

**STIPULATED ORDER AUTHORIZING DEBTOR TO MAIL COMMITTEE LETTER SUPPORTING CONFIRMATION OF PLAN WITH ITS PLAN SUPPLEMENT TO ALL CREDITORS AND PARTIES IN INTEREST**

THIS MATTER is before the Court on the Stipulation For Entry Of Order Authorizing Debtor To Mail Committee Letter Supporting Confirmation Of Plan With Its Plan Supplement To All Creditors And Parties In Interest [ECF No. 294] (the "<u>Stipulation</u>") entered into by and among Debtor[1] and the Committee, and without objection by the U.S. Trustee, the Court having read same and being otherwise fully and duly advised in the premises;

NOW, THEREFORE, the Court orders as follows:

IT IS HEREBY ORDERED that the Debtor is authorized to serve the Support Letter in the form attached as Exhibit 2 to the Stipulation [ECF No. 294], together with its Plan Supplement, on all creditors and parties in interest.

**Signed on October 6, 2023**

                                                 /s/ Maria L. Oxholm
                                                 **Maria L. Oxholm**
                                                 **United States Bankruptcy Judge**

---

[1] Capitalized terms shall have the same meaning as ascribed to them in the Stipulation.