# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 23-43403-mlo |
| Ark Laboratory, LLC, | Chapter 11 |
| Debtor. | Hon. Maria L. Oxholm |

## DEBTOR'S LIMITED OBJECTION
## TO MOTION OF MCLAREN MEDICAL LABORATORY FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

Debtor states, through counsel,

1. Debtor disagrees with the amount requested by McLaren because it is inconsistent with Debtor's records.

2. Debtor believes that it will be able to resolve the issue of liquidating movant's proper amount of administrative expense claim with McLaren.

**WHEREFORE**, Debtor objects to the amount requested by McLaren in its motion for allowance of an administrative expense, and requests that the Court grant Debtor such relief as this Court deems just.

Respectfully submitted
/s/ Robert Bassel
Robert N. Bassel P48420 (Michigan)
POBox T
Clinton, MI 49236
248 677 1234
*bbassel@gmail.com*
***Attorneys for Debtor***

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 23-43403-mlo |
| Ark Laboratory, LLC, | Chapter 11 |
| Debtor. | Hon. Maria L. Oxholm |

**PROOF OF SERVICE OF
DEBTOR'S LIMITED OBJECTION
TO MOTION OF MCLAREN MEDICAL LABORATORY FOR ALLOWANCE OF
ADMINISTRATIVE EXPENSE CLAIM**

On 10.11.2023, Debtor served a copy of the above-referenced document upon counsel of record via the ECF noticing system. ,

Respectfully submitted
/s/ Robert Bassel
Robert N. Bassel P48420 (Michigan)
POBox T
Clinton, MI 49236
248 677 1234
bbassel@gmail.com
**Attorneys for Debtor**