UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:

ARK LABORATORY, LLC,            Case No. 23-43403-mlo
                                                 Chapter 11
             Debtor.                   Hon, Maria L. Oxholm
_____/

**CERTIFICATE OF SERVICE**

       I certify that on October 17, 2023, BMC Group served the following documents upon Debtor's matrix and the following entity by U.S. Mail.

| Documents Served: | Exhibit Corrected Plan Supplement [ECF 303] [note that Schedule C of Exhibit B "Potential Avoidable Transfers within 2 years prior to the Petition Date ("Fraudulent Transfers") was not attached due to it being voluminous, however, the served document noted that "List is available upon request to Debtor's counsel at bbassel@gmail.com and available for viewing at ECF 303")]. |
|---|---|
| Served Upon: | Debtor's matrix<br>and<br>Nationwide Management Liability & Specialty<br>Attention: Claims Manager<br>7 World Trade Center, 37th Floor<br>250 Greenwich Street<br>New York, NY 10007 |

                                          Respectfully submitted,
                                          /s/ Robert Bassel
                                          Robert Bassel (P48420)
                                          Attorney for Debtor
                                          PO Box T
                                          Clinton, MI 49236
                                          248.677.1234
                                          bbassel@gmail.com

Dated: October 22, 2023