UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

ARK LABORATORY, LLC,

        Debtor.
_____/

Chapter 11
Case No. 23-43403
Hon. Maria L. Oxholm

# ORDER EXTENDING TIME FOR THE UNITED STATES OF AMERICA TO OBJECT TO CONFIRMATION OF THE COMBINED DISCLOSURE STATEMENT AND PLAN OF LIQUIDATION OF ARK LABORATORY, LLC

THIS MATTER is before the Court upon the Stipulation of the parties. The Court notes the consent of the parties to entry of this Order, finds good cause for entry of this Order, and is otherwise fully advised in the premises.

NOW THEREFORE,

IT IS HEREBY ORDERED that time for the United States of America to object to the Combined Disclosure Statement and Plan of Liquidation of Ark Laboratory, LLC is extended to November 1, 2023 at noon.

**Signed on October 25, 2023**



/s/ Maria L. Oxholm
**Maria L. Oxholm**
**United States Bankruptcy Judge**