# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 23-43403-mlo |
| Ark Laboratory, LLC, | Chapter 11 |
| Debtor. | Hon. Maria L. Oxholm |

**STIPULATION TO ADJOURN HEARING ON DEBTOR'S MOTION FOR ENTRY OF ORDER ESTABLISHING BAR DATE FOR REQUESTS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES AND APPROVING NOTICE THEREOF (RELATED DOC # [307])**

The Debtor, Office of the United States Trustee, Unsecured Creditors Committee and the United States of America stipulate to the entry of the attached proposed order to adjourn the hearing on the Debtor's Motion for Entry of Order Establishing Bar Date for Requests for Allowance of Administrative Expenses and Approving Notice Thereof (Related Doc # [307]), from October 26, 2023 at 11:00 a.m. to November 2, 2023 at 11:00 a.m. to resolve informal objections to the relief requested.

Dated:October 25, 2023

/s/ Robert N. Bassel (P48420)
Attorney for Debtor
P.O. Box T
Clinton, Michigan 49236
Phone: (248) 677-1234
Email: bbassel@gmail.com

/s/ Kevin R. Erskine
KEVIN R. ERSKINE (P69120)
Assistant U.S. Attorney
U.S. Department of Justice
211 W Fort St Ste 2001
Detroit, MI 48226-3220
(313) 226-9610
kevin.erskine@usdoj.gov
Counsel for the Internal Revenue Service

TAFT STETTINIUS & HOLLISTER LLP

By: /s/Judith Greenstone Miller
Judith Greenstone Miller (P29208)
Kimberly Ross Clayton (P69804)
27777 Franklin, Suite 2500
Southfield, MI 48034
(248) 351-3000
jgmiller@taftlaw.com
kclayson@taftlaw.com
Counsel to the Committee



ANDREW R. VARA
UNITED STATES TRUSTEE

By: /s/Ronna G. Jackson
Trial Attorney
Office of the U.S. Trustee
211 West Fort Street, Suite 700
Detroit, MI 48226
(313) 226-7934
Ronna.G.Jackson@usdoj.gov

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 23-43403-mlo |
| Ark Laboratory, LLC, | Chapter 11 |
| Debtor. | Hon. Maria L. Oxholm |

**STIPULATED ORDER TO ADJOURN HEARING ON DEBTOR'S MOTION FOR ENTRY OF ORDER ESTABLISHING BAR DATE FOR REQUESTS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES AND APPROVING NOTICE THEREOF (RELATED DOC # [307])**

The Debtor, the UST, the Committee and the USA, having stipulated to the entry of this order and the Court being fully advised in the premises;

IT IS ORDERED the hearing on the DEBTOR'S MOTION FOR ENTRY OF ORDER ESTABLISHING BAR DATE FOR REQUESTS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES AND APPROVING NOTICE THEREOF (RELATED DOC # [307]) shall be adjourned from October 26, 2023 at 11:00 a.m. to November 2, 2023 at 11:00 a.m. to resolve informal objections to the relief requested. Any objections to the relief requested may be asserted at the adjourned hearing unless filed in advance.