# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| In re: | Case No. 23-43403-mlo |
|---|---|
| Ark Laboratory, LLC, | Chapter 11 |
| | Hon. Maria L. Oxholm |
| Debtor. | |

### *CORRECTED NOTICE OF OCTOBER 30, 2023*
### FIRST INTERIM FEE APPLICATION OF TAFT STETTINIUS & HOLLISTER, LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ARK LABORATORY, LLC FOR THE PERIOD FROM MAY 11, 2023 TO SEPTEMBER 30, 2023
### *WITH RESPECT TO THE COURT'S ZIP CODE*

The undersigned counsel for the Official Committee of Unsecured Creditors of Ark Laboratory, LLC (the "Committee") filed papers with the court entitled First Interim Fee Application of Taft Stettinius & Hollister, LLP for Payment of Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors of Ark Laboratory, LLC for the period from May 11, 2023 to September 30, 2023 (the "Application") on October 30, 2023 [ECF No. 328]. Pursuant to the Application, counsel for the Committee seeks allowance and payment of fees and expenses incurred in its representation of the Committee the period from May 11, 2023 through September 30, 2023 as listed below:

| Professional (name and address): | Taft Stettinius & Hollister, LLP 27777 Franklin Road, Suite 2500 Southfield, MI 48034 |
|---|---|
| Fees requested: | $282,188.00 |
| Expenses requested: | $337.70 |

| Fees and expenses previously allowed by Court: | None. This is the first interim fee application filed by counsel. |

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Application, originally submitted for filing on October 30, 2023 [ECF No 328], or if you want the court to consider your views on the Application, within twenty-one (21) days from the date of the Application, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

> United States Bankruptcy Court
> 211 West Fort Street
> Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also send a copy to:

> Taft Stettinius & Hollister, LLP
> Kimberly Ross Clayson and Judith Greenstone Miller
> 27777 Franklin, Suite 2500
> Southfield, Michigan 48034

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

Respectfully submitted by,<br>
**TAFT STETTINIUS & HOLLISTER, LLP**

Dated: November 6, 2023

/s/ Judith Greenstone Miller
Judith Greenstone Miller (P29208)
Kimberly Ross Clayson (P69804)
27777 Franklin, Suite 2500
Southfield, MI 48034
(248) 351-3000
jgmiller@taftlaw.com
kclayson@taftlaw.com
*Attorneys for the Committee*

3

129353387v1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>Ark Laboratory, LLC,<br><br>              Debtor. | Case No. 23-43403-mlo<br>Chapter 11<br>Hon. Maria L. Oxholm |

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2023, my office electronically filed the *Corrected Notice Of October 30, 2023 First Interim Fee Application Of Taft Stettinius & Hollister, LLP For Payment Of Compensation And Reimbursement Of Expenses As Counsel To The Official Committee Of Unsecured Creditors Of Ark Laboratory, LLC For The Period From May 11, 2023 To September 30, 2023 With Respect To The Court's Zip* Code with the Clerk of the Court which sends notices by operation of the Court's electronic filing service to all ECF participants registered to receive notice in this case.

Dated: November 6, 2023

Respectfully submitted by,
**TAFT STETTINIUS & HOLLISTER, LLP**
/s/ Judith Greenstone Miller
Judith Greenstone Miller (P29208)
Kimberly Ross Clayson (P69804)
27777 Franklin, Suite 2500
Southfield, MI 48034
(248) 351-3000
jgmiller@taftlaw.com
kclayson@taftlaw.com
*Attorneys for the Committee*