# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Ark Laboratory, LLC,

              Debtor.

Case No. 23-43403-mlo
Chapter 11
Hon. Maria L. Oxholm

## STIPULATED ORDER CLARIFYING ALLOCATION OF PAYMENT REGARDING USE OF CASH COLLATERAL

THIS MATTER having come before the Court upon the Stipulation to Entry of the STIPULATED ORDER CLARIFYING ALLOCATION OF PAYMENT REGARDING USE OF CASH COLLATERAL, and for sufficient cause,

IT IS HEREBY ORDERED:

1. The terms of the *Stipulated Final Order Authorizing Use Of Cash Collateral And Granting Adequate Protection* [ECF No. 144], and the *First Amended Final Order Authorizing Use Of Cash Collateral And Granting Adequate Protection* [ECF No. 269] and the *Second Amended Final Order Authorizing Use of Cash Collateral and Granting Adequate Protection* [ECF No. 370]( collectively, the "Final Cash Collateral Order")  are amended as follows:

    a. the $50,000 advance being made by Auxo pursuant to the SECOND AMENDED STIPULATED FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION [ECF No. 370]

shall be allocated as follows: (i) $21,171 shall be paid by Auxo directly to Debtor for the purchase of tail insurance, and (ii) the balance of $28,829 (the "<u>Liquidating Trustee Funds</u>") shall be paid by Auxo to the Debtor for immediate transmittal to the trust account of Taft Stettinius & Hollister LLP ("<u>Taft</u>") for the benefit of the Liquidating Trustee and to fund such costs of Paul R. Hage, the proposed Liquidating Trustee under the Liquidating Trust to be established under the Debtor's Combined Disclosure Statement and Plan of Liquidation (collectively, the "<u>Plan</u>") [ECF Nos. 249 and 365] and as it may subsequently amended, <u>provided</u>, <u>however</u>, if the Plan is not confirmed and the chapter 11 case is subsequently dismissed or converted, Taft promptly shall wire transfer the Liquidating Trustee Funds back to Auxo.

2. All of the other terms of the Final Cash Collateral Order shall remain in effect unless modified by entry of this Order.

**Signed on December 1, 2023**



/s/ Maria L. Oxholm
_____
**Maria L. Oxholm
United States Bankruptcy Judge**