Form ntcconfclos

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **23−43403−mlo**
Chapter: 11

In Re: (NAME OF DEBTOR(S))
   Ark Laboratory, LLC
   aka Helix Diagnostics
   1344 Addington Court
   Lake Orion, MI 48360

Social Security No.:

Employer's Tax I.D. No.:
   45−5599335

## NOTICE OF CONFIRMATION AND OPPORTUNITY
## TO OBJECT TO THE CLOSING OF THE CASE

To the Creditors of the above−named Debtor:

NOTICE IS HEREBY GIVEN that the Plan of Reorganization filed on 11/30/2023 was confirmed on 12/1/23 .

The Court will find that the estate has been fully administered and will enter a final decree closing the case in 60 days unless, within that time, an objection is filed. If an objection is filed, it will be set for hearing.

**If the closing is delayed past this time period for any reason, the burden will be on the debtor's counsel to file a motion for entry of the final decree and closing of the case pursuant to Bankruptcy Rule 3022 so that unnecessary U.S. Trustee fees will not accrue.**

Dated: 12/1/23

BY THE COURT

Todd M. Stickle , Clerk of Court
UNITED STATES BANKRUPTCY COURT

In re:                                                    Case No. 23-43403-mlo

Ark Laboratory, LLC                                       Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-2           User: admin           Page 1 of 8

Date Rcvd: Dec 01, 2023       Form ID: ntcconfp       Total Noticed: 249

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Ark Laboratory, LLC, 1344 Addington Court, Lake Orion, MI 48360-2529 |
| 27641369 | + | 6600 Highland, LLC, 29580 Northwestern Hwy, Suite #1000, Southfield, MI 48034-1031 |
| 27641374 | #+ | A-Fordable Plumbing & Mechanical, 1147 Centre Road, Auburn Hills, MI 48326-2603 |
| 27641370 | | AB Sciex, LLC, 62510 Collections Center Drive, Chicago, IL 60693-0625 |
| 27641385 | | ASR Health Benefits, PO BOX 6392, Grand Rapids, MI 49516-6392 |
| 27641389 | + | AVL-Creative, 6235 Concord, Suite 135, Detroit, MI 48211-2454 |
| 27730363 | + | Abbott Diagnostics Division, of Abbott Laboratories Inc., c/o Kohner, Mann& Kailas, S.C., 4650 North Port Washington Road, Milwaukee, Wisconsin 53212-1077 |
| 27641371 | | Abbott Laboratories, PO Box 92679, Chicago, IL 60675-2679 |
| 27730546 | + | Abbott Molecular Division of, Abbott Laboratories Inc., c/o Kohner, Mann & Kailas, S.C., 4650 North Port Washington Road, Milwaukee, Wisconsin 53212-1077 |
| 27641372 | + | Abell Pest Control, 3549 Airport Rd, Ste 108, Waterford, MI 48329-1395 |
| 27641373 | + | Advancing Health Inc., 1620 W. Pierce Ave, Chicago, IL 60622-2518 |
| 27641375 | + | Agena Bioscience, Inc., 12100 W. 6th Ave, Lakewood, CO 80228-1252 |
| 27822459 | + | Alere San Diego, Inc., d/b/a Immunalysis Corp., c/o Kohner, Mann & Kailas, S.C., 4650 North Port Washington Road, Milwaukee, Wisconsin 53212-1077 |
| 27641377 | + | Allied Media, 240 N. Fenway Drive, Fenton, MI 48430-2699 |
| 27641379 | + | Alpha Cleaners LLC, 279 S Edith St., Pontiac, MI 48342-3228 |
| 27641380 | | Amazing Charts, 33115 Collection Center Drive, Chicago, IL 60693-0331 |
| 27641382 | + | Amro Almradi MDPC PLLC, 612 Deauville Ln., Bloomfield Hills, MI 48304-1450 |
| 27641384 | + | Arkstone Medical, P.O. Box 880823, Boca Raton, FL 33488-0823 |
| 27641386 | | Athenahealth, Inc., PO BOX 415615, Boston, MA 02241-5615 |
| 27641387 | + | Auburn Hills Medical Properties, LLC, 3959 Centerpoint Pkwy., Pontiac, MI 48341-3121 |
| 27767530 | + | Auxo Investment Partners LLC, c/o Jacob Carlton, Miller Johnson, 45 Ottawa Ave. SW, ste 1100, Grand Rapids, MI 49503-4265 |
| 27641390 | | Axiom Diagnostics, PO Box 13275, Tampa, FL 33681-3275 |
| 27658792 | + | Axiom Diagnostics, inc., 4309 W. Tyson Avenue, Tampa, FL 33611-3435 |
| 27641391 | + | BCC Distribution, Inc., 7529 Baron Drive, Canton, MI 48187-2494 |
| 27641392 | | Beckman Coulter, Dept. CH 10164, Palatine, IL 60055-0164 |
| 27641394 | | BillionToOne, Inc., PO BOX 8040, Carol Stream, IL 60197-8040 |
| 27641396 | + | BioPathogenix, 120 Dewey Drive, Ste 126, Nicholasville, KY 40356-9709 |
| 27641397 | | Blue Care Network, PO Box 33608, Detroit, MI 48232-5608 |
| 27641399 | + | Blue Cross Blue Shield of Michigan, PO Box 674416, Detroit, MI 48267-4416 |
| 27641398 | | Blue Cross and Blue Shield of Illinois, Refund and Recovery, PO Box 94075, Palatine, IL 60094-4075 |
| 27641400 | | Brehob CORPORATION, PO Box 2023, Indianapolis, IN 46206-2023 |
| 27679592 | + | Btzalel Hirschhorn, 8002 Kew Gardens Rd, Suite 600, Kew Gardens, NY 11415-3606 |
| 27641401 | + | Bultynck & Co. CPA, 15985 Canal Rd., Clinton Twp., MI 48038-5021 |
| 27641402 | | Cardinal Health, PO Box 70539, Chicago, IL 60673-0539 |
| 27763370 | + | Cardinal Health 200, LLC, 7000 Cardinal Place, Dublin, OH 43017-1091 |
| 27641403 | + | Careviso, Inc., 7600 B Leesburg Pike, East Building Suite 220, Falls Church, VA 22043-2029 |
| 27641404 | + | Carolina Coastal Paper & Janitorial Supply, LLC, PO BOX 1227, Wake Forest, NC 27588-1227 |
| 27641405 | + | Celltreat Scientific, 20 Mill Street, Unit 130, Pepperell, MA 01463-1670 |
| 27809538 | + | Centers for Medicare & Medicaid Services, US DHHS, Diana Rathbun, Asst. Reg'l Counsel, OGC, 233 North Michigan Ave., Suite 700, |

|  |  |  |
|---|---|---|
|  |  | Chicago, IL 60601-5532 |
| 27641406 | + | Cerbo, LLC, 350 SE Mill St, STE 11, Portland, OR 97214-5096 |
| 27641407 | + | Cerilliant Corporation, US BANK CN-OH-L1WH Lockbox 005634, 5065 Wooster Road, Cincinnati, OH 45226-2326 |
| 27662140 | + | Change Healthcare, Attn: CDM/Bankruptcy, 185 Asylum Street - 03B, Hartford, CT 06103-3408 |
| 27670105 | + | Chris Pittenturf, 584 Birchcrest Ct., Oakland, MI 48363-1618 |
| 27650531 | + | Claire Ann Richman, 122 W. Washington Ave., Suite 850, Madison, WI 53703-2732 |
| 27641408 | + | Clean Air Testing, Inc, 37709 Schoolcraft Road, Livonia, MI 48150-5031 |
| 27653607 |  | Clean Air Testing, LLC, 37709 Schoolcraft Road, Suite 200, 3910 Telegraph Road, Suite 200, Suite 20, Livonia,, MI 48150-5031 |
| 27641410 |  | Cole-Parmer, 13927 Collections Center Drive, Chicago, IL 60693-0139 |
| 27641411 |  | College of American Pathologists, PO Box 71698, Chicago, IL 60694-1698 |
| 27662297 | + | Comerica Bank, c/o Robert J. Diehl, Jr., 1901 St. Antoine Street, 6th Floor at Ford Field, Detroit, Michigan 48226-2336 |
| 27641413 | + | Comerica Commercial Lending Service, PO BOX 641618, Detroit, MI 48264-1618 |
| 27641414 | + | CoreBioLabs, 7956 Tyler BLVD, Mentor, OH 44060-4806 |
| 27641415 | + | Coriell Institute, Inc., 403 Haddon Ave, Haddon Ave, Camden, NJ 08103-1505 |
| 27766472 | + | Coronis Health RCM, LLC, c/o Doron Yitzchaki, Dickinson Wright PLLC, 350 South Main Street, Suite 300, Ann Arbor, MI 48104-2131 |
| 27641416 |  | Coronis Health RCM, LLC, PO BOX 790372, St. Louis, MO 63179-0372 |
| 27641417 |  | Cotiviti Inc., PO BOX 952366, St Louis, MO 63195-2366 |
| 27641418 | # | Credential Check Corporation, PO BOX 4504, Troy, MI 48099-4504 |
| 27641419 | + | Criterion Lab Consulting, LLC, 490 Wildwood North Cir, Ste 110, Birmingham, AL 35209-0140 |
| 27641420 | + | Daniel Brian Advertising, 222 S. Main Street, Rochester, MI 48307-2029 |
| 27641421 | + | Darren Cain, 8304 Jaclyn Ann Dr., Flushing, MI 48433-2908 |
| 27641422 |  | Data Innovations, LLC, P.O. Box 101978, Atlanta, GA 30392-1978 |
| 27641423 | + | Dave's Electric Services, Inc., 6650 Highland Rd, Waterford, MI 48327-1660 |
| 27641425 |  | De Lage Landen Financial Services, Inc., P.O. Box 8224018, Philadelphia, PA 19182-4018 |
| 27780739 | + | Deborah Fish, 211 West Fort Street, Suite 705, Detroit, MI 48226-3263 |
| 27641426 |  | Definitive Healthcare, LLC, PO BOX 411273, Boston, MA 02241-1273 |
| 27641427 | + | Dell Marketing LP c/o Lam, Lyn & Philip P.C., 6213 Skyline Drive, Suite 2100, Houston, TX 77057-7027 |
| 27641428 | + | Denny's Heating, Cooling & Refrigeration Service I, 1831 Austin Drive, Troy, MI 48083-2219 |
| 27697804 | + | Detroit Pistons Basketball Company, Taft, Stettinius & Hollister, LLP, Attn: Paul R. Hage, 27777 Franklin, Suite 2500, Southfield, MI 48034-8222 |
| 27762835 |  | Detroit Technical Equipment Co., 1091 Centre Rd., Suite 100, Auburn Hills, MI. 48326-2670, Attn: Patrick |
| 27807147 | + | Diana Anthony Rathbun, Health Resources & Services Administrati, c/o Diana Anthony Rathbun, Assistant Reg, 233 N Michigan Avenue, Suite 700, Chicago, IL 60601-5532 |
| 27809537 | + | Diana Rathbun, Centers for Medicare & Medicaid Services, c/o Diana Rathbun, Assistant Regional Co, 233 N. Michigan Avenue, Suite 700, Chicago, IL 60601-5532 |
| 27679594 | + | Diesel Funding, LLC, 8002 Kew Gardens Rd, Suite 600, 8002 Kew Gardens Rd, Suite 600, Kew Gardens, NY 11415-3606 |
| 27641429 |  | DoctorsManagement, LLC, PO BOX 531002, Atlanta, GA 30353-1002 |
| 27641430 |  | Dorene Guarnieri, 9890 Smiths Creek Rd., Goodells, MI 48027-3521 |
| 27766471 | + | Doron Yitzchaki, Dickinson Wright PLLC, 350 South Main Street, Suite 300, Ann Arbor, MI 48104-2131 |
| 27641431 |  | Dropoff Inc., PO BOX 92213, Las Vegas, NV 89193-2213 |
| 27681926 | + | EXAGEN INC., 1261 LIBERTY WAY, VISTA, CA 92081-8356 |
| 27641435 |  | Eden Software Solutions, LLC, 12472 Lake Underhill Rd., Suite 101, Orlando, FL 32828-7144 |
| 27641436 | + | Edge Solutions, P.O. Box 594, Richmond, MI 48062-0594 |
| 27641437 |  | Elio Bucciarelli, 49795 Deer Run Dr., Shelby Twp., MI 48315-3335 |
| 27641438 | + | Ellkay, LLC, 200 Riverfront Blvd., 3rd Floor, Elmwood Park, NJ 07407-1038 |
| 27641440 | + | Eric Vasseur, 1355 Athlone Dr, Oxford, MI 48371-6001 |
| 27641441 |  | Evoqua Water Technologies LLC, 28563 Network Place, Chicago, IL 60673-1285 |
| 27641442 |  | Ferrellgas, PO BOX 173940, Denver, CO 80217-3940 |
| 27641443 | + | Fink Bressack PLLC, 38500 Woodward Ave, Suite 350, Bloomfield Hills, MI 48304-5053 |
| 27641444 | + | Fire Alarm Services, 25550 Seeley Road, Suite 200, Novi, MI 48375-2052 |
| 27764825 | + | First Insurance Funding, a Division of Lake Forest, 450 Skokie Blvd. Suite 1000, Northbrook, IL 60062-7917 |
| 27641445 | + | Fisher Healthcare, 13551 Collections CTR DR, Chicago, IL 60693-0135 |
| 27766848 | + | Fisher Healthcare, a division of Fisher Scientific, Maribeth Thomas, Esq., Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 27641446 | + | Fishman Stewart, PLLC, 800 Tower Drive, Suite 610, Troy, MI 48098-2843 |
| 27641447 |  | Foley & Lardner LLP, PO BOX 78470, BOX 78470, Milwaukee, WI 53278-8470 |
| 27641448 | + | FrontRunnerHC Inc, 36 Cordage Park, Suite 302, Plymouth, MA 02360-7320 |
| 27641449 | + | Gazam, Inc., 7901 4th St N., Suite 300, St Petersburg, FL 33702-4399 |
| 27641450 | + | Gemini Lab Group, 8470 S. Shore Dr., Clarston, MI 48348-2674 |
| 27748699 | + | Gemini Lab Group, LLC, c/o The Dragich Law Firm PLLC, 17000 Kercheval Ave, Suite 210, Grosse Pointe, MI 48230-1559 |
| 27696584 | + | Gena's Timeless Cleaning, LLC, C/O Maxwell Dunn, PLC, Ste. 213, 220 S Main St, Ste. 213, Royal Oak, MI 48067-2679 |
| 27641451 | + | Gena's Timeless Cleaning, LLC, 55166 Timberland Lane, Macomb, MI 48042-2364 |
| 27641452 | + | George King Bio-Medical, Inc., 11771 W. 112th St., Overland Park, KS 66210-2739 |
| 27641453 | + | Great Lakes Express Delivery, LLC, 3055 Cass Rd., Ste 123, Traverse City, MI 49684-7904 |

| 27675054 | + | Hartford Fire Insurance Company, Bankruptcy Unit, HO2-R, Home Office, Hartford, CT 06155-0001 |
|---|---|---|
| 27807148 | + | Health Resources &Services Administration, US DHHS, Diana Rathbun, Asst Reg'l Counsel, OGC,, 233 North Michigan Avenue, Suite 700, Chicago, IL 60601-5532 |
| 27641455 | + | Healthcare Appraisers, 2101 NW Corporate Blvd, Suite 400, Boca Raton, FL 33431-7319 |
| 27641456 | | Henry Schein, Dept. CH 10241, Palatine, IL 60055-0241 |
| 27713590 | + | Hogan Lovells US LLP, c/o Christopher R. Bryant, 390 Madison Avenue, New York, NY 10017-2507 |
| 27641457 | | Hogan Lovells US LLP, Lockbox Services - 75890, PO Box 715890, Philadelphia, PA 19171-5890 |
| 27812200 | + | Humana Insurance Company, et al., Fox Swibel Levin & Carroll LLP, c/o Ken Thomas, 200 W. Madison, Suite 3000, Chicago, IL 60606-3417 |
| 27641458 | + | I Care MI, LLC, 29919 Jefferson Ave., St. Clair Shores, MI 48082-1823 |
| 27641459 | + | IMCS, Inc., 110 Centrum Drive, Irmo, SC 29063-9396 |
| 27641462 | + | INTEGRA Biosciences Corp., 22 Friars Drive, Hudson, NH 03051-4900 |
| 27641460 | | Immunalysis Corporation, Alere San Diego dba Immunalysis, Box 102317, Pasadena, CA 91189-2317 |
| 27641461 | | Insync Healthcare Solutions, PO BOX 4577, Carol Stream, IL 60197-4577 |
| 27654595 | + | JSW Consulting LLC, 2836 Baltane Rd, West Bloomfield Township, MI 48323-3100 |
| 27641466 | + | JSW Consulting, LLC, 2836 Baltane Rd., West Bloomfield, MI 48323-3100 |
| 27641464 | | James Pinckney, 2034 Pleasant View Ave, Lansing, MI 48910-0348 |
| 27641465 | | Jeffrey Williamson, 3873 Hartland Hills Dr, Hartland, MI 48353-1111 |
| 27647066 | + | Karen L Whitmer, Johnson Legal Network, PLLC, 535 Wellington Way, Suite 380, Lexington, KY 40503-1389 |
| 27678988 | + | Kerr, Russell and Weber, PLC, 500 Woodward Ave., Suite 2500, Detroit, MI 48226-5499 |
| 27641473 | | LGC Clinical Diagnostics, Inc., Dept CH 16362, Palatine, IL 60055-6362 |
| 27641468 | + | LabPath Consulting, 105 4th Street E, Tierra Verde, FL 33715-2241 |
| 27641469 | + | LabSoft, Inc., PO Box 21042, Tampa, FL 33622-1042 |
| 27641467 | | Labcorp, PO BOX 12140, Burlington, NC 27216-2140 |
| 27742695 | + | Labtek, Inc., 7381 Grachen Dr., 7381 Grachen Dr., Grand Rapids, MI 49546-9777 |
| 27641470 | + | Labtek, Incorporated, 7381 Grachen Dr. SE, Grand Rapids, MI 49546-9777 |
| 27641471 | | Landaal Packaging Systems, Delta Containers Division, 6616 Solution Center, Chicago, IL 60677-6006 |
| 27641472 | + | Leasing Associates of Barrington, INC., 220 N. River Street, East Dundee, IL 60118-1332 |
| 27641474 | + | Life Technologies Corporation, 12088 Collections Center Dr., Chicage, IL 60693-0001 |
| 27641475 | + | Lifepoint Informatics, 65 Harristown Rd, Suite 305, Glen Rock, NJ 07452-3317 |
| 27641476 | + | Lippitt O'Keefe, PLLC, 370 E. Maple Road, Third Floor, Birmingham, MI 48009-6303 |
| 27641477 | | Lisa Slagle, 4414 Blackberry Knoll Dr., Loves Park, IL 61111-4309 |
| 27641478 | + | Little Sonia Real Estate LLC, 801 Peach Tree Ln., Rochester Hills, MI 48306-3353 |
| 27641479 | + | Lotus Lab Consulting, 885 Woodstock Rd, Suite 420/PMB 360, Roswell, GA 30075-2286 |
| 27641480 | + | MAC Pizza, LLC, 1081 S. State Rd, Davison, MI 48423-1903 |
| 27641485 | + | MCW Partners, LLC, 28287 Beck Rd., Unit D-14, Wixom, MI 48393-4706 |
| 27641488 | ++ | MEDLINE INDUSTRIES INC, ATTN ANNE KISHA, ONE MEDLINE PL, MUNDELEIN IL 60060-4486 address filed with court:, Medline Industries, Inc., Box 382075, Pittsburgh, PA 15251-8075 |
| 27726355 | + | Mark C. Beauchamp, 6686 Weston Ct., Clarkston, MI 48348-5032 |
| 27641481 | | Mayo Collaborative Services, D.B.A. May Clinic Laboratories, P.O. Box 9146, Minneapolis, MN 55480-9146 |
| 27713788 | + | McLaren Health Management Group, d/b/a McLaren Medical Laboratory, Attn: Julie Teicher, Esq./Maddin Hauser, 28400 Northwestern Hwy., 2nd Floor, Southfield, MI 48034-8348 |
| 27641483 | + | McShane Welding, Inc., 12 Port Access Rd, Access Rd, Erie, PA 16507-2297 |
| 27641482 | | Mclaren Medical Laboratory, PO BOX 775452, Chicago, IL 60677-5452 |
| 27641486 | + | Med Water Systems, 2262 South 1200 West, Suite 101, Woods Cross, UT 84087-2564 |
| 27641489 | + | MedMatch, 3000 Town Center, Suite 75, Southfield, MI 48075-1120 |
| 27641490 | + | MedSpeed, LLC, 140 Industrial Drive, Elmhurst, IL 60126-1602 |
| 27641487 | + | Medcare MSO, 1000 Cordova Place, Suite 206, Sante Fe, NM 87505-1725 |
| 27675096 | + | Medical Real Estate Group, LLC, c/o Steven Alexsy, Esq., 29580 Northwestern Hwy., Ste. 1000, Southfield, MI 48034-1031 |
| 27764652 | + | Medspeed LLC, Christopher Combest, c/o Quarles & Brady LLP, 300 N. LaSalle Street, Suite 4000, Chicago, IL 60654-3422 |
| 27641491 | | Mercedes Scientific, PO Box 850001, Orlando, FL 32885-0123 |
| 27641492 | | Mettler-Toledo Rainin, LLC, 27006 Network Place, Chicago, IL 60673-1270 |
| 27656349 | + | Michael D Lieberman, 3910 Telegraph Road, Suite 200, Bloomfield Hills, MI 48302-1461 |
| 27653606 | + | Michael D Lieberman, Lipson Neilson, PC, 3910 Telegraph Road, Suite 200, Bloomfield Hills, MI 48302-1461 |
| 27641493 | + | Michigan Legislative Consultants, Inc., 110 W. Michigan Ave, Suite 500, Lansing, MI 48933-1368 |
| 27641494 | + | Microbiologics, 200 Cooper Avenue North, St. Cloud, MN 56303-4440 |
| 27641495 | | Microbix Biosystems Inc., 265 Watline Ave, Mississauga, ON L4Z 1P3 |
| 27641496 | + | Microgenics Corporation, Bank of America, 7055 Collections Center Dr., Chicago, IL 60693-0001 |
| 27767084 | + | Microgenics, Inc., Maribeth Thomas, Esq., Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 27641497 | | Molecular BioProducts, Inc., 7704 Collection Center Drive, Chicago, IL 92121 |
| 27641499 | + | Netalytics, P.O. Box 969, Greer, SC 29652-0969 |
| 27641500 | + | Newbsknob, LLC, 10071 Burnside Court, Grand Blanc, MI 48439-9412 |
| 27641502 | + | OMG & The A Team Consulting, LLC, 3430 Vineyard Hill Dr., Rochester Hills, MI 48306-2263 |
| 27641501 | + | Omega Bio-Tek, 400 Pinnacle Way, #450, Norcross, GA 30071-4908 |

| | | |
|---|---|---|
| 27641504 | + | PACCAIR, 1345 Maricopa Drive, Oshkosh, WI 54904-8150 |
| 27641505 | + | Palmer Moving Services, 24660 Dequindre Road, Warren, MI 48091-3332 |
| 27641506 | + | Peachstate Health Management, 2225 Centennial Drive, Gainesville, GA 30504-5760 |
| 27641507 | + | Peninsula Capital Partners, One Towne Square, Suite 1400, Southfield, MI 48076-3705 |
| 27641508 | + | Perspectus Architecture, 1300 East 9th Street, Suite 910, Cleveland, OH 44114-1507 |
| 27641509 | + | Phenomenex, Inc, PO Box 749397, Box 749397, Los Angeles, CA 90074-9397 |
| 27641510 | + | Polar Ice, 47943 Van Dyke Ave., Shelby Twp., MI 48317-3254 |
| 27641511 | | Practice Fusion, 24630 Network Place, Chicago, IL 60673-1246 |
| 27641512 | #+ | Predictive Health Diagnostics, Inc., 13885 Alton Pkwy, Suite B, Irvine, CA 92618-1647 |
| 27656350 | + | Rachel Brown, 24767 Nepavine, Novi, MI 48374-2574 |
| 27641513 | #+ | Recovery Pathways, 863 N. Pine, Suite A, Essexville, MI 48732-2159 |
| 27641514 | + | Reliable Delivery, 21450 Trolley Industrial, Taylor, MI 48180-1824 |
| 27641515 | + | Restek Corporation, PO Box 4276, Lancaster, PA 17604-4276 |
| 27641516 | | Rhoda Yoder, 58320 Fairfax Rd., Colon, MI 49040-9705 |
| 27721557 | + | Robert G. Read, 169 Saxon Ct., Rochester Hills, MI 48307-3158 |
| 27662291 | + | Robert J. Diehl, Jr., Bodman PLC, 1901 St. Antoine Street, 6th Floor at Ford Field, Detroit, Michigan 48226-2336 |
| 27641517 | + | Rusas Printing, Inc., 26770 Grand River Avenue, Redford, MI 48240-1529 |
| 27641518 | | SAI Graphics, 3595 Walker Road, Windsor, ON N8W 3S5 |
| 27641519 | + | SAR Consulting Services, LLC, 10019 Fair Oaks Drive, Goodrich, MI 48438-9202 |
| 27641520 | | Sarah Markie, 25876 Barbara St., Roseville, MI 48066-3868 |
| 27641521 | + | Sci Floor Covering, Inc., 30610 Ecorse Rd, Romulus, MI 48174-3565 |
| 27641522 | | Seyburn Kahn Attorneys & Counselors, 2000 Town Center, Suite 1500, Southfield, MI 48075-1148 |
| 27641523 | | Shelly Donovan, 29330 US Highway 12, Sturgis, MI 49091-9598 |
| 27641524 | + | Siemens Healthcare Diagnostics, 221 Gregson Dr, Cary, NC 27511-6495 |
| 27641525 | | Sigma-Aldrich Inc., PO BOX 535182, Atlanta, GA 30353-5182 |
| 27682072 | + | Sigma-Aldrich, Inc, 3050 Spruce Street, St Louis, MO 63103-2530 |
| 27641526 | + | Silverman Consulting Inc., One North Wacker Drive, #3925, Chicago, IL 60606-2834 |
| 27641527 | + | Solaris Diagnostics, 110 Dewey Drive, Nicholasville, KY 40356-7124 |
| 27641528 | | Staples, PO BOX 660409, Dallas, TX 75266-0409 |
| 27640961 | + | Staples, Inc., 7 Technology Circle, Columbia, SC 29203-9591 |
| 27814299 | + | State of Michigan, Dept of Attorney General, Health Care Fr, PO Box 30218, Lansing, MI 48909-7718 |
| 27641530 | + | StrengthPoint Advisors, 3540 Tall Oaks Rd., Lake Orion, MI 48359-1468 |
| 27641531 | + | Succurro's Painting, Inc., 294 Princess Drive, Canton, MI 48188-1142 |
| 27641532 | + | Superior Medical Waste Disposal, 42020 Koppernick Rd, #208, Canton, MI 48187-2440 |
| 27670161 | + | Superior Medical Waste Disposal, LLC, 42020 Koppernick Rd, 208, Canton, MI 48187-2440 |
| 27641533 | | Suzanne Diller, 3409 Virginia Dr., Columbiaville, MI 48421-9367 |
| 27641534 | | Sysmex America, Inc., 28241 Network Pl., Chicago, IL 60673-1282 |
| 27697775 | + | Taft, Stettinius & Hollister, LLP, Attn: Paul R. Hage, 27777 Franklin, Suite 2500, Southfield, MI 48034-8222 |
| 27641535 | + | Taylor Door and Window, 28040 Joy Road, Livonia, MI 48150-4137 |
| 27641536 | + | Team Financial Group, 650 3 Mile Rd, NW #200, Grand Rapids, MI 49544-1624 |
| 27641537 | + | Tek-Pette, 12 S Cleveland Ave., Westerville, OH 43081-1329 |
| 27641538 | + | The Alan Group, Inc., 1800 Brinston, Troy, MI 48083-2215 |
| 27641539 | + | The Medical Real Estate Group, 29580 Northwestern Hwy, Suite #1000, Southfield, MI 48034-1031 |
| 27641540 | + | The Sports Marketing Agency, INC, 13 N. Washington St., #706, Ypsilanti, MI 48197-2617 |
| 27641541 | + | Theranostix Inc., 8000 Virginia Manor Road, Suite 170, Beltsville, MD 20705-4230 |
| 27641542 | | Thomas Scientific, P.O. Box 536750, Pittsburgh, PA 15253-5909 |
| 27762006 | + | Translational Software Inc, 7683 SE 27TH ST, #352, MERCER ISLAND, WA 98040-2804 |
| 27641543 | + | Translational Software, Inc., 7683 SE 27th Street, Suite #352, Mercer Island, WA 98040-2804 |
| 27641544 | + | Tri-City Treatment, 355 N. Center Road, Saginaw, MI 48638-5849 |
| 27641545 | + | Tricon Services LLC, 5119 Highland Rd, Suite 265, Waterford, MI 48327-1915 |
| 27641546 | + | Tryco Inc., PO BOX 530188, Livonia, MI 48153-0188 |
| 27641547 | | UHY, LLP, PO BOX 72243, Cleveland, OH 44192-0002 |
| 27641551 | | UPS, P.O. Box 809488, Chicago, IL 60680-9488 |
| 27641552 | | USA Scientific, Accounts Receivable, PO BOX 13387, Newark, NJ 07101-3387 |
| 27641549 | + | United Courier Service, Inc., 2116 Hampden Dr, Lansing, MI 48911-1633 |
| 27816046 | + | United States of America, United States Attorney's Office, EDMI, 211 W. Fort Street, Detroit, MI 48226-3277 |
| 27654894 | + | UnitedHealthcare Insurance Company, ATTN: CDM/Bankruptcy, 185 Asylum Street - 03B, Hartford, CT 06103-3408 |
| 27641554 | | VWR International, LLC, P.O. Box 640169, PIttsburgh, PA 15264-0169 |
| 27641553 | | Vernon Yoder, 58320 Fairfax Rd., Colon, MI 49040-9705 |
| 27641555 | + | Waterford Township Treasurer, 5200 Civic Center Drive, Waterford, MI 48329-3715 |
| 27641556 | | Wells Fargo Financial Leasing, Inc., PO BOX 77096, Minneapolis, MN 55480-7796 |
| 27641557 | + | Wintegrity, 23560 Haggerty Rd, Farmington Hills, MI 48335-2614 |
| 27641558 | + | Younis Enterprises, 5728 Schaefer Rd, Suite 200, Dearborn, MI 48126-2287 |

| | | |
|---|---|---|
| 27745590 | + | Younis Enterprises, LLC, 6050 Greenfield Rd., Suite 201, Dearborn, MI 48126-6004 |
| 27641433 | + | e2o Health Inc., 21151 S. Western Ave, Suite 144, Torrance, CA 90501-1724 |
| 27641434 | | eClinicalWorks, LLC, P.O. Box 847950, Boston, MA 02284-7950 |
| 27641463 | + | iPatientCare, LLC, 10290 Alliance Road, Cincinnati, OH 45242-4710 |
| 27641484 | + | mCubed Staffing, LLC, 901 Wilshire Drive, Ste 255, Troy, MI 48084-1795 |

TOTAL: 226

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 27818560 | Email/Text: legal@avairis.com | Dec 01 2023 21:46:00 | Avairis, Inc., 122 Garland Way, Waterford, MI 48327 |
| 27641388 | Email/Text: legal@avairis.com | Dec 01 2023 21:46:00 | Avairis, Inc., 3724 Cheryl Dr., Commerce Township, MI 48382 |
| 27641378 | + Email/Text: creditdept@allscripts.com | Dec 01 2023 21:47:00 | Allscripts Healthcare, LLC, 305 Church at North Hills Street, Raleigh, NC 27609-2667 |
| 27641381 | Email/Text: AccountsReceivable@api-pt.com | Dec 01 2023 21:47:00 | American Proficiency Institute, Department 9526, Box 30516, Lansing, MI 48909-8016 |
| 27641393 | Email/Text: rbenkoff@benkofflaw.com | Dec 01 2023 21:46:00 | Benkoff Health Law, PLLC, 7 West Square Lake Road, Bloomfield Hills, MI 48302 |
| 27641395 | Email/Text: bankruptcy_notices@bio-rad.com | Dec 01 2023 21:46:00 | Bio Rad Laboratories, Inc., 1000 Alfred Nobel Drive, Hercules, CA 94547 |
| 27654802 | Email/Text: bankruptcy_notices@bio-rad.com | Dec 01 2023 21:46:00 | Bio-Rad Laboratories, Inc., 1000 Alfred Nobel Dr, 1000 ALFRED NOBEL DR, 1000 Alfred Nobel Dr, Hercules, CA 94547-1000 |
| 27659542 | + Email/Text: lcoffey@brehob.com | Dec 01 2023 21:47:00 | Brehob Corporation, Linda Coffey, 1334 S. Meridian St., Indianapolis, IN 46225-1565 |
| 27641409 | + Email/Text: ccurran@cola.org | Dec 01 2023 21:47:00 | COLA Inc., 9881 Broken Land Parkway, Suite 200, Columbia, MD 21046-1195 |
| 27641412 | Email/Text: documentfiling@lciinc.com | Dec 01 2023 21:46:00 | Comcast, P.O. Pox 37601, Philadelphia, PA 19101-0601 |
| 27704494 | + Email/Text: brupt1@dteenergy.com | Dec 01 2023 21:46:00 | DTE ENERGY, ONE ENERGY PLAZA, WCB 735, DETROIT, MI 48226-1221 |
| 27641432 | Email/Text: brupt1@dteenergy.com | Dec 01 2023 21:46:00 | DTE Energy, PO BOX 740786, Cincinnati, OH 45274-0786 |
| 27641424 | Email/Text: USPSbankruptcy@dwt.com | Dec 01 2023 21:46:00 | Davis Wright Tremaine LLP, 920 Fifth Avenue, Suite 3300, Seattle, WA 98104-1610 |
| 27670658 | + Email/Text: lemaster@slollp.com | Dec 01 2023 21:46:00 | Dell Marketing L.P., c/o Streusand, Landon, Ozburn & Lemmon,, 1801 S MoPac Expressway, Suite 320, Austin, TX 78746-9817 |
| 27661216 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 01 2023 21:46:00 | INTERNAL REVENUE SERVICE, P O BOX 330500, STOP 15, DETROIT MI 48232 |
| 27641498 | Email/Text: bankruptcy.notice@mutualofomaha.com | Dec 01 2023 21:47:00 | Mutual of Omaha, Payment Processing Center, P.O. Box 2147, Omaha, NE 68103-2147 |
| 27641503 | + Email/Text: ccline@orchardsoft.com | Dec 01 2023 21:47:00 | Orchard Software Corporation, 701 Congressional Blvd., Suite 360, Carmel, IN 46032-5633 |
| 27641529 | Email/Text: BankruptcyNotice@Stericycle.com | Dec 01 2023 21:46:00 | Stericycle Inc, PO Box 6575, Carol Stream, IL 60197-6575 |
| 27642990 | + Email/Text: accounts.receivable@uline.com | Dec 01 2023 21:47:00 | Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |
| 27641548 | Email/Text: accounts.receivable@uline.com | Dec 01 2023 21:47:00 | Uline, Accounts Receivable, Box 88741, Chicago, IL 60680-1741 |

| 27641550 | + Email/Text: bennettm@usplastic.com | | |
|---|---|---|---|
| | | Dec 01 2023 21:46:00 | United States Plastic Corporation, 1390 Neubrecht Road, Lima, OH 45801-3196 |
| 27765191 | + Email/Text: bankruptcy.notice@mutualofomaha.com | | |
| | | Dec 01 2023 21:47:00 | United of Omaha Life Insurance Co., c/o Mutual of Omaha Plaza, Law Operation, 3rd Floor, Omaha, NE 68175-0001 |
| 27653769 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Dec 01 2023 21:58:38 | Wells Fargo Financial Leasing, Inc., 800 Walnut Street MAC F0005-055, Des Moines, IA 50309-3891 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | Andrew R. Vara |
| 27641383 | | Applied Imaging |
| 27822932 | | Easterseals Michigan |
| 27696695 | *+ | FISHMAN STEWART PLLC, 800 TOWER DRIVE, SUITE 610, TROY, MI 48098-2843 |
| 27698308 | *+ | HealthCare Appraisers, Inc., 2101 NW Corporate Blvd., Suite 400, Boca Raton, FL 33431-7319 |
| 27716894 | *+ | Polar Ice Co., 47943 Van Dyke Ave., Shelby Twp., MI 48317-3254 |
| 27641376 | ##+ | Alliance Architecture of Maryland, PC, 79 West Street, Suite 200, Annapolis, MD 21401-2578 |
| 27641439 | ##+ | Empirical Biosciences, 2007 Eastcastle Drive SE, Grand Rapids, MI 49508-8773 |
| 27641454 | ##+ | Health Equity, 15 West Scenic Pointe Drive, Ste 100, Draper, UT 84020-6118 |

TOTAL: 3 Undeliverable, 3 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2023                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander Joseph Berry-Santoro | |
| | on behalf of Creditor Gena's Timeless Cleaning LLC aberrysantoro@maxwelldunnlaw.com, Berry-Santoro.AlexB109453@notify.bestcase.com;aberrysantoro@ecf.courtdrive.com;bankruptcy@maxwelldunnlaw.com |
| Amanda Carol Vintevoghel-Backer | |
| | on behalf of Creditor Gemini Lab Group LLC avintevoghel@dragichlaw.com, avintevoghel@hotmail.com |
| Anthony J. Kochis | |
| | on behalf of Creditor Humana Insurance Company akochis@wolfsonbolton.com stravis@wolfsonbolton.com |
| Anthony J. Kochis | |
| | on behalf of Creditor Humana Dental Insurance Co. akochis@wolfsonbolton.com stravis@wolfsonbolton.com |
| Anthony J. Kochis | |
| | on behalf of Creditor Humana Medical Plan of Michigan Inc. akochis@wolfsonbolton.com, stravis@wolfsonbolton.com |

Brian R. Trumbauer
> on behalf of Creditor Comerica Bank btrumbauer@bodmanlaw.com

Daniel J. Feko
> on behalf of Creditor Medical Real Estate Group  LLC dfeko@simonattys.com

David Eisenberg
> on behalf of Creditor McLaren Medical Laboratory deisenberg@maddinhauser.com

David G. Dragich
> on behalf of Creditor Gemini Lab Group  LLC ddragich@dragichlaw.com

David J. Jurkiewicz
> on behalf of Creditor Orchard Software Corporation djurkiewicz@boselaw.com

David P. Miller
> on behalf of Creditor Alere San Diego dm@osbig.com

David P. Miller
> on behalf of Creditor Abbott Molecular dm@osbig.com

David P. Miller
> on behalf of Creditor Abbott Diagnostics dm@osbig.com

Deborah L. Fish
> on behalf of Creditor The Sports Marketing Agency dfish@allardfishpc.com

Doron Yitzchaki
> on behalf of Creditor Blue Cross Blue Shield of Michigan DYitzchaki@dickinsonwright.com

Doron Yitzchaki
> on behalf of Creditor Coronis Health RCM  LLC DYitzchaki@dickinsonwright.com

Doron Yitzchaki
> on behalf of Creditor Medspeed LLC DYitzchaki@dickinsonwright.com

Eric Christian Addy
> on behalf of Creditor Gemini Lab Group  LLC eaddy@dragichlaw.com

Jacob Carlton
> on behalf of Interested Party Auxo Investment Partners  LLC carltonj@millerjohnson.com,
> 9688700420@filings.docketbird.com;ecfpigginsj@millerjohnson.com

Jacob Carlton
> on behalf of Creditor Team Financial Group carltonj@millerjohnson.com
> 9688700420@filings.docketbird.com;ecfpigginsj@millerjohnson.com

Jay Ong
> on behalf of Creditor Medcare MSO LLC jong@munsch.com

Judith Greenstone Miller
> on behalf of Creditor Committee Committee of Unsecured Creditors jgmiller@taftlaw.com
> ttorni@taftlaw.com;DET_Docket_Assist@taftlaw.com

Julie Beth Teicher
> on behalf of Creditor McLaren Medical Laboratory jteicher@maddinhauser.com

Kassem Dakhlallah
> on behalf of Creditor Younis Enterprises  LLC kd@hdalawgroup.com

Kevin Erskine
> on behalf of Creditor United States of America (IRS) kevin.erskine@usdoj.gov
> Karen.Ducharme@usdoj.gov;Michele.Gangler@usdoj.gov;Sandra.Delozier@usdoj.gov;CaseView.ECF@usdoj.gov;Aida.Garmo
> @usdoj.gov

Kimberly Ross Clayson
> on behalf of Creditor Committee Committee of Unsecured Creditors kclayson@taftlaw.com
> ttorni@taftlaw.com;DET_Docket_Assist@taftlaw.com

Maribeth Thomas
> on behalf of Creditor Fisher Healthcare mthomas@tuckerlaw.com

Mark H. Shapiro
> on behalf of Other Professional Only One Hub shapiro@steinbergshapiro.com  jbrown@steinbergshapiro.com

Mary A. Schmergel
> on behalf of Creditor United States of America Mary.Defalaise@usdoj.gov

Michael D. Lieberman
> on behalf of Creditor Rachel R. Brown MLieberman@lipsonneilson.com
> LOMeara@lipsonneilson.com;Mlieberman6160@yahoo.com

Michael J. Small

on behalf of Creditor The Peninsula Fund VII Limited Partnership msmall@foley.com

Paige B Tinkham

on behalf of Creditor Advancing Health  Inc. paige.tinkham@blankrome.com, GFaulkner@BlankRome.com

Richard E. Kruger

on behalf of Creditor Committee Committee of Unsecured Creditors rkruger@taftlaw.com
ttorni@taftlaw.com;DET_Docket_Assist@taftlaw.com

Robert J. Diehl, Jr.

on behalf of Creditor Comerica Bank rdiehl@bodmanlaw.com

Robert N. Bassel

on behalf of Debtor In Possession Ark Laboratory  LLC bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com

Ronna G. Jackson

on behalf of U.S. Trustee Andrew R. Vara Ronna.G.Jackson@usdoj.gov

Steven Alexsy

on behalf of Creditor Medical Real Estate Group  LLC sa@alawdetroit.com, alawdetroit@gmail.com

Steven Alexsy

on behalf of Creditor 6600 Highland  LLC sa@alawdetroit.com, alawdetroit@gmail.com

Tamar Dolcourt

on behalf of Creditor The Peninsula Fund VII Limited Partnership tdolcourt@foley.com

Tarik David Turfe

on behalf of Creditor Younis Enterprises  LLC tt@hdalawgroup.com

Yuliy Osipov

on behalf of Creditor Alere San Diego yotc_ecf@yahoo.com  yo_ecf@osbig.com;tc_ecf@osbig.com

Yuliy Osipov

on behalf of Creditor Abbott Molecular yotc_ecf@yahoo.com  yo_ecf@osbig.com;tc_ecf@osbig.com

Yuliy Osipov

on behalf of Creditor Abbott Diagnostics yotc_ecf@yahoo.com  yo_ecf@osbig.com;tc_ecf@osbig.com


TOTAL: 43