# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In the Matter of:

ARK LABORATORY, LLC,   Case No. 23-43403-mlo
                      Chapter 11
Debtor.               Hon, Maria L. Oxholm
_____/

EXHIBIT

## NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF CONFIRMED SECOND AMENDED PLAN OF LIQUIDATION

Debtor states:

1. The Second Amended Plan of Liquidation ("Plan") [ECF No. 384] was confirmed on December 1, 2023 pursuant to the ENTRY OF FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER (I) GRANTING FINAL APPROVAL OF THE DEBTOR'S DISCLOSURE STATEMENT AND PLAN SUPPLEMENT, AND (II) CONFIRMING DEBTOR'S SECOND AMENDED PLAN OF LIQUIDATION [ECF No. 392].

2. Pursuant to the confirmed Plan, all conditions set forth in Article VII.A of the Plan were satisfied on December 14, 2023, thus, the Effective Date of the Plan as defined in Article I.B.35 of the Plan occurred on December 14, 2023.

Dated: 12.15.2023

Respectfully submitted,
/s/ Robert N. Bassel
Robert N. Bassel (P48420)
P.O. Box T
Clinton, MI 49236
(248) 677-1234
bbassel@gmail.com
Attorney for Debtor

In the Matter of:

ARK LABORATORY, LLC,   Case No. 23-43403-mlo
                      Chapter 11
    Debtor.     Hon, Maria L. Oxholm
_____/

## Certificate of Service

The undersigned hereby certifies that a copy of the Notice of Occurrence of Effective Date of Confirmed Second Amended Plan of Liquidation was served upon all counsel of record electronically by the CM/ECF system.

Dated: 12.15.2023

Respectfully submitted,
/s/ Robert N. Bassel
Robert N. Bassel (P48420)
P.O. Box T
Clinton, MI 49236
(248) 677-1234
bbassel@gmail.com
Attorney for Debtor