UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

ARK LABORATORY, LLC

    Debtor.
_____/

Case No. 23-43403
Chapter 11
Hon. Maria L. Oxholm

## ORDER RESOLVING JAMES GROSSI'S APPLICATION FOR ADMINISTRATIVE EXPENSES [ECF NO. 407]

The Court, having reviewed the *Stipulation Resolving James Grossi's Application for Administrative Expenses [ECF No. 407]* filed by Paul R. Hage, solely in his capacity as the Liquidating Trustee of the Ark Laboratory Trust (the "Trustee"), Auxo Investment Partners LLC ("Auxo"), and Mr. James Grossi, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

1. Mr. Grossi's *Motion for Payment of Administrative Expense* [ECF No. 407] is withdrawn without prejudice.

2. In the event that Mr. Grossi is required to make payments under the personal guarantee executed with Ark Laboratory, LLC's landlord, Mr. Grossi may file an application for allowance and payment of administrative expenses at that time, and such application shall be deemed timely filed.

3. Auxo and the Trustee reserve the right to object to any future application for allowance or payment of administrative expenses filed by Mr. Grossi.

**Signed on January 31, 2024**



/s/ Maria L. Oxholm
Maria L. Oxholm
United States Bankruptcy Judge