# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 23-43403-mlo |
| | Chapter 11 |
| Ark Laboratory, LLC, | Hon. Maria L. Oxholm |
| Debtor. | |

### ORDER RESOLVING THE LIQUIDATING TRUSTEE'S *MOTION FOR ORDER DIRECTING STEVEN N. NOFAR OF NOFAR LAW PLLC TO PRODUCE DOCUMENTS AND, IF NECESSARY, DIRECTING STEVEN N. NOFAR TO APPEAR FOR ORAL EXAMINATION PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE*

THIS MATTER is before the court on the Stipulation of the Liquidating Trustee[1] and Nofar Law resolving the 2004 Motion;

NOW THEREFORE, IT IS HEREBY ORDERED that the Liquidating Trustee is authorized to take Nofar's oral examination ("Examination") at a date, time and location mutually agreed upon by the Liquidating Trustee and Nofar or, in the event that a mutually agreed upon date, time and location is unable to be established after the Liquidating Trustee has made reasonable efforts to schedule the Examination, upon seven (7) days' advance notice. The Liquidating Trustee shall file

---

[1] Capitalized terms not otherwise defined in this Order shall have the same meaning ascribed in the Stipulation.

1

a Notice of Deposition with the Court and serve same on Nofar at least seven (7) days in advance of the agreed upon or proposed Examination date, time and location.

**Signed on February 9, 2024**



/s/ Maria L. Oxholm
_____
**Maria L. Oxholm**
**United States Bankruptcy Judge**