In Re:

Ark Laboratory, LLC                                    Case No. 23-43403-mlo
a/k/a Helix Diagnostics,                               Hon. Maria L. Oxholm
                                                       Chapter 11
        Debtor In Possession.
_____/

## ORCHARD SOFTWARE CORPORATION'S MOTION TO COMPEL PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Orchard Software Corporation ("Orchard"), by counsel, for its Motion to Compel Payment of Administrative Expense Claim, states as follows:

1. On October 12, 2023, this Court entered its Order Assuming and Assigning Contract with Orchard Software Corporation and Allowing Administrative Expense [Doc. 300] ("Order").

2. Pursuant to the Order, Orchard has an allowed administrative expense in the amount of $92,765.00.

3. Furthermore, pursuant to the Order, "the Debtor is authorized to take any and all action necessary to effectuate the relief granted in this Order."

4. Despite demand for payment, the Debtor has failed to make payment to Orchard of the administrative expense claim.

WHEREFORE, Orchard Software Corporation respectfully requests that the Court order Debtor to promptly pay within ten (10) days of entry for an order such administrative expense claim to Orchard Software Corporation in the amount of $92,765.00, and (iii) granting any additional relief that may be just and proper.

4715929

Respectfully submitted,

*/s/ David J. Jurkiewicz*

David J. Jurkiewicz
Indiana Attorney No. 18018-53
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000
(317) 684-5173 (FAX)
djurkiewicz@boselaw.com

Dated: February 13, 2024

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In Re:

Ark Laboratory, LLC                                              Case No. 23-43403-mlo
a/k/a Helix Diagnostics,                                         Hon. Maria L. Oxholm
                                                                Chapter 11

        Debtor In Possession.

_____/

## ORDER ON ORCHARD SOFTWARE CORPORATION'S MOTION TO COMPEL PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

This matter came before the Court on Orchard Software Corporation's Motion to Compel Payment of Administrative Expense Claim filed on February 13, 2024. The Court having reviewed the Motion and being duly advised in the premises, now finds that the Motion should be granted. Accordingly, it is hereby

ORDERED that the Debtor is ordered to pay to Orchard Software Corporation the allowed administrative expense claim in the amount of $92,765.00 within ten (10) days of the entry of this Order.

**EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In Re:
Ark Laboratory, LLC                                    Case No. 23-43403-mlo
a/k/a Helix Diagnostics,                               Hon. Maria L. Oxholm
              Debtor In Possession.                    Chapter 11
1344 Addington Court
Lake Orion, MI 48360
Tax ID / EIN: 45-5599335
_____/

### NOTICE OF MOTION TO COMPEL PAYMENT OF ADMINISTRATIVE CLAIM

Orchard Software Corporation has filed papers with the court to enter an Order ordering Debtor to pay its allowed administrative claim against the Debtor's estate within ten (10) days of the entry of its Order.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to enter an Order ordering the payment of Orchard Software Corporation's allowed administrative claim, or if you want the court to consider your views on the Motion, within fourteen (14) days, you or your attorney must:

1.      File with the court a written response or an answer, explaining your position at:[1]

United States Bankruptcy Court
Eastern District of Michigan
211 West Fort Street, Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also send a copy to:

David J. Jurkiewicz
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700, Indianapolis, IN  46204

2.      If a response or answer is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

---

[1] Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e).

**EXHIBIT 2**

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.**

February 13, 2024

 */s/ David J. Jurkiewicz*
David J. Jurkiewicz
Indiana Attorney No. 18018-53
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana  46204
(317)  684-5000
(317)  684-5173 (FAX)
djurkiewicz@boselaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In Re:

Ark Laboratory, LLC                                            Case No. 23-43403-mlo
a/k/a Helix Diagnostics,                                       Hon. Maria L. Oxholm
                                                              Chapter 11

            Debtor In Possession.
_____/

**<u>CERTIFICATE OF MAILING OF ORCHARD SOFTWARE CORPORATION'S</u>**
**<u>MOTION TO COMPEL PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM</u>**

I certify that on the date indicated below, a copy of Creditor Orchard Software Corporation's Motion to Compel Payment of Administrative Expense Claim was electronically filed with the Clerk of the Court, served via Electronic Court Filing, and a copy of same was deposited in the U.S. Mail to the debtor's attorney (if any) or the Debtor, if unrepresented, at the address as it appears below:

    Robert N. Bassel
    P. O. Box T
    Clinton, MI  49236
    *Attorney for Debtor*

                        Respectfully submitted,

                        */s/ David J. Jurkiewicz*
                        David J. Jurkiewicz
                        Indiana Attorney No. 18018-53
                        BOSE MCKINNEY & EVANS LLP
                        111 Monument Circle, Suite 2700
                        Indianapolis, Indiana  46204
                        (317)  684-5000
                        (317)  684-5173 (FAX)
Dated: February 13, 2024          djurkiewicz@boselaw.com

**EXHIBIT 3**
