UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>Ark Laboratory, LLC,<br><br>                Debtor. | Case No. 23-43403-mlo<br><br>Chapter 11<br><br>Hon. Maria L. Oxholm |

**STIPULATED ORDER RESOLVING THE LIQUIDATING TRUSTEE'S MOTION FOR AN ORDER DIRECTING DAVID H. FINK OF FINK BRESSACK TO (I) PRODUCE DOCUMENTS AND (II) APPEAR FOR ORAL EXAMINATION PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

This matter having come before the Court on the *Stipulation Resolving the Liquidating Trustee's Motion for an Order Directing David H. Fink of Fink Bressack to (I) Produce Documents and (II) Appear for Oral Examination Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure* (the "Stipulation")[1] filed by the Liquidating Trustee, Fink Law and Fink resolving the 2004 Motion, the Court having read same and being otherwise fully and duly advised in the premises;

NOW THEREFORE, IT IS HEREBY ORDERED as follows:

1. Fink Law and Fink shall produce the Client File, including the Records, to the Liquidating Trustee within one week of the entry of this Order.

---

[1] Capitalized terms not otherwise defined in this Order shall have the same meaning ascribed in the Stipulation.

2.  The Liquidating Trustee is authorized to take an oral examination of Fink Law and Fink (the "Examination") at a date, time and location mutually agreed upon by the Liquidating Trustee, Fink Law and Fink or, in the event that a mutually agreed upon date, time and location is unable to be established after the Liquidating Trustee has made reasonable efforts to schedule the Examination, upon twenty-one days' advance notice. The Liquidating Trustee shall file a *Notice of Deposition* with the Court and serve same on Fink Law and Fink at least twenty-one days in advance of the Examination date, time and location.

**Signed on February 29, 2024**



/s/ Maria L. Oxholm
_____
**Maria L. Oxholm**
**United States Bankruptcy Judge**