UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

ARK LABORATORY, LLC,                        Case No. 23-43403-MLO
                                                       Chapter 11

        Debtor.                              Hon. Maria L. Oxholm
_____/

## ORDER (I) APPROVING THE APPOINTMENT OF
## JASON W. BANK AS THE SUCCESSOR TRUSTEE OF
## THE ARK LABORATORY TRUST AND (II) GRANTING OTHER RELIEF

Upon the Motion (the "Motion")[1] filed by the Liquidating Trustee seeking approval of the appointment of Jason W. Bank as the Successor Trustee of the Ark Laboratory Trust and granting other relief; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Liquidating Trustee provided adequate and appropriate notice of the Motion under the circumstances; and no objections having filed to the Motion or all such objections having been resolved, withdrawn or denied; and the Court having determined that the legal and

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Jason W. Bank is appointed as the Successor Trustee of the Ark Laboratory Trust as of the date of this Order with all of the rights, privileges, powers and duties under the Liquidating Trust Agreement, the Plan, and the Confirmation Order.

3. Article X, Section 9.5 of the Liquidating Trust Agreement shall be amended as follows:

(a) The first sentence of Section 9.5, to wit: "Upon the resignation … of a Trustee, the Bankruptcy Court shall appoint a successor Trustee on its own motion" shall be amended to provide that "Upon the giving of notice of resignation, the Trustee shall file a motion with the Court to approve the appointment of a successor Trustee."

(b) The last sentence of Section 9.5, to wit: "Any successor Trustee may be appointed to serve only on an interim basis" shall be eliminated and stricken.

4. Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Order shall be immediately effective and enforceable upon its entry.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Signed on July 2, 2024**



/s/ Maria L. Oxholm

**Maria L. Oxholm**
**United States Bankruptcy Judge**