UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>Ark Laboratory, LLC,<br><br>      Debtor. | Case No. 23-43403-mlo<br><br>Chapter 11<br><br>Hon. Maria L. Oxholm |

**ORDER GRANTING THE MOTION OF THE SUCCESSOR
TRUSTEE FOR ENTRY OF AN ORDER
<u>EXTENDING THE DEADLINE TO OBJECT TO PREPETITION CLAIMS</u>**

Upon the Motion (the "<u>Motion</u>")[1] filed by the Successor Trustee seeking entry of an order (this "<u>Order</u>") extending the deadline to object to prepetition claims, as more fully set forth in the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Successor Trustee provided adequate and appropriate notice of the Motion under the circumstances; and no objections having filed to the Motion or all such objections having been resolved, withdrawn or denied; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Claims Objection Deadline is hereby extended from September 14, 2024 through and including September 14, 2025, without prejudice to the right of the Successor Trustee to seek further extensions of the Claims Objection Deadline.

3. Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Order shall be immediately effective and enforceable upon its entry.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Signed on July 31, 2024**

/s/ Maria L. Oxholm
**Maria L. Oxholm
United States Bankruptcy Judge**