**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

ARK LABORATORY, LLC,

   Debtor.

_____/

Case No. 23-43403-MLO
Chapter 11
Hon. Maria L. Oxholm

## SUCCESSOR TRUSTEE'S MOTION TO ESTABLISH PROCEDURES GOVERNING AVOIDANCE ACTION ADVERSARY PROCEEDINGS

Jason W. Bank, solely in his capacity as Successor Trustee of the Ark Laboratory Trust ("Trustee"), by his attorneys, Taft Stettinius & Hollister LLP, submits this motion (the "Motion") seeking an order approving proposed procedures governing avoidance action adversary proceedings (the "Procedures") under chapter 5 of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code").  In support of the Motion, the Trustee alleges as follows:

### JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this matter under §§ 1334 and 157(a) of title 28 of the United States Code.

2. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

3. Venue is proper in the United States Bankruptcy Court for the Eastern District of Michigan (the "Court") under 28 U.S.C. §§ 1408 and 1409.

4. The statutory predicates for the relief requested in this Motion are Sections 544, 547, 549, 550, and 105(a) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 7016.

1

**BACKGROUND**

5.      On April 12, 2023 (the "Petition Date"), the Debtor commenced a voluntary case under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case").

6.      Following the Petition Date, the Debtor remained in possession of its assets and continued to operate and manage its business as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code to implement the wind down of the Debtor's operations and the liquidation of the Debtor's assets.

7.      On September 19, 2023, the Debtor filed its *Combined Disclosure Statement and Plan of Liquidation* [ECF No. 249] (the "Initial Plan" and, together with the First Amended Plan and the Second Amended Plan, each as defined below, the "Plan").

8.      On October 13, 2023, the Debtor filed the *Plan Supplement*, that contained, among other things, (i) a revised list of the Causes of Action, including Avoidance Actions, each as defined under the Plan (collectively, the "Causes of Action" and/or "Avoidance Actions"), (ii) a list of the Executory Contracts proposed to be assumed under the Plan, and (iii) the Liquidating Trust Agreement and Declaration of Trust [ECF No. 302] (the "Initial Plan Supplement").

9.      On October 16, 2023 and October 22, 2023, the Debtor filed *Corrected Plan Supplements* [ECF Nos. 303, 310 and 366] (collectively, the "Corrected Plan Supplement" and, together with the Initial Plan Supplement, the Plan Supplement").

2

10.    On November 26, 2023, the Debtor filed a *First Amended Plan of Liquidation* [ECF No. 365] (the "First Amended Plan") and, on November 30, 2023, the Debtor filed a *Second Amended Plan of Liquidation* [ECF No. 384] (the "Second Amended Plan").

11.    On December 1, 2023, the Court entered its *Findings of Fact, Conclusions of Law and Order (I) Granting Final Approval of the Debtor's Disclosure Statement and Plan Supplement, and (II) Confirming Debtor's Second Amended Plan of Liquidation* [ECF No. 392] (the "Confirmation Order") that, among other things, approved the Ark Laboratory Trust and the appointment of the Liquidating Trustee established under the Liquidating Trust Agreement and Declaration of Trust.[1]

12.    The Plan became effective on December 14, 2023, as reflected in the *Notice of Occurrence of Effective Date of Confirmed Second Amended Plan of Liquidation* [ECF No. 413] (the "Notice of Effective Date"), that confirmed that all conditions set forth in Article VII.A of the Plan were satisfied on December 14, 2023, and thus, the Effective Date of the Plan as defined in Article I.B.35 of the Plan occurred on December 14, 2023 (the "Effective Date").

---

[1] Capitalized terms not otherwise defined herein shall be ascribed the definition contained in the Plan and/or the Confirmation Order.

13.     As part of the Confirmation Order, the Court approved the *Liquidating Trust Agreement and Declaration of Trust* ( the "<u>Initial Trust Agreement</u>") that was subsequently amended on July 9, 2024 through the *First Amended and Restated Liquidating Trust Agreement and Declaration of Trust* (the "<u>Amended Trust Agreement</u>" and, together with the Initial Trust Agreement, the "<u>Liquidating Trust Agreement</u>") pursuant to order of the Court [ECF No. 649].

14.     On the Effective Date, all of the assets of the Debtor, including the Causes of Action and Avoidance Actions, were transferred to, and vested in the Ark Laboratory Trust and Paul R. Hage, as the Liquidating Trustee, became the sole representative of the Debtor's estate.

15.     The Plan defines Causes of Action as, *inter alia*, all claims, suits, and Avoidance Actions under the Bankruptcy Code not previously released, compromised or settled in connection with the Plan, each of which claim is preserved under the Plan, the Plan Supplement and the Confirmation Order.

16.     On July 2, 2024, this Court appointed Jason W. Bank as the Successor Trustee of the Ark Laboratory Trust [ECF No. 644] and, as a result thereof, the

Successor Trustee is now vested with the authority granted under the Liquidating Trust Agreement.[2]

17.     The Trustee has identified numerous potential chapter 5 Avoidance Actions that he may pursue as adversary proceedings before this Court (the "Avoidance Action Adversary Proceeding(s)"). In the interest of reducing the burden on the Court in handling these matters and the administrative costs associated therewith, the Trustee respectfully requests that the Court enter an order establishing streamlined procedures governing the Avoidance Action Adversary Proceedings.[3]

## PROCEDURES REQUESTED

18.     The Trustee's goal is to pursue and potentially resolve each Avoidance Action Adversary Proceeding as efficiently as possible, provide just and speedy resolutions of each matter, and maximize returns to creditors holding allowed claims in the Debtor's bankruptcy estate.

19.     The Procedures, as set forth in **Exhibit A** attached to this Motion, provide a practical framework that: (a) promotes judicial economy; (b) hastens the time within

---

[2] On May 29, 2024, Paul R. Hage provided notice that he intended to resign from his role as the Liquidating Trustee as part of the winding down of his legal practice due to his recent appointment to serve as a bankruptcy judge in this Court.

[3] The proposed procedures identified in this Motion for which the Trustee seeks approval from the Court do not apply to that certain adversary proceeding known as *Jason W. Bank, solely in his capacity as Successor Trustee of the Ark Laboratory Trust v. Grossi, et al.*, Adv. P. No. 23-04496-MLO (the "Insider Cause of Action"), for which separate scheduling orders have been entered by this Court.

which Avoidance Action Adversary Proceedings are resolved; and (c) avoids unnecessary litigation costs by providing a mechanism to all parties for consolidating common issues of law and fact through a process designed to reduce—and in some cases eliminate—the need for the Court to engage in an individualized review of every case management issue that may arise.

20. The Trustee is also seeking approval of a proposed form of Notice Regarding Procedures Governing Adversary Proceedings (the "Notice of Procedures"), set forth in attached as **Exhibit B**, to be provided to defendants at the time the Trustee serves a summons and a copy of the complaint in any Avoidance Action Adversary Proceeding, except for the Insider Cause of Action.

21. In general, the Procedures and the Notice of Procedures establish uniform guidelines for conducting Avoidance Action Adversary Proceedings, including procedures for mediation. The Trustee, therefore, requests that the Court enter an order authorizing and adopting the Procedures substantially in the form attached to this Motion as **Exhibit 1**, which incorporate the following key components:

> a. **Omnibus Hearings:** The Procedures provide that the Court schedule regular hearings to address routine matters in the Avoidance Action Adversary Proceedings at the same time (collectively, the "Omnibus Hearings" and each an "Omnibus Hearing"), and at which the Trustee can report on his progress in pursuing the Avoidance Action Adversary Proceedings to the Court, with such schedule to be set once all of the complaints commencing the Avoidance Action Adversary Proceedings are filed with the Court. By scheduling the proposed Omnibus Hearing dates, the

6

administration of the Avoidance Action Adversary Proceedings will be significantly streamlined—clarifying for all parties involved when matters will be heard and who must appear at the Omnibus Hearings.

b. **Discovery Protocol:** The Procedures establish a uniform, streamlined discovery protocol by modifying certain requirements under Rule 26 of the Federal Rules of Civil Procedure, as adopted by the Bankruptcy Rules. The proposed modifications will facilitate the expeditious administration of the Avoidance Action Adversary Proceedings while simultaneously conserving the estate's assets and the Court's judicial resources.

c. **Mediation:** Unless one of the parties files an election form to opt out of mediation as provided in subparagraph (d) below, the Procedures provide for the mediation of all Avoidance Action Adversary Proceedings before trial in order to afford the parties the opportunity to resolve these matters without incurring the burdensome costs associated with trial. The cost of mediation will be shared equally by the estate and the defendant.

d. **Opt Out:** The Procedures give any defendant an opportunity to opt out of mediation for cause shown. Any defendant who believes it will be unduly prejudiced by the Procedures will have the opportunity to make that argument to the Court after it has been served with a complaint.

## BASIS FOR RELIEF

22. Section 105(a) of the Bankruptcy Code affords bankruptcy courts the power to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions [of the Bankruptcy Code]."

23.     Establishing uniform procedures to govern the Avoidance Action Adversary Proceedings will assist the Trustee and the Court in administering the Avoidance Action Adversary Proceedings efficiently and fairly. By adopting the Procedures, parties will have a clear roadmap for future proceedings and will simultaneously have the opportunity to reach amicable and speedy resolutions of the Avoidance Action Adversary Proceedings where possible, avoiding costly litigation which will necessarily reduce recoveries for the estate.

## CONCLUSION

24.     A proposed order granting the relief sought herein is attached as **Exhibit 1** to this Motion.

25.     The Procedures promote judicial economy, hasten the time within which the Avoidance Action Adversary Proceedings can be resolved, and will allow the estate to limit fees and avoid unnecessary litigation costs.

WHEREFORE, the Trustee requests that the Court grant this Motion, enter the Order approving the proposed Procedures in substantially the same form attached to this Motion as **Exhibit 1**, and grant any and all other just and equitable relief justified herein.

Respectfully submitted,

**TAFT STETTINIUS & HOLLISTER, LLP**

By: */s/ Judith Greenstone Miller*
Judith Greenstone Miller (P29208)
Kimberly Ross Clayson (P69804)
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
(248) 351-3000
jgmiller@taftlaw.com
kclayson@taftlaw.com

*Attorneys for Jason W. Bank, Solely in his Capacity as Successor Trustee of the Ark Laboratory Trust*

Dated: November 14, 2024

9

# EXHIBIT 1
## (PROPOSED ORDER)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

ARK LABORATORY, LLC,                           Case No. 23-43403-MLO
                                               Chapter 11
     Debtor.                                  Hon. Maria L. Oxholm
_____/

**ORDER ESTABLISHING PROCEDURES GOVERNING**
**AVOIDANCE ACTION ADVERSARY PROCEEDINGS**

THIS MATTER having come before the Court[1] on the Trustee's *Motion to Establish Procedures Governing Avoidance Action Adversary Proceedings* [ECF No. __] (the "Motion"), the Court, having reviewed and considered the Motion and objections to the Motion, if any, along with the statements and arguments of counsel during the hearing on the Motion; all objections, if any, having been withdrawn or denied; due notice having being given, is of the opinion that the Motion and Procedures should be approved.

Therefore, it is hereby ORDERED that:

(1)    The Procedures, attached to the Motion as **Exhibit A**, are hereby approved;

---

[1] All capitalized terms contained herein shall have the meanings ascribed to them in the Motion unless otherwise stated to the contrary herein.

(2)     The Notice of Procedures, attached to the Motion as **Exhibit B**, is hereby

approved; and

(3)     The Trustee shall serve a copy of the Procedures, along with a copy of the

Notice of Procedures, on each defendant to an Avoidance Action

Adversary Proceeding, along with a copy of the summons and complaint

in the relevant Avoidance Action Adversary Proceeding.

2

# **EXHIBIT A**

## **PROCEDURES**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

ARK LABORATORY, LLC,                    Case No. 23-43403-MLO
                                        Chapter 11
        Debtor.                         Hon. Maria L. Oxholm
_____/

**PROCEDURES GOVERNING AVOIDANCE**
**ACTION ADVERSARY PROCEEDINGS**

   This cause came before the Court on the Motion[1] of the Trustee to establish

the Procedures governing Avoidance Action Adversary Proceedings. The Court

entered an order approving the Procedures [ECF No. ___]. Under the terms of that

order, the following Procedures shall govern Avoidance Adversary Proceedings as

defined in the Motion:

   **I.      Applicability of Procedures**

           A.    *General Applicability*
           The Procedures set forth herein shall apply to all Avoidance Action
           Adversary Proceedings, except as otherwise provided below. The
           Procedures shall continue to govern the Avoidance Action Adversary
           Proceedings unless otherwise expressly provided herein or as
           otherwise expressly modified by order of the Court.

           B.    *Objections*
           Any defendant may object to being subject to the Procedures by filing
           and serving a written objection within 21 days of being served with a
           summons and complaint. Upon receipt of a timely objection, the Court
           shall hear such objection at the next Omnibus Hearing and determine
           whether, and to what extent the Procedures shall apply to an objecting
           defendant. An objecting defendant has the burden of establishing good
           cause to be exempted from the Procedures.

---

[1] All capitalized terms contained herein shall have the meanings ascribed to them
in the Motion unless otherwise stated to the contrary herein.

1

C.    *The Insider Cause of Action*
The Procedures shall not apply to the Insider Cause of Action.

## II.    Service of Procedures; Notices of Deadlines

At the time the Trustee serves a summons and copy of the complaint in any Avoidance Action Adversary Proceeding, except for the Insider Cause of Action, the Trustee shall simultaneously serve on each defendant (i) a copy of the Procedures, (ii) the Order approving the Procedures, (iii) a cover notice, and (iv) the Notice of Procedures.

## III.    Track One and Two.

The Avoidance Action Adversary Proceedings shall be mediated pursuant to two tracks based upon the monetary amount pled in the applicable complaint. Track One shall be cases where the amount sought is less than $50,000, Track Two shall be cases where the amount sought is over $50,000.

## IV.    Discovery Matters & Protocol

A.    *Continued Adversary Proceedings.*
All Avoidance Action Adversary Proceedings shall be deemed Continued Adversary Proceedings unless the named defendant(s) in the Avoidance Action Adversary Proceeding submits an Election Notice (defined below) in accordance with the Procedures. For all Continued Adversary Proceedings, the following provisions of the Federal Rules of Civil Procedure (the "Rules") as adopted by the Bankruptcy Rules shall be modified as follows:

(1)    Suspension of Certain Rule 26 Requirements
Parties to Continued Adversary Proceedings **do not** need to file Rule 26(f) reports.

*Informal Discovery*
Parties to a Continued Adversary Proceeding may engage in informal discovery by exchanging information to facilitate settlement. During this period, the parties may not take depositions or serve formal discovery requests on each other including, but not limited to, requests for production of documents; interrogatories; or requests for admissions (collectively, "Discovery Requests").

The Trustee shall inform the Court of the status of Continued Adversary Proceedings on or before each Omnibus Hearing date.

2

B. *Disputed Adversary Proceedings.*

(1) Election Notice
Any defendant may seek to elect to deem a Continued Adversary Proceeding a Disputed Adversary Proceeding by filing a motion, upon a showing of good cause with the Court (the "Opt-Out Motion"), upon notice and opportunity to all counsel of record in the Continued Adversary Proceeding.

If the Court grants the Opt-Out Motion, such opt out election shall be binding on all parties to the Continued Adversary Proceeding, and any Continued Adversary Proceeding in which an Opt-Out Motion has been granted, after which a Continued Adversary Proceeding shall be considered a Disputed Adversary Proceeding, subject to the scheduling and discovery guidelines set forth below.

(2) Modified Rule 26 Requirements
Parties to Disputed Adversary Proceedings are not required to participate in a Rule 26(f) discovery conference or file a Rule 26(f) discovery report with the Court.

Parties to Disputed Adversary Proceedings shall file and serve initial disclosures under Rule 26(a) within 30 days from the date an Election Notice is served in accordance with the Procedures (the "Initial Disclosure Date").

(3) Discovery Schedule
All written and oral fact discovery shall be completed within 6 months of the Initial Disclosure Date (the "Discovery Deadline") without prejudice to any party to a Disputed Adversary Proceeding requesting an extension of the Discovery Deadline.

(4) Initial Pretrial Conference
A Disputed Adversary Proceeding shall be set for an initial pretrial status hearing (the "Pretrial Status Hearing") at the first Omnibus Hearing that is at least 14 days after the Discovery Deadline. Upon the close of discovery, the Trustee shall promptly inform the Court and the defendant of such occurrence, and the proposed Pretrial Status Hearing date. Unless otherwise excused by the Court for good cause shown, all parties to Disputed Adversary Proceedings shall appear at the Pretrial Status Hearing.

3

## V. Mediation

The parties to a Continued Adversary Proceeding are required to engage in good faith mediation, pursuant to the terms and conditions set forth below, within 90 days after the defendant files an answer to the complaint. The parties to a Disputed Adversary Proceeding may engage in facilitative mediation in accordance with E.D. Mich. LBR 7016-2, pursuant to the terms and conditions set forth below, at any time after the defendant files an answer to the complaint.

### A. Location
Mediations shall be held at a location selected by the mediator or virtually through video conference.

### B. Mediation Cost
The cost of mediation shall be split equally between the defendant and the estate. The mediator's fees are fixed as follows:

> Track One: $1,500 per party per case.
> Track Two: $3,000 per party per case.

Each party shall pay its portion of the mediator's fee before the commencement of the mediation. The parties shall pay the mediator's reasonable expenses, pro rata and per case, within 14 days after billing by the mediator. The total fees and expenses of the mediator shall be paid by any party that cancels with less than 24 hours' notice or that fails to appear at a mediation.

### C. Mediators
Continued Adversary Proceedings and Disputed Adversary Proceedings shall be mediated by a mediator listed on the approved list of mediators on the Court's webpage without seeking approval from the Court.

(1) **Participation in Mediation**
Parties who participate in mediation shall do so as scheduled and in good faith, with a view toward reaching a consensual resolution. Each mediation shall be attended in person or virtually (as determined by the mediator) by a representative of the parties with full settlement authority and by counsel for the defendant, if the defendant is represented by legal counsel, as well as counsel for the Trustee.

(2) **Mediator's Directives**
The mediator, in a separate document or other communication that will not be filed with the Court, may require that the parties provide him or her with relevant papers and exhibits, position statements, and

4

settlement proposals for use during mediation. The mediator may continue a mediation that has been commenced if the mediator determines that a continuation is in the best interests of the parties. The mediator may establish such other procedures as the mediator deems appropriate in accordance with E.D. Mich. LBR 7016-2.

(1) <u>Failure to Appear</u>
Upon notice and a hearing, a party's failure to appear at Mediation may result in a default judgment and/or sanctions. The mediator shall promptly file a notice when any party fails to appear at Mediation.

### D. *Confidential Settlement Communications*
Under Rule 408 of the Federal Rules of Evidence, all settlement discussions and communications between and among the parties and the mediator in connection with mediation will be confidential and inadmissible at trial.

### E. *Report on Mediation*
The Mediator shall file a report at the conclusion of mediation stating whether the Continued Adversary Proceeding or the Disputed Adversary Proceeding has or has not settled. Additionally, the Trustee will advise the Court of the results of all concluded mediations at each regularly scheduled Omnibus Hearing as set forth below.

### F. *Conflict of Interest*
If a proposed Mediator's law firm represents any creditor or party in interest in the Chapter 11 Case, then such proposed Mediator shall not be eligible to serve as a mediator for an Avoidance Action Adversary Proceeding.

### G. *Failure to Achieve Settlement of a Continued Adversary Proceeding at Mediation*
If the parties to a Continued Adversary Proceeding are unable to resolve and to settle the claims subject to the Avoidance Action Adversary Proceeding at mediation, the Continued Adversary Proceeding shall be treated as a Disputed Adversary Proceeding.

## VI. Omnibus Status & Motion Hearings

The Court shall hold regular Omnibus Hearings in connection with Adversary Proceedings, at which time the Trustee will present a status report on the Adversary Proceedings generally, and during which all substantive motions will be heard, unless the Court schedules another time for a particular motion.

### A. *Omnibus Hearing Dates*

5

As soon as practicable after the filing of the Avoidance Action Adversary Proceedings, the Trustee shall request from the Court Omnibus Hearing dates and serve a notice of the Omnibus Hearing dates on each of the defendants and their counsel.

Future Omnibus Hearings may be scheduled by the Court on an as-needed basis. Matters requiring a hearing in an Avoidance Action Adversary Proceeding shall be set for, and heard on, an Omnibus Hearing date unless the Court independently sets a different date, or upon a motion to the Court by any party for good cause shown.

*B.*    *Appearances at Omnibus Hearings*
Defendants are <u>not</u> required to appear at the Omnibus Hearings unless:

     (1)    such defendants have made a request for relief from the Court that will be heard at the Omnibus Hearing;

     (2)    the Trustee has made a request for relief against a defendant that will be heard at the scheduled Omnibus Hearing and such defendant intend to contest that relief; or

     (3)    the Court has directed the defendant to appear.

*C.*    *Trustee's Reports to the Court for Status & Motion Hearings*
Before each Omnibus Hearing, the Trustee will submit a chart summarizing all open Avoidance Action Adversary Proceedings (the "<u>Preference Status Chart</u>") to the Court. The Trustee shall deliver the Preference Status Chart to the Court two days prior to the Omnibus Hearing.

Unless otherwise provided by separate order of the Court, the Trustee will inform the Court of the status of each Avoidance Action Adversary Proceeding at every Omnibus Hearing through the Preference Status Chart.

23-43403-mlo    Doc 683    Filed 11/14/24    Entered 11/14/24 13:53:21    Page 19 of 41

## VII. Miscellaneous Provisions

### A. *Conflicts*

Except as to Avoidance Action Adversary Proceedings that have been excepted from the Procedures and/or to the extent any conflict arises between the Procedures and any other applicable rules, the Procedures shall control with respect to Avoidance Action Adversary Proceedings.

### B. *Extending Deadlines & Modifications*

Other than as provided in the Procedures, the deadlines and other provisions contained in the Procedures may only be extended or modified by the Court upon written motion and for good cause shown. Good cause for extending or modifying a deadline shall include the consent of the parties. Nothing contained in the Procedures shall prejudice the rights of any party to seek an order (a) limiting or expanding notice of, and hearings related to, such filings upon a showing of good cause; or (b) enlarging or reducing any time period under Bankruptcy Rule 9006(b) or (c).

### C. *Relief from Procedures*

None of the Procedures shall prevent any party to an Avoidance Action Adversary Proceeding from seeking relief from the provisions of the Procedures by appropriate motion to the Court upon a showing of good cause.

### D. *Exchanging Documents & Information*

None of the Procedures shall prevent the parties to an Avoidance Action Adversary Proceeding from voluntarily exchanging information or engaging in settlement discussions at any time. Voluntary exchanges of information shall not be construed as a waiver of any of the requirements or limitations contained in the Procedures.

### E. *Construction*

The Procedures shall be construed by the parties in a manner that promotes the most expeditious and economical resolution of the Avoidance Action Adversary Proceedings and administration of the bankruptcy case.

### F. *Service of Procedures*

The Trustee shall serve a copy of the Procedures and the Order approving the Procedures on each defendant in each Avoidance Action Adversary Proceeding and on any defendant in subsequently filed Avoidance Action Adversary Proceedings by U.S. mail, postage prepaid.

# EXHIBIT B

## NOTICE OF PROCEDURES

In re:

ARK LABORATORY, LLC,                          Case No. 23-43403-MLO
                                              Chapter 11
      Debtor.                               Hon. Maria L. Oxholm
_____/

## NOTICE REGARDING PROCEDURES GOVERNING
## AVOIDANCE ACTION ADVERSARY PROCEEDINGS

On April 12, 2023, the Debtor[1] filed a Chapter 11 petition. The Court confirmed the Plan on December 1, 2023. The Plan became effective on December 14, 2023, at which time, the Trustee was appointed to administer the Ark Laboratory Trust established under the Plan.

On _____ __, 2024, the Bankruptcy Court entered an *Order Establishing Procedures Governing Avoidance Action Adversary Proceedings* (the "Procedures Order"). If you are the defendant identified in the enclosed Summons and Complaint, you are subject to the Procedures Order and to the approved Procedures, copies of which are enclosed with this notice and the Summons and Complaint. **Please note the following deadlines with respect to the enclosed Complaint as governed by the Procedures Order apply to the Avoidance Action Adversary Proceedings:**

- ***Objection Deadline for Procedures*** – You may object to being subject to the Procedures by filing and serving a written objection within 21 days of the issuance of a summons. Upon receipt of a timely objection, the Court shall hear such objection at the next Omnibus Hearing and determine whether and to what extent the Procedures shall apply to an objecting defendant. An objecting defendant has the burden of establishing good cause to be exempted from the Procedures.

- ***Mediation Period*** – The parties to a Continued Adversary Proceeding must participate in mediation of this matter within 90 days of the defendant filing an answer

---

[1] All capitalized terms contained herein shall have the meanings ascribed to them in the Motion unless otherwise stated to the contrary herein.

to the complaint. The parties to a Disputed Adversary Proceeding may participate in mediation of this matter at any time after the defendant files an answer to the complaint; provided, however, the parties must participate in mediation before filing a motion under Fed. R. Civ. P. 56, as incorporated through Fed. R. Bankr. P. 7056 and before trial.

- ***Omnibus Hearing Dates*** – The Trustee, through counsel, will report generally to the Court on the status of Avoidance Action Adversary Proceedings at periodic Omnibus Hearings that have been set pursuant to the Procedures Order. No order or other relief related to the enclosed Complaint will be sought at such hearings absent separate and specific notice to the defendant or its attorney.

**<u>Absent such separate and specific notice, neither the defendant, nor its attorneys, are required to attend the Omnibus Hearings.</u>**

Should you have any questions regarding this Notice, the Procedures Orders, or the Complaint, please contact undersigned counsel for the Trustee.

Respectfully submitted,

**TAFT STETTINIUS & HOLLISTER, LLP**

By: */s/ Judith Greenstone Miller*
Judith Greenstone Miller (P29208)
Kimberly Ross Clayson (P69804)
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
(248) 351-3000
jgmiller@taftlaw.com
kclayson@taftlaw.com

*Attorneys for Jason W. Bank, Solely in his Capacity as Successor Trustee of the Ark Laboratory Trust*

Dated: November 14, 2024

# EXHIBIT 2
## (NOTICE OF OPPORTUNITY)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

ARK LABORATORY, LLC,            Case No. 23-43403-MLO
                                    Chapter 11
     Debtor.                       Hon. Maria L. Oxholm

_____/

### NOTICE OF SUCCESSOR TRUSTEE'S MOTION
### TO ESTABLISH PROCEDURES GOVERNING
### <u>AVOIDANCE ACTION ADVERSARY PROCEEDINGS</u>

Jason W. Bank, Solely in his Capacity as the Successor Trustee of the Ark Laboratory Trust (the "<u>Successor Trustee</u>"), has filed papers with the Court seeking entry of an *Order To Establish Procedures Governing Avoidance Action Adversary Proceedings.*

     **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, within fourteen (14) days, you or your attorney must:

1.    File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
**211 West Fort Street, 17th Floor**
**Detroit, Michigan 48226**

2.    If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

---

[1]   Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e).

1

You must also send a copy to:

Taft, Stettinius & Hollister, LLP
Attn: Judith Greenstone Miller &
Kimberly Ross Clayson
27777 Franklin, Suite 2500
Southfield, MI 48034
(248) 351-3000
jgmiller@taftlaw.com
kclayson@taftlaw.com

3.      If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Respectfully submitted,

**TAFT STETTINIUS & HOLLISTER, LLP**

By: */s/ Judith Greenstone Miller*
Judith Greenstone Miller (P29208)
Kimberly Ross Clayson (P69804)
27777 Franklin Road, Suite 2500
Southfield, Michigan 49034
(248) 351-3000
jgmiller@taftlaw.com
kclayson@taftlaw.com

*Attorneys for Jason W. Bank, Solely in his Capacity as Successor Trustee of the Ark Laboratory Trust*

Dated: November 14, 2024

2

**EXHIBIT 3**
**(BRIEF – NA)**

# EXHIBIT 4
## (CERTIFICATE OF SERVICE)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

ARK LABORATORY, LLC,                    Case No. 23-43403-MLO
                                        Chapter 11
     Debtor.                           Hon. Maria L. Oxholm
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2024, my office electronically filed the *Successor Trustee's Motion To Establish Procedures Governing Avoidance Action Adversary Proceedings* with the Clerk of the Court which sends notices by operation of the Court's electronic filing service to all ECF participants registered to receive notice in this case.

I further hereby certify that on November 14, 2024, I served the above via first class mail upon the parties listed in the court's mailing matrix in the above captioned matter.

1

Respectfully submitted by,

**TAFT STETTINIUS & HOLLISTER, LLP**

Dated: November 14, 2024      /s/ Judith Greenstone Miller
Judith Greenstone Miller (P29208)
Kimberly Ross Clayson (P69804)
27777 Franklin, Suite 2500
Southfield, MI 48034
(248) 351-3000
jgmiller@taftlaw.com
kclayson@taftlaw.com

*Attorneys for Jason W. Bank, Solely in his Capacity as*
*Successor Trustee of the Ark Laboratory Trust*

2

Label Matrix for local noticing
0645-2
Case 23-43403-mlo
Eastern District of Michigan
Detroit
Thu Nov 14 12:24:27 EST 2024

Ark Laboratory, LLC
1344 Addington Court
Lake Orion, MI 48360-2529

Gena's Timeless Cleaning, LLC
C/O Maxwell Dunn, PLC
220 S Main St
Ste. 213
Royal Oak, MI 48067-2679

Medcare MSO LLC
c/o Munsch Hardt Kopf & Harr, P.C.
Attn: Thomas D. Berghman
500 N. Akard St., Ste. 4000
Dallas, TX 75201-6605

Orchard Software Corporation
701 Congressional Blvd., Suite 360
Carmel, IN 46032-5633

United States of America
Commercial Litigation Branch
1100 L St, NW
Room 7012
Washington, DC 20530-0001

6600 Highland, LLC
29580 Northwestern Hwy
Suite #1000
Southfield, MI 48034-1031

ASR Health Benefits
PO BOX 6392
Grand Rapids, MI 49516-6392

Abbott Laboratories
PO Box 92679
Chicago, IL 60675-2679

Advancing Health Inc.
1620 W. Pierce Ave
Chicago, IL 60622-2518

Advancing Health, Inc.
Paige Tinkham/BLANK ROME LLP
444 W. Lake Street
Suite 1650
Chicago, IL 60606-0070

Blue Cross Blue Shield of Michigan
c/o Doron Yitzchaki
Dickinson Wright PLLC
350 South Main Street, Suite 300
Ann Arbor, MI 48104-2131

Jason W. Bank, Solely in his Capacity as Suc
Taft Stettinius & Hollister LLP
c/o Judith Greenstone Miller
27777 Franklin Road
Suite 2500
Southfield, MI 48034-8222

Medspeed LLC
c/o Doron Yitzchaki
Dickinson Wright PLLC
350 S. Main Street
Suite 300
Ann Arbor, MI 48104-2131

Team Financial Group
3391 Three Mile Rd., N.W.
Grand Rapids, MI 49534-1221

United States of America (IRS)
United States Attorney
211 W. Fort Street
Suite 2001
Detroit, MI 48226-3220

A-Fordable Plumbing & Mechanical
1147 Centre Road
Auburn Hills, MI 48326-2603

AVL-Creative
6235 Concord
Suite 135
Detroit, MI 48211-2454

Abbott Molecular Division of
Abbott Laboratories Inc.
c/o Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road
Milwaukee, Wisconsin 53212-1077

Agena Bioscience, Inc.
12100 W. 6th Ave
Lakewood, CO 80228-1252

Ark Laboratory Trust
c/o Taft Stettinius & Hollister LLP
27777 Franklin Road
Suite 2500
Southfield, MI 48034-8222

Fisher Healthcare
c/o Maribeth Thomas, Esq.
Tucker Arensberg, P.c.
1500 One Ppg Place
Pittsburgh, PA 15222-5413

McLaren Health Plan, Inc.
G-3245 Beecher Road
#200
Flint, MI 48532-3615

Nofar Law, PLLC
32600 Telegraph Rd
Ste 100
Bingham Farms, MI 48025-2409

The Sports Marketing Agency
13 N Washington
Suite 706
Ypsilanti, MI 48197-2617

Younis Enterprises, LLC
5808 Schaefer Rd
Dearborn, MI 48126-2255

AB Sciex, LLC
62510 Collections Center Drive
Chicago, IL 60693-0625

Abbott Diagnostics Division
of Abbott Laboratories Inc.
c/o Kohner, Mann& Kailas, S.C.
4650 North Port Washington Road
Milwaukee, Wisconsin 53212-1077

Abell Pest Control
3549 Airport Rd
Ste 108
Waterford, MI 48329-1395

Alere San Diego, Inc.
d/b/a Immunalysis Corp.
c/o Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road
Milwaukee, Wisconsin 53212-1077

Alliance Architecture of Maryland, PC
79 West Street
Suite 200
Annapolis, MD 21401-2578

Allied Media
240 N. Fenway Drive
Fenton, MI 48430-2699

Allscripts Healthcare, LLC
305 Church at North Hills Street
Raleigh, NC 27609-2667

Alpha Cleaners LLC
279 S Edith St.
Pontiac, MI 48342-3228

Amazing Charts
33115 Collection Center Drive
Chicago, IL 60693-0331

American Proficiency Institute
Department 9526
Box 30516
Lansing, MI 48909-8016

Amro Almradi MDPC PLLC
612 Deauville Ln.
Bloomfield Hills, MI 48304-1450

Arkstone Medical
P.O. Box 880823
Boca Raton, FL 33488-0823

Athenahealth, Inc.
PO BOX 415615
Boston, MA 02241-5615

Auburn Hills Medical Properties, LLC
3959 Centerpoint Pkwy.
Pontiac, MI 48341-3121

Auxo Investment Partners LLC
c/o Jacob Carlton
Miller Johnson
45 Ottawa Ave. SW, ste 1100
Grand Rapids, MI 49503-4265

(p)AVAIRIS INC
122 GARLAND WAY
WATERFORD MI 48327-3687

Axiom Diagnostics
PO Box 13275
Tampa, FL 33681-3275

Axiom Diagnostics, inc.
4309 W. Tyson Avenue
Tampa, FL 33611-3435

BCC Distribution, Inc.
7529 Baron Drive
Canton, MI 48187-2494

Beckman Coulter
Dept. CH 10164
Palatine, IL 60055-0164

(p)BENKOFF HEALTH LAW  PLLC
ATTN REESA BENKOFF
5365 VAN NESS CT
BLOOMFIELD HILLS MI 48302-2659

BillionToOne, Inc.
PO BOX 8040
Carol Stream, IL 60197-8040

(p)BIO RAD LABORATORIES  INC
ATTN ATTN LEGAL DEPT
1000 ALFRED NOBEL DR
HERCULES CA 94547-1811

BioPathogenix
120 Dewey Drive
Ste 126
Nicholasville, KY 40356-9709

Blue Care Network
PO Box 33608
Detroit, MI 48232-5608

Blue Cross Blue Shield of Michigan
PO Box 674416
Detroit, MI 48267-4416

Blue Cross and Blue Shield of Illinois
Refund and Recovery
PO Box 94075
Palatine, IL 60094-4075

Brehob CORPORATION
PO Box 2023
Indianapolis, IN 46206-2023

Brehob Corporation
Linda Coffey
1334 S. Meridian St.
Indianapolis, IN 46225-1565

Btzalel Hirschhorn
8002 Kew Gardens Rd
Suite 600
Kew Gardens, NY 11415-3606

Bultynck & Co. CPA
15985 Canal Rd.
Clinton Twp., MI 48038-5021

COLA Inc.
9881 Broken Land Parkway
Suite 200
Columbia, MD 21046-1195

Cardinal Health
PO Box 70539
Chicago, IL 60673-0539

Cardinal Health 200, LLC
7000 Cardinal Place
Dublin, OH 43017-1091

Careviso, Inc.
7600 B Leesburg Pike
East Building Suite 220
Falls Church, VA 22043-2029

Carolina Coastal Paper & Janitorial Supply,
PO BOX 1227
Wake Forest, NC 27588-1227

Celltreat Scientific
20 Mill Street
Unit 130
Pepperell, MA 01463-1670

Centers for Medicare & Medicaid Services, US
Diana Rathbun, Asst. Reg'l Counsel,
233 North Michigan Ave., Suite 700
Chicago, IL 60601-5532

Cerbo, LLC
350 SE Mill St
STE 11
Portland, OR 97214-5096

Cerilliant Corporation
US BANK CN-OH-L1WH Lockbox 005634
5065 Wooster Road
Cincinnati, OH 45226-2326

Change Healthcare
Attn: CDM/Bankruptcy
185 Asylum Street - 03B
Hartford, CT 06103-3408

Chris Pittenturf
584 Birchcrest Ct.
Oakland, MI 48363-1618

Claire Ann Richman
122 W. Washington Ave., Suite 850
Madison, WI 53703-2732

Clean Air Testing, Inc
37709 Schoolcraft Road
Livonia, MI 48150-5031

Clean Air Testing, LLC
37709 Schoolcraft Road
Suite 200
3910 Telegraph Road, Suite 200, Suite 20
Livonia,, MI 48150-5031

Cole-Parmer
13927 Collections Center Drive
Chicago, IL 60693-0139

College of American Pathologists
PO Box 71698
Chicago, IL 60694-1698

Comcast
P.O. Pox 37601
Philadelphia, PA 19101-0601

Comerica Bank
c/o Robert J. Diehl, Jr.
1901 St. Antoine Street
6th Floor at Ford Field
Detroit, Michigan 48226-2336

Comerica Commercial Lending Service
PO BOX 641618
Detroit, MI 48264-1618

CoreBioLabs
7956 Tyler BLVD
Mentor, OH 44060-4806

Coriell Institute, Inc.
403 Haddon Ave
Haddon Ave
Camden, NJ 08103-1505

Coronis Health RCM, LLC
PO BOX 790372
St. Louis, MO 63179-0372

Coronis Health RCM, LLC
c/o Doron Yitzchaki
Dickinson Wright PLLC
350 South Main Street, Suite 300
Ann Arbor, MI 48104-2131

Cotiviti Inc.
PO BOX 952366
St Louis, MO 63195-2366

Credential Check Corporation
PO BOX 4504
Troy, MI 48099-4504

Criterion Lab Consulting, LLC
490 Wildwood North Cir
Ste 110
Birmingham, AL 35209-0140

DTE ENERGY
ONE ENERGY PLAZA, WCB 735
DETROIT, MI 48226-1221

DTE Energy
PO BOX 740786
Cincinnati, OH 45274-0786

Daniel Brian Advertising
222 S. Main Street
Rochester, MI 48307-2029

Darren Cain
8304 Jaclyn Ann Dr.
Flushing, MI 48433-2908

Data Innovations, LLC
P.O. Box 101978
Atlanta, GA 30392-1978

Dave's Electric Services, Inc.
6650 Highland Rd
Waterford, MI 48327-1660

Davis Wright Tremaine LLP
920 Fifth Avenue
Suite 3300
Seattle, WA 98104-1610

De Lage Landen Financial Services, Inc.
P.O. Box 8224018
Philadelphia, PA 19182-4018

Deborah Fish
211 West Fort Street
Suite 705
Detroit, MI 48226-3263

Definitive Healthcare, LLC
PO BOX 411273
Boston, MA 02241-1273

Dell Marketing L.P.
c/o Streusand, Landon, Ozburn & Lemmon,
1801 S MoPac Expressway, Suite 320
Austin, TX 78746-9817

Dell Marketing LP c/o Lam, Lyn & Philip P.C.
6213 Skyline Drive
Suite 2100
Houston, TX 77057-7027

Denny's Heating, Cooling & Refrigeratio
1831 Austin Drive
Troy, MI 48083-2219

Detroit Pistons Basketball Company
Taft, Stettinius & Hollister, LLP
Attn: Paul R. Hage
27777 Franklin, Suite 2500
Southfield, MI 48034-8222

Detroit Technical Equipment Co.
1091 Centre Rd., Suite 100
Auburn Hills, MI. 48326-2670
Attn: Patrick

Diana Anthony Rathbun
Health Resources & Services Administrati
c/o Diana Anthony Rathbun, Assistant Reg
233 N Michigan Avenue, Suite 700
Chicago, IL 60601-5532

Diana Rathbun
Centers for Medicare & Medicaid Services
c/o Diana Rathbun, Assistant Regional Co
233 N. Michigan Avenue, Suite 700
Chicago, IL 60601-5532

Diesel Funding, LLC
8002 Kew Gardens Rd
Suite 600
8002 Kew Gardens Rd, Suite 600
Kew Gardens, NY 11415-3606

DoctorsManagement, LLC
PO BOX 531002
Atlanta, GA 30353-1002

Dorene Guarnieri
9890 Smiths Creek Rd.
Goodells, MI 48027-3521

Doron Yitzchaki
Dickinson Wright PLLC
350 South Main Street, Suite 300
Ann Arbor, MI 48104-2131

Dropoff Inc.
PO BOX 92213
Las Vegas, NV 89193-2213

EXAGEN INC.
1261 LIBERTY WAY
VISTA, CA 92081-8356

Eden Software Solutions, LLC
12472 Lake Underhill Rd.
Suite 101
Orlando, FL 32828-7144

Edge Solutions
P.O. Box 594
Richmond, MI 48062-0594

Elio Bucciarelli
49795 Deer Run Dr.
Shelby Twp., MI 48315-3335

Ellkay, LLC
200 Riverfront Blvd.
3rd Floor
Elmwood Park, NJ 07407-1038

Empirical Biosciences
2007 Eastcastle Drive SE
Grand Rapids, MI 49508-8773

Eric Vasseur
1355 Athlone Dr
Oxford, MI 48371-6001

Evoqua Water Technologies LLC
28563 Network Place
Chicago, IL 60673-1285

FISHMAN STEWART PLLC
800 TOWER DRIVE, SUITE 610
TROY, MI 48098-2843

Ferrellgas
PO BOX 173940
Denver, CO 80217-3940

Fink Bressack PLLC
38500 Woodward Ave
Suite 350
Bloomfield Hills, MI 48304-5053

Fire Alarm Services
25550 Seeley Road
Suite 200
Novi, MI 48375-2052

First Insurance Funding, a Division of Lake
450 Skokie Blvd. Suite 1000
Northbrook, IL 60062-7917

Fisher Healthcare
13551 Collections CTR DR
Chicago, IL 60693-0135

Fisher Healthcare, a division of Fisher Scie
Maribeth Thomas, Esq.
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222-5421

Foley & Lardner LLP
PO BOX 78470
BOX 78470
Milwaukee, WI 53278-8470

FrontRunnerHC Inc
36 Cordage Park
Suite 302
Plymouth, MA 02360-7320

Gazam, Inc.
7901 4th St N.
Suite 300
St Petersburg, FL 33702-4399

Gemini Lab Group
8470 S. Shore Dr.
Clarston, MI 48348-2674

Gemini Lab Group, LLC
c/o The Dragich Law Firm PLLC
17000 Kercheval Ave, Suite 210
Grosse Pointe, MI 48230-1559

Gena's Timeless Cleaning, LLC
55166 Timberland Lane
Macomb, MI 48042-2364

Gena's Timeless Cleaning, LLC
C/O Maxwell Dunn, PLC
Ste. 213
220 S Main St, Ste. 213
Royal Oak, MI 48067-2679

George King Bio-Medical, Inc.
11771 W. 112th St.
Overland Park, KS 66210-2739

Great Lakes Express Delivery, LLC
3055 Cass Rd.
Ste 123
Traverse City, MI 49684-7904

(p)THE HARTFORD
ATTN BANKRUPTCY UNIT
ONE HARTFORD PLAZA
MAIL DROP T-16-285
HARTFORD CT 06155-0001

Health Equity
15 West Scenic Pointe Drive
Ste 100
Draper, UT 84020-6122

Health Resources &Services Administration, U
Diana Rathbun, Asst Reg'l Counsel,
233 North Michigan Avenue, Suite 700
Chicago, IL 60601-5532

HealthCare Appraisers, Inc.
2101 NW Corporate Blvd.
Suite 400
Boca Raton, FL 33431-7319

Henry Schein
Dept. CH 10241
Palatine, IL 60055-0241

Hogan Lovells US LLP
Lockbox Services - 75890
PO Box 715890
Philadelphia, PA 19171-5890

Hogan Lovells US LLP
c/o Christopher R. Bryant
390 Madison Avenue
New York, NY 10017-2507

Humana Insurance Company, et al.
Fox Swibel Levin & Carroll LLP
c/o Ken Thomas
200 W. Madison, Suite 3000
Chicago, IL 60606-3417

I Care MI, LLC
29919 Jefferson Ave.
St. Clair Shores, MI 48082-1823

IMCS, Inc.
110 Centrum Drive
Irmo, SC 29063-9396

INTEGRA Biosciences Corp.
22 Friars Drive
Hudson, NH 03051-4900

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Immunalysis Corporation
Alere San Diego dba Immunalysis
Box 102317
Pasadena, CA 91189-2317

Insync Healthcare Solutions
PO BOX 4577
Carol Stream, IL 60197-4577

JSW Consulting LLC
2836 Baltane Rd
West Bloomfield Township, MI 48323-3100

JSW Consulting, LLC
2836 Baltane Rd.
West Bloomfield, MI 48323-3100

James Pinckney
2034 Pleasant View Ave
Lansing, MI 48910-0348

Jeffrey Williamson
3873 Hartland Hills Dr
Hartland, MI 48353-1111

Karen L Whitmer
Johnson Legal Network, PLLC
535 Wellington Way, Suite 380
Lexington, KY 40503-1389

Kerr, Russell and Weber, PLC
500 Woodward Ave., Suite 2500
Detroit, MI 48226-5499

LGC Clinical Diagnostics, Inc.
Dept CH 16362
Palatine, IL 60055-6362

LabPath Consulting
105 4th Street E
Tierra Verde, FL 33715-2241

LabSoft, Inc.
PO Box 21042
Tampa, FL 33622-1042

(p)LABORATORY CORPORATION OF AMERICA
ATTN GOVERNMENT AUDITS
PO BOX 2270
BURLINGTON NC 27216-2270

Labtek, Inc.
7381 Grachen Dr.
7381 Grachen Dr.
Grand Rapids, MI 49546-9777

Labtek, Incorporated
7381 Grachen Dr. SE
Grand Rapids, MI 49546-9777

Landaal Packaging Systems
Delta Containers Division
6616 Solution Center
Chicago, IL 60677-6006

Leasing Associates of Barrington, INC.
220 N. River Street
East Dundee, IL 60118-1332

Life Technologies Corporation
12088 Collections Center Dr.
Chicage, IL 60693-0001

Lifepoint Informatics
65 Harristown Rd
Suite 305
Glen Rock, NJ 07452-3317

Lippitt O'Keefe, PLLC
370 E. Maple Road
Third Floor
Birmingham, MI 48009-6303

Lisa Slagle
4414 Blackberry Knoll Dr.`
Loves Park, IL 61111-4309

Little Sonia Real Estate LLC
801 Peach Tree Ln.
Rochester Hills, MI 48306-3353

Lotus Lab Consulting
885 Woodstock Rd
Suite 420/PMB 360
Roswell, GA 30075-2286

MAC Pizza, LLC
1081 S. State Rd
Davison, MI 48423-1903

MCW Partners, LLC
28287 Beck Rd.
Unit D-14
Wixom, MI 48393-4706

Mark C. Beauchamp
6686 Weston Ct.
Clarkston, MI 48348-5032

Mayo Collaborative Services
D.B.A. May Clinic Laboratories
P.O. Box 9146
Minneapolis, MN 55480-9146

McLaren Health Management Group
d/b/a McLaren Medical Laboratory
Attn: Julie Teicher, Esq./Maddin Hauser
28400 Northwestern Hwy., 2nd Floor
Southfield, MI 48034-8348

McShane Welding, Inc.
12 Port Access Rd
Access Rd
Erie, PA 16507-2297

Mclaren Medical Laboratory
PO BOX 775452
Chicago, IL 60677-5452

Med Water Systems
2262 South 1200 West
Suite 101
Woods Cross, UT 84087-2564

MedMatch
3000 Town Center
Suite 75
Southfield, MI 48075-1120

MedSpeed, LLC
140 Industrial Drive
Elmhurst, IL 60126-1602

Medcare MSO
1000 Cordova Place
Suite 206
Sante Fe, NM 87505-1725

Medical Real Estate Group, LLC
c/o Steven Alexsy, Esq.
29580 Northwestern Hwy., Ste. 1000
Southfield, MI 48034-1031

(p)MEDLINE INDUSTRIES INC
ATTN ANNE KISHA
ONE MEDLINE PL
MUNDELEIN IL 60060-4486

Medspeed LLC
Christopher Combest
c/o Quarles & Brady LLP
300 N. LaSalle Street, Suite 4000
Chicago, IL 60654-3422

Mercedes Scientific
PO Box 850001
Orlando, FL 32885-0123

Mettler-Toledo Rainin, LLC
27006 Network Place
Chicago, IL 60673-1270

Michael D Lieberman
3910 Telegraph Road
Suite 200
Bloomfield Hills, MI 48302-1461

Michael D Lieberman
Lipson Neilson, PC
3910 Telegraph Road
Suite 200
Bloomfield Hills, MI 48302-1461

Michigan Legislative Consultants, Inc.
110 W. Michigan Ave
Suite 500
Lansing, MI 48933-1368

Microbiologics
200 Cooper Avenue North
St. Cloud, MN 56303-4440

Microbix Biosystems Inc.
265 Watline Ave
Mississauga, ON L4Z 1P3

Microgenics Corporation
Bank of America
7055 Collections Center Dr.
Chicago, IL 60693-0001

Microgenics, Inc.
Maribeth Thomas, Esq.
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222-5413

Molecular BioProducts, Inc.
7704 Collection Center Drive
Chicago, IL 92121

Mutual of Omaha
Payment Processing Center
P.O. Box 2147
Omaha, NE 68103-2147

Netalytics
P.O. Box 969
Greer, SC 29652-0969

Newbsknob, LLC
10071 Burnside Court
Grand Blanc, MI 48439-9412

OMG & The A Team Consulting, LLC
3430 Vineyard Hill Dr.
Rochester Hills, MI 48306-2263

Omega Bio-Tek
400 Pinnacle Way
#450
Norcross, GA 30071-4908

PACCAIR
1345 Maricopa Drive
Oshkosh, WI 54904-8150

Palmer Moving Services
24660 Dequindre Road
Warren, MI 48091-3332

Peachstate Health Management
2225 Centennial Drive
Gainesville, GA 30504-5760

Peninsula Capital Partners
One Towne Square
Suite 1400
Southfield, MI 48076-3705

Perspectus Architecture
1300 East 9th Street
Suite 910
Cleveland, OH 44114-1507

Phenomenex, Inc
PO Box 749397
Box 749397
Los Angeles, CA 90074-9397

Polar Ice
47943 Van Dyke Ave.
Shelby Twp., MI 48317-3254

Practice Fusion
24630 Network Place
Chicago, IL 60673-1246

Predictive Health Diagnostics, Inc.
13885 Alton Pkwy
Suite B
Irvine, CA 92618-1647

Rachel Brown
24767 Nepavine
Novi, MI 48374-2574

Recovery Pathways
863 N. Pine
Suite A
Essexville, MI 48732-2159

Reliable Delivery
21450 Trolley Industrial
Taylor, MI 48180-1824

Restek Corporation
PO Box 4276
Lancaster, PA 17604-4276

Rhoda Yoder
58320 Fairfax Rd.
Colon, MI 49040-9705

Robert G. Read
169 Saxon Ct.
Rochester Hills, MI 48307-3158

Robert J. Diehl, Jr.
Bodman PLC
1901 St. Antoine Street
6th Floor at Ford Field
Detroit, Michigan 48226-3499

Rusas Printing, Inc.
26770 Grand River Avenue
Redford, MI 48240-1529

SAI Graphics
3595 Walker Road
Windsor, ON N8W 3S5

SAR Consulting Services, LLC
10019 Fair Oaks Drive
Goodrich, MI 48438-9202

Sarah Markie
25876 Barbara St.
Roseville, MI 48066-3868

Sci Floor Covering, Inc.
30610 Ecorse Rd
Romulus, MI 48174-3565

Seyburn Kahn Attorneys & Counselors
2000 Town Center
Suite 1500
Southfield, MI 48075-1148

Shelly Donovan
29330 US Highway 12
Sturgis, MI 49091-9598

Siemens Healthcare Diagnostics
221 Gregson Dr
Cary, NC 27511-6495

Sigma-Aldrich Inc.
PO BOX 535182
Atlanta, GA 30353-5182

Sigma-Aldrich, Inc
3050 Spruce Street
St Louis, MO 63103-2530

Silverman Consulting Inc.
One North Wacker Drive
#3925
Chicago, IL 60606-2834

Solaris Diagnostics
110 Dewey Drive
Nicholasville, KY 40356-7124

Staples
PO BOX 660409
Dallas, TX 75266-0409

(p)STAPLES BUSINESS ADVANTAGE THOMAS RIGGLEMA
7 TECHNOLOGY CIRCLE
COLUMBIA SC 29203-9591

State of Michigan
Dept of Attorney General, Health Care Fr
PO Box 30218
Lansing, MI 48909-7718

(p)STERICYCLE  INC
2355 WAUKEGAN ROAD
BANNOCKBURN IL 60015-1503

StrengthPoint Advisors
3540 Tall Oaks Rd.
Lake Orion, MI 48359-1468

Succurro's Painting, Inc.
294 Princess Drive
Canton, MI 48188-1142

Superior Medical Waste Disposal
42020 Koppernick Rd
#208
Canton, MI 48187-2440

Superior Medical Waste Disposal, LLC
42020 Koppernick Rd
208
Canton, MI 48187-2440

Suzanne Diller
3409 Virginia Dr.
Columbiaville, MI 48421-9367

Sysmex America, Inc.
28241 Network Pl.
Chicago, IL 60673-1282

Taft, Stettinius & Hollister, LLP
Attn: Paul R. Hage
27777 Franklin, Suite 2500
Southfield, MI 48034-8222

Taylor Door and Window
28040 Joy Road
Livonia, MI 48150-4137

Team Financial Group
650 3 Mile Rd
NW #200
Grand Rapids, MI 49544-1624

Tek-Pette
12 S Cleveland Ave.
Westerville, OH 43081-1329

The Alan Group, Inc.
1800 Brinston
Troy, MI 48083-2215

The Medical Real Estate Group
29580 Northwestern Hwy
Suite #1000
Southfield, MI 48034-1031

The Sports Marketing Agency, INC
13 N. Washington St.
#706
Ypsilanti, MI 48197-2617

Theranostix Inc.
8000 Virginia Manor Road
Suite 170
Beltsville, MD 20705-4230

Thomas Scientific
P.O. Box 536750
Pittsburgh, PA 15253-5909

Translational Software Inc
7683 SE 27TH ST, #352
MERCER ISLAND, WA 98040-2804

Translational Software, Inc.
7683 SE 27th Street
Suite #352
Mercer Island, WA 98040-2804

Tri-City Treatment
355 N. Center Road
Saginaw, MI 48638-5849

Tricon Services LLC
5119 Highland Rd
Suite 265
Waterford, MI 48327-1915


Tryco Inc.
PO BOX 530188
Livonia, MI 48153-0188

UHY, LLP
PO BOX 72243
Cleveland, OH 44192-0002

UPS
P.O. Box 809488
Chicago, IL 60680-9488


USA Scientific
Accounts Receivable
PO BOX 13387
Newark, NJ 07101-3387

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158-3686

Uline
Accounts Receivable
Box 88741
Chicago, IL 60680-1741


United Courier Service, Inc.
2116 Hampden Dr
Lansing, MI 48911-1633

United States Plastic Corporation
1390 Neubrecht Road
Lima, OH 45801-3196

United States of America
United States Attorney's Office, ED
211 W. Fort Street
Detroit, MI 48226-3277


United of Omaha Life Insurance Co.
c/o Mutual of Omaha Plaza
Law Operation, 3rd Floor
Omaha, NE 68175-0001

UnitedHealthcare Insurance Company
ATTN: CDM/Bankruptcy
185 Asylum Street - 03B
Hartford, CT 06103-3408

VWR International, LLC
P.O. Box 640169
PIttsburgh, PA 15264-0169


Vernon Yoder
58320 Fairfax Rd.
Colon, MI 49040-9705

Waterford Township Treasurer
5200 Civic Center Drive
Waterford, MI 48329-3715

Wells Fargo Financial Leasing, Inc.
800 Walnut Street MAC F0005-055
Des Moines, IA 50309-3891


Wells Fargo Financial Leasing, Inc.
PO BOX 77096
Minneapolis, MN 55480-7796

Wintegrity
23560 Haggerty Rd
Farmington Hills, MI 48335-2614

Younis Enterprises
5728 Schaefer Rd
Suite 200
Dearborn, MI 48126-2287


Younis Enterprises, LLC
6050 Greenfield Rd., Suite 201
Dearborn, MI 48126-6004

e2o Health Inc.
21151 S. Western Ave
Suite 144
Torrance, CA 90501-1724

eClinicalWorks, LLC
P.O. Box 847950
Boston, MA 02284-7950


iPatientCare, LLC
10290 Alliance Road
Cincinnati, OH 45242-4710

mCubed Staffing, LLC
901 Wilshire Drive
Ste 255
Troy, MI 48084-1795

Andrew B. Wachler
Wachler & Associates, P.C.
210 E. Third Street
Suite 204
Royal Oak, MI 48067-2638


James Grossi
1344 Addington Ct.
Lake Orion, MI 48360-2529

Jason W Bank
Kerr, Russell and Weber, PLC
500 Woodward Ave., Suite 2500
Detroit, MI 48226-5499

Robert N. Bassel
Robert Bassel, Attorney at Law
Pobox T
49236
Clinton, MI 48236-9998

```
Steven M Nofar                              William F. Dillon
Nofar Law, PLLC                             28393 Wellington St.
32600 Telegraph Rd                          Farmington Hills, MI 48334-4274
Ste 100
Bingham Farms, MI 48025-2409
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Avairis, Inc.               (d)Avairis, Inc.            Benkoff Health Law, PLLC
122 Garland Way             3724 Cheryl Dr.             7 West Square Lake Road
Waterford, MI 48327         Commerce Township, MI 48382 Bloomfield Hills, MI 48302


Bio Rad Laboratories, Inc.  (d)Bio-Rad Laboratories, Inc. Hartford Fire Insurance Company
1000 Alfred Nobel Drive     1000 Alfred Nobel Dr        Bankruptcy Unit, HO2-R, Home Office
Hercules, CA 94547          1000 ALFRED NOBEL DR        Hartford, CT 06155
                            1000 Alfred Nobel Dr
                            Hercules, CA 94547-1000


INTERNAL REVENUE SERVICE    Labcorp                     Medline Industries, Inc.
P O BOX 330500              PO BOX 12140                Box 382075
STOP 15                     Burlington, NC 27216-2140   Pittsburgh, PA 15251-8075
DETROIT MI 48232


Staples, Inc.               Stericycle Inc
7 Technology Circle         PO Box 6575
Columbia, SC 29203          Carol Stream, IL 60197-6575
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)6600 Highland, LLC           (u)Abbott Diagnostics          (u)Abbott Molecular


(u)Alere San Diego              (u)Auxo Investment Partners, LLC (u)Comerica Bank


(u)Committee of Unsecured Creditors (u)Coronis Health RCM, LLC  (u)Gemini Lab Group, LLC
```

(u)Humana Dental Insurance Co.

(u)Humana Insurance Company

(u)Humana Medical Plan of Michigan, Inc.

(u)McLaren Medical Laboratory

(u)Medical Real Estate Group, LLC

(u)Only One Hub

(u)The Peninsula Fund VII Limited Partnership

(u)Applied Imaging

(u)Easterseals Michigan

(d)Fishman Stewart, PLLC
800 Tower Drive
Suite 610
Troy, MI 48098-2843

(d)Healthcare Appraisers
2101 NW Corporate Blvd
Suite 400
Boca Raton, FL 33431-7319

(d)Orchard Software Corporation
701 Congressional Blvd.
Suite 360
Carmel, IN 46032-5633

(d)Polar Ice Co.
47943 Van Dyke Ave.
Shelby Twp., MI 48317-3254

(u)Andrew R. Vara

(u)Rachel R. Brown

(u)Russell Long

End of Label Matrix
Mailable recipients   271
Bypassed recipients    25
Total                 296